B"H

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: _____

FILED by ⟨⟨⟨ D.C.

**NOV 2 9 2017**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

JAMES PRICE,

    Plaintiff,

v.

United States Department of Justice,

    Defendant.

_____/

## COMPLAINT

FREEDOM OF INFORMATION ACT--RECORDS, TITLE 5 U.S.C. § 552

**COMES NOW,** James Price, Plaintiff Pro Se ("Plaintiff"), and respectfully represents the following:

## I.  INTRODUCTION

1.    The Plaintiff filed a Freedom of Information Act ("FOIA") request to the Department of Justice (hereinafter referred to as "the agency" or the "DOJ") pursuant to Title 5 U.S.C. § 552.  The Plaintiff requested specific records that the DOJ was required to collect and maintain under Title 42 U.S.C. §§ 17611 et seq.  Additionally, under Title 42 U.S.C. § 17616(d)(2) the agency was required to provide annual reports to the United States Congress—that contained the information requested—as required under Title 5 U.S.C. § 306 and Title 31 U.S.C. §§ 1115-1119, § 9703, and § 9704 as part of the Government Performance and Results Act (Public Law 103-62; 107 Stat. 285).  See also Public Law 110-401, Title I § 106, 122 Stat. 4238.

1

2.     ·The Plaintiff filed his initial request for information on May 5, 2017.  See Exhibit "A".  The agency acknowledged Price's request on May 16, 2017 and assigned the request the tracking identifier OJP FOIA No. 17-00209. See Exhibit "B" at ¶1.

3.     The agency provided an initial response on May 31, 2017 that consisted of a summary "Pivot Table" where ALL "Record Numbers" and "Jurisdiction Unique Identifiers" were **REDACTED**.  See Exhibit "C" at 4-5. The agency claimed the information was withheld based on Exemption (b)(6) of 5 U.S.C. § 552.  See Exhibit "C" at 1:¶2.  The agency failed to provide any of the actual reports requested and further stated that no information was available for two (2) of Price's requests.  See Exhibit "C" at 1:¶2.

4.     Price filed an Administrative Appeal to the Office of Information Policy on or about August 2017.  The agency acknowledged Price's appeal on September 19, 2017 and assigned the appeal the tracking identifier DOJ-AP-2017-006671.   See  Exhibit   "D"  at   ¶2.   The  agency   denied  Price's administrative appeal, and invited Price to seek this Court's review pursuant to Title 5 U.S.C. § 552(a)(4)(B).  See Exhibit "E" at ¶5.

## II.   JURISDICTION AND VENUE

5.      This action arises under the Freedom of Information Act, Title 5 U.S.C. § 552.   This Court has jurisdiction over the case pursuant to Title 5 U.S.C. § 552(a)(4)(B), and Title 28 U.S.C. §§ 1331, § 1346, and § 1367.

6.      The venue is proper in this District, pursuant to Title 28 U.S.C. § 1391(e)(2) and (e)(3), where a substantial part of the events or omissions giving rise to the claim occurred in, and the Plaintiff resides in the Southern District of Florida.

## III.   THE CLAIMS

7.      Congress' enactment of Title 5 U.S.C. § 552 was specifically designed ensure that an informed citizenry was empowered to act as a needed check against corruption and to hold the governors accountable to those governed.   See John Doe Agency v. John Doe Corporation, 493 U.S. 146, 110 S. Ct. 471, 107 L. Ed. 2d. 462 (1989), citing NLRB v. Robbins Tire & Rubber Co., 437 U.S. 214, 242, 98 S. Ct. 2311, 2327, 57 L. Ed. 2d. 159 (1978).   The Court held, "the basic purpose of FOIA is... vital to the functioning of the democratic society."   No more important role can be served by the Freedom of Information Act than working to ensure the propriety of the department charged with administering **justice** on behalf of its' citizens.

8.     Under Title 5 U.S.C. § 552(a)(3), an agency shall:

"(A) Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as provided in subparagraph (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fee (if any), and procedures to be followed, shall make the records promptly available to any person.

(B) In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format.   Each agency shall make reasonable efforts to maintain its records in forms or formats that are reproducable for purposes of this section.

(C) In responding under this paragraph to a request for records, an agency shall make reasonable efforts to search for the records in electronic form or format, except when such efforts would significantly interfere with the operation of the agency's automated information system.

(D) For purposes of this paragraph, the term 'search' means to review, manually or by automated means, agency records for the purpose of locating those records which are responsive to a request."

9.     'The Plaintiff presents the following claims under the aforementioned statute(s):

    a.   **CLAIM ONE:**  The Defendant refused to produce the records described with "reasonable" specificity, to wit the Case Tracking Reports and Monthly Performance Measures Reports for the Internet Crimes Against Children - Task force ("ICAC-TF").  The records were requested with the specific name, region, and date(s) as provided in the statutes.

    b.   **CLAIM TWO:**  The Defendant refused to produce the requested records **OR** certify the requested records regarding ICAC-TF case number 11-17890 did not exist.

    c.   **CLAIM THREE:**  The Defendant refused to produce requested records **OR** to certify the requested records regarding the SHA-1 data from ICAC-TF case number 11-17890 did not exist.

    d.   **CLAIM FOUR:**  The Defendant refused to produce the "Record Numbers" and "Jurisdictional Unique Identifiers" based on the Exemption defined under Title 5 U.S.C. § 552(b)(6)—Personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy.  The requested records were **NEITHER** personnel nor medical in type or nature, neither were the requested records "similar files".

    10.    The Plaintiff asserts the Department of Justice, its subordinate bureaus, agencies, or contract operators is in possession of the requested records.  The records requested were **required** to be collected, maintained and used as the basis for statutorily mandated Congressional reporting. Further, the records and data from ICAC-TF case 11-17890 were the initiating basis and evidence used in a public criminal prosecution by the DOJ.  Thus, the records were used for funding, grants, and reimbursements under Title 42 U.S.C. § 17611 et seq., and where employees, agents, and contractors of the agency offered sworn testimony in the district court regarding the subject records, the agency has possession of the requested records.

## IV.   CONCLUSION

11.    In Summary, the Defendant was required to collect, maintain, and provide Congressional reporting of the requested records under the statutes.    The Defendant has possession of the records requested, and has refused to comply with the statutes as required under the law.    The Defendant attempted to thwart compliance with the law through the knowing and willful application of any inapplicable exemption.

12.    **WHEREFORE,** the Plaintiff respectfully requests this Court to enter judgment against the Defendant as follows:.

a.   That the Defendant be ordered to produce the requested records;

b.   The Defendant be ordered to certify any missing or unavailable records as NON-EXISTANT;

c.   That reasonable attorney's fee, costs, and expenses be awarded to the Plaintiff as were necessarily incurred in the bringing and prosecution of this case;

d.   That this Court should award such other and further relief as deemed fair and equitable.


Respectfully Submitted,


James Price - 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel. 305-259-2100
PriceJamesE@Outlook.com

B"H

## CERTIFICATE OF SERVICE

**James Price v. Department of Justice**

Case No.:_____

I, James Price, hereby declare that on this date, November 28, 2017, have filed the enclosed **COMPLAINT** pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of the Court. The **COMPLAINT** was served upon the Defendant via First-Class United States mail with postage prepaid at the following address: Office of the General Counsel, United States Department of Justice, Office of Justice Programs, 810 7th Street, N.W., Room 5400, Washington, D.C. 20531.

I hereby declare that under the penalty perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on November 26, 2017.

By:_____
   James Price - 98922004

**EXHIBIT "A"**

Freedom of Information Request

Pursuant to Title 5 U.S.C. § 552

FREEDOM OF INFORMATION REQUEST
PURSUANT TO TITLE 5 U.S.C. § 552

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

May 5, 2017

Chief FOIA/PA Section
Office of Juvenile Justice and Delinquency Prevention
United States Department of Justice
Attn: Dorothy A. Lee, Government Information Specialist
Office of Justice Program
Room 5400
810 7th Street N.W.
Washington, D.C. 20531

Ms. Lee:

    Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting **any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**

    Pursuant to Title 5 U.S.C. § 552(Q), no agency shall rely on any exemption contained in Title 5 U.S.C. § 552 to withhold from an individual any record which is otherwise accessible to such individual under the provision of this statute. I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

    I, in no way, waive my right to appeal any unfavorable action by this agency as to my request.

    I look forward to your response pursuant to the aforementioned acts.

Respectfully Submitted,

_____

James Price

**STORE 56:**

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.

**STORE 57:**
requesting any and all reports, documentation and information specifically regarding SHA-1 data, by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.

**STORE 58:**
requesting any and all **Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from December 2010 through February 2011.**

**STORE 59:**
requesting any and all **Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from March 2011 through January 2012.**

**STORE 60:**
requesting any and all **Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from December 2010 through February 2011.**

**STORE 61:**
requesting any and all **Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from March 2011 through January 2012.**

**STORE 62:**
requesting any and all **Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the Central Florida Internet Crimes Against Children ("ICAC") Task Force Program for December 2010.**

**STORE 63:**
requesting any and all **Monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for Central Florida, for December 2010.**

EXHIBIT "B"

Department of Justice Letter of Acknowledgement

OJP-FOIA-17-00209

U.S. Department of Justice

Office of Justice Programs

Office of the General Counsel

---

May 16, 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177

Re: OJP FOIA No. 17-00209

Dear Mr. Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated May 5, 2017, and received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16, 2017.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, Contract Paralegal Specialist III, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Johnson by telephone at (202) 307-1511, via e-

mail, or you may write to this office at OJP, 810 7th Street, N.W., Room 5400, Washington, D.C. 20531.  Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Government Information Specialist

**EXHIBIT "C"**

Department of Justice Initial Response



U.S. Department of Justice

Office of Justice Programs

Office of the General Counsel

MAY 3 1 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 77980
Miami, FL 33177

Re: OJP FOIA No. 17-00209

Dear Mr. Price:

This letter responds to your May 5, 2017, Freedom of Information Act/Privacy Act request that was received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16, 2017. A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in OJP and six documents, consisting of 26 pages, were located that are responsive to your request. After carefully reviewing these documents, I have determined that these pages are appropriate for release with some excisions made pursuant to exemption (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. Further, OJP has no responsive documents for the items, identified as STORE 56 and STORE 57, of your request. This completes the processing of your request by OJP.

If you require further assistance or wish to discuss any aspect of your request, you may contact Delores Johnson, Contract Paralegal Specialist, at (202) 305-1511 or OJP's FOIA Public Liaison at (202) 307-6235. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice,

Page 2 of 2

Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

for
Rafael A. Madan
General Counsel

Enclosures

**Broward County Sheriff's Office (South Florida)**
March 2011 - January 2012

| | Case Information | | | | | | | | | Offense #1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense Charged | Multiple Counts | Felony |
| | 3/1/2011 | Fort Lauderdale Police Department | ICAC Affiliate | No | | Adult | Federal | Charged | Yes | CP - Possession | Yes | Yes |
| | 3/1/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 3/10/2011 | St. Lucie Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/15/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | No | No |
| | 3/15/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | Broward Sheriff's Office | ICAC Primary | Yes | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | Delray Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | St. Lucie P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 3/20/2011 | Pemroke Pines P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 3/22/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 3/24/2011 | Palm Beach S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 3/30/2011 | FBI | Federal | No | | Adult | Federal | Declined | Yes | Child Prostitution | No | |
| | 3/31/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Prostitution | No | |
| | 3/31/2011 | Hialeah P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 4/4/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 4/6/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| (b)(6) | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | (b)(6) | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/18/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Prostitution | No | |
| | 4/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | Yes | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 4/21/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 4/22/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 4/27/2011 | Palm Beach School Inv. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 4/29/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 5/11/2011 | Miami-Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | No |
| | 5/13/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Prostitution | No | |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Prostitution | Yes | |
| | 5/18/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | Yes |
| | 6/2/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 6/7/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | No | No |
| | 6/10/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |

| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense Charged | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/11/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 7/12/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 7/20/2011 | Miami Beach P.D. | ICAC Affiliate | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 7/21/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | No |
| | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 8/2/2011 | Palm Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 8/2/2011 | Palm Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 8/3/2011 | Palm Beach S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 8/5/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 8/6/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| (b)(6) | 8/17/2011 | Broward Sheriff's Office | ICAC Primary | No | (b)(6) | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 8/17/2011 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 8/17/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 8/19/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 8/19/2011 | Hallandale Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 8/24/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | CP - Possession | Yes | Yes |
| | 8/24/2011 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 8/25/2011 | Delray Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | |
| | 9/1/2011 | Hollywood P.D. | ICAC Affiliate | Yes | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 9/1/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 9/2/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 9/4/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/8/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 9/10/2011 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 9/10/2011 | Hollywood Police Department | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| | 9/14/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | Yes | No |
| | 9/16/2011 | Palm Beach S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/16/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/19/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 9/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/21/2011 | Palm Beach S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/24/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |

| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense Charged | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/26/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | CP - Distribution | No | No |
| | 9/28/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 9/29/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/5/2011 | Hollywood Police Department | ICAC Affiliate | Yes | | Adult | State or Local | Charged | Yes | None | No | No |
| | 10/11/2011 | Coral Springs P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/13/2011 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | |
| | 10/18/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/25/2011 | Coral Springs P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| (b)(6) | 11/2/2011 | Broward Sheriff's Office | ICAC Primary | No | (b)(6) | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/9/2011 | Lee County Sheriff's Office | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 11/30/2011 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 12/2/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | No |
| | 12/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | Yes | Yes |
| | 12/21/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 12/21/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | |
| | 12/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | None | Yes | Yes |
| | 12/21/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | None | No | No |
| | 12/22/2011 | FBI | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 12/30/2011 | Clewiston Police Department | ICAC Affiliate | No | | Juvenile | State or Local | Charged | No | None | No | No |
| | 1/5/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/18/2012 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | |
| | 1/19/2012 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 1/19/2012 | Lee County Sheriff's Office | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | Yes | No |
| | 1/19/2012 | Palm Beach County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/30/2012 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |

| Offense #2 | | Offense #3 | | | Prosecution Disposition | | Incarceration | | | | Other Sentencing Outcomes | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | | |
| CP - Distribution | Yes | No | None | No | Trial - Guilty | Yes | Yes | | | | | |
| Enticement | No | Yes | Obscenity Direct Toward Minor | Yes | Pre-Trial Plea | Yes | Yes | 48 | Yes | 60 | | |
| None | No | No | None | No | None | | | | Yes | 120 | | |
| None | No | No | None | No | None | | | | Yes | 48 | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 300 | | | | |
| None | No | No | None | No | None | | | | Yes | 60 | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 60 | | | | |
| | | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | Pre-Trial Plea | Yes | Yes | 140 | | | | |
| CP - Distribution | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | | | | |
| | | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | | | | |
| | | | | | None | | | | | | | |
| | | | | | None | | | | | | | |
| | | | | | None | | | | | | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 200 | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 60 | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 120 | Forfeit all computers | |
| | | | | | None | | | | | | | |
| Child Prostitution | No | | | | Trial - Guilty | Yes | Yes | | | | | # of Months Incarcerated= Life |
| | | | | | Pre-Trial Plea | Yes | Yes | 156 | | | | |
| Child Sexual Assault/Molestation/Abuse | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 96 | | | | |

| Offense #2 | | Offense #3 | | | Prosecution Disposition | | Incarceration | | | | | Case Notes |
| Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | Other Sentencing Outcomes | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | No | No | None | No | None | | | | | | | |
| CP - Possession | No | | | | None | | | | Yes | 180 | | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | Yes | | | | | # of months incarcerated: Life |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Enticement | No | No | None | No | None | | | | | | | |
| Enticement | No | No | None | No | None | | | | Yes | 180 | Forfeit all computers | |
| None | No | No | None | No | None | | | | | | | |
| Enticement | No | No | None | No | None | | | | | | | |
| Enticement | No | No | None | No | None | | | | Yes | 60 | With 1 year in County Jail | |
| Enticement | No | No | None | No | None | | | | | | | |
| Enticement | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 120 | Forfeit all cell phones | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | Yes | 60 | | |
| Enticement | No | No | None | No | Pre-Trial Plea | Yes | Yes | 72 | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | Yes | 42 | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | Yes | 180 | Forfeit all computers | |
| Enticement | No | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | Yes | 40 | Forfeit all computers | |
| CP - Distribution | No | No | None | No | None | | | | Yes | 36 | Forfeit all computers | |
| Obscenity Direct Toward Minor | No | | | | None | | | | Yes | | | |
| None | No | No | None | No | None | Yes | Yes | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| CP - Distribution | No | | | | None | | | | Yes | 180 | Forfeit all computers | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 60 | Registered Sex Offender for Life | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 96 | | | | |

| Offense #2 | | Felony | Offense #3 | | Prosecution Disposition | | Incarceration | | | | | Case Notes |
| Offense Charged | Multiple Counts | | Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | Other Sentencing Outcomes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 70 | Yes | 240 | Sex offender SAC ICE Miami | |
| None | No | No | None | No | None | | | | Yes | 72 | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 60 | MUST DO SCHOOL PRESENTATIONS | |
| | | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 36 | Yes | 180 | two community control also added | |
| None | No | No | None | No | None | | | | Yes | 36 | | |
| None | No | No | None | No | None | | | | | | | |
| Traveler | Yes | | | | None | | | | | | | |
| | | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| CP - Possession | Yes | No | None | No | None | | | | Yes | 60 | | |
| CP - Possession | No | | | | None | | | | Yes | 60 | | Disposition: Closed |
| | | | | | None | | | | Yes | 20 | | Disposition: Closed |
| Obscenity Direct Toward Minor | Yes | Yes | Enticement | No | None | | | | | | | |
| Traveler | No | | | | None | | | | | | | Disposition: Closed |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | Yes | 120 | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | No | | | | | Disposition: Closed |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |

| n | |
|---|---|
| **Other Sentencing Outcomes** | **Case Notes** |
| Sex Offender Register/25yearsprobation | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Forfeit all computers | |
| | # of months probation: life |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 |
|---|---|---|---|---|---|
| | | | | | Offense Charged |
| (b)(6) | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Enticement |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Traveler |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | Federal | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Traveler |
| | Adult | State or Local | Charged | Yes | Enticement |

| Multiple Counts | Offense #2 | | | Offense #3 | | |
| | Felony | Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts |
|---|---|---|---|---|---|---|
| No | No | None | No | No | None | No |
| Yes | Yes | Obscenity Direct Toward Minor | No | | | |
| No | No | None | No | No | None | No |
| No | | | | | | |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| Yes | Yes | Obscenity Direct Toward Minor | No | | | |
| No | | | | | | |
| No | No | None | No | No | None. | No |
| No | No | None | No | No | None | No |
| No | | | | | | |
| No | No | None | No | No | None | No |
| No | | | | | | |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |
| No | No | None | No | No | None | No |

## Broward County Sheriff's Office (South Florida)

| Record Number | Referral Date | Referring Agency | Case Information | |
|---|---|---|---|---|
| | | | Agency Type | Repeat Referral |
| (b)(6) | 12/8/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/16/2010 | Miami Dade P.D. | ICAC Affiliate | No |
| | 12/17/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/20/2010 | Collier County S.O. | ICAC Affiliate | No |
| | 12/23/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/29/2010 | Palm Beach P.D. | ICAC Affiliate | No |
| | 1/3/2011 | Plantation P.D. | ICAC Affiliate | No |
| | 1/6/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/7/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No |
| | 1/10/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/10/2011 | St. Lucie Sheriff's Office | ICAC Affiliate | No |
| | 1/11/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/21/2011 | Boynton Beach P.D. | ICAC Affiliate | No |
| | 1/25/2011 | Aventura P.D. | ICAC Affiliate | No |
| | 1/26/2011 | FBI | Federal | No |
| | 1/27/2011 | FL Office Attr. General | ICAC Affiliate | No |
| | 1/27/2011 | Palm Beach School Inv. | ICAC Affiliate | No |
| | 2/1/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 2/8/2011 | FL Office Attr. General | ICAC Affiliate | No |
| | 2/24/2011 | Broward Sheriff's Office | ICAC Primary | No |
| | 2/24/2011 | Collier County S.O. | ICAC Affiliate | Yes |

| Prosecution Disposition | | | | | Incarceratio |
| Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation |
|---|---|---|---|---|---|
| Pre-Trial Plea | Yes | Yes | 12 | Yes | 310 |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 60 | Yes | 120 |
| None | | | | | |
| None | | | | | |
| None | | | | Yes | 10 |
| None | | | | | |
| None | | | | | |
| None | | | | | |
| Pre-Trial Plea | No | No | | | |
| None | | | | | |
| None | | | | Yes | 72 |
| None | | | | Yes | |
| None | | | | | |
| None | | | | | |
| Pre-Trial Plea | No | No | | | |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 24 | | |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 12 | | |
| None | | | | | |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| Broward County Sheriff's Office (South Florida) | | | |
|---|---|---|---|
| 12/1/2010 to 2/28/2011 | | | |
| Dec-10 | Jan-11 | Feb-11 | Totals |
| 1 | 0 | 0 | 1 |
| 0 | 0 | 1 | 1 |
| 0 | 0 | 0 | 0 |
| 7 | 5 | 2 | 14 |
| 0 | 0 | 0 | 0 |
| 3 | 2 | 4 | 9 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 3 | 3 |
| 0 | 0 | 0 | 0 |
| 30 | 15 | 34 | 79 |
| 5 | 10 | 5 | 20 |
| 30 | 16 | 34 | 80 |
| 5 | 10 | 8 | 23 |
| 31 | 20 | 34 | 85 |
| 45 | 44 | 38 | 127 |
| 7 | 13 | 5 | 25 |
| 36 | 20 | 39 | 95 |
| 7 | 5 | 9 | 21 |
| 1 | 3 | 3 | 7 |
| 2 | 19 | 1 | 22 |
| 1 | 3 | 0 | 4 |
| 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 1 |
| 49 | 38 | 52 | 139 |
| 0 | 20 | 2 | 22 |
| 0 | 22 | 2 | 24 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 1 |
| 1 | 2 | 0 | 3 |
| | | | |
| 0 | 0 | 0 | 0 |
| 45 | 43 | 21 | 109 |
| 1 | 2 | 1 | 4 |
| 5 | 4 | 5 | 14 |
| 73 | 43 | 87 | 203 |
| 31 | 37 | 34 | 102 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| Totals | | |

| | | | |
|---:|---:|---:|---:|
| 1 | 0 | 0 | 1 |
| 36 | 0 | 0 | 36 |
| 3 | 0 | 0 | 3 |
| 3 | 0 | 0 | 3 |
| 0 | 0 | 2 | 2 |
| 3 | 1 | 7 | 11 |
| 94 | 7 | 98 | 199 |
| 13,998 | 430 | 11,404 | 25,832 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| **14,554** | **836** | **11,935** | **27,325** |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| **Totals** | | |

| Broward County Sheriff's Office (South Florida) | | | | | | | | | | | |
| 3/1/2011 to 1/31/2012 | | | | | | | | | | | |
| Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 0 | 3 | 5 | 3 | 3 | 1 | 2 | 0 | 2 | 22 |
| 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| 3 | 1 | 1 | 3 | 5 | 5 | 3 | 1 | 0 | 0 | 0 | 22 |
| 8 | 8 | 5 | 4 | 4 | 8 | 6 | 9 | 1 | 5 | 3 | 61 |
| 2 | 4 | 4 | 0 | 3 | 3 | 3 | 2 | 0 | 0 | 1 | 22 |
| 3 | 6 | 1 | 1 | 3 | 4 | 4 | 3 | 2 | 1 | 3 | 31 |
| 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| 0 | 4 | 6 | 0 | 8 | 0 | 2 | 5 | 0 | 1 | 1 | 27 |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| 49 | 15 | 20 | 41 | 35 | 87 | 55 | 36 | 10 | 113 | 107 | 568 |
| 4 | 1 | 5 | 1 | 2 | 4 | 2 | 6 | 2 | 0 | 0 | 27 |
| 49 | 15 | 21 | 41 | 40 | 92 | 56 | 36 | 10 | 115 | 106 | 581 |
| 9 | 3 | 5 | 1 | 2 | 7 | 16 | 7 | 3 | 0 | 0 | 53 |
| 49 | 20 | 21 | 45 | 42 | 92 | 61 | 40 | 10 | 115 | 109 | 604 |
| 91 | 66 | 54 | 64 | 69 | 96 | 103 | 74 | 19 | 116 | 100 | 852 |
| 13 | 6 | 9 | 4 | 7 | 10 | 19 | 12 | 4 | 2 | 6 | 92 |
| 59 | 26 | 30 | 48 | 42 | 101 | 65 | 53 | 12 | 120 | 112 | 668 |
| 8 | 5 | 10 | 13 | 1 | 6 | 8 | 11 | 5 | 13 | 12 | 92 |
| 16 | 11 | 22 | 32 | 12 | 9 | 19 | 15 | 12 | 10 | 9 | 167 |
| 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 70 | 42 | 47 | 60 | 54 | 111 | 79 | 67 | 15 | 124 | 117 | 786 |
| 1 | 0 | 2 | 2 | 0 | 4 | 0 | 0 | 1 | 0 | 1 | 11 |
| 0 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 1 | 0 | 1 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| 0 | 4 | 1 | 1 | 1 | 0 | 5 | 0 | 0 | 7 | 1 | 20 |
| 0 | 1 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 10 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | 51 | 34 | 35 | 59 | 30 | 40 | 15 | 6 | 6 | 49 | 366 |
| 4 | 0 | 2 | 1 | 1 | 2 | 3 | 2 | 3 | 1 | 0 | 19 |
| 12 | 2 | 6 | 3 | 13 | 5 | 16 | 9 | 3 | 2 | 12 | 83 |
| 91 | 30 | 35 | 22 | 19 | 52 | 34 | 19 | 1 | 0 | 5 | 308 |
| 76 | 39 | 45 | 60 | 57 | 96 | 78 | 64 | 15 | 110 | 94 | 734 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 5 | 6 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 56 | 0 | 4 | 0 | 0 | 0 | 60 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 3 | 0 | 19 | 0 | 0 | 0 | 25 | 0 | 89 | 0 | 137 |
| 3 | 3 | 16 | 5 | 5 | 0 | 1 | 40 | 3 | 3 | 70 | 149 |
| 10 | 28 | 83 | 1 | 0 | 0 | 0 | 8 | 4 | 0 | 2 | 136 |
| 716 | 2,151 | 14,880 | 50 | 0 | 0 | 0 | 936 | 880 | 0 | 850 | 20,463 |
| 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 200 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 350 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1,594 | 2,650 | 15,375 | 567 | 490 | 889 | 682 | 1,500 | 1,025 | 964 | 1,833 | 27,569 |

Polk County Sheriff's Office (Central FL)

| Case Information | | | | | |
|---|---|---|---|---|---|
| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier |
| (b)(6) | 12/17/2010 | Orange Co SO | ICAC Affiliate | | (b)(6) |

| Juvenile or Adult | Prosecuting Agency | Action | Offense #1 | | | Offense #2 | | |
|---|---|---|---|---|---|---|---|---|
| | | | Felony | Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts |
| Adult | State or Local | Charged | Yes | Enticement | No | No | None | No |

| Offense #3 | | | Prosecution Disposition | | | | Incarc |
|---|---|---|---|---|---|---|---|
| Felony | Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation |
| No | None | No | Trial - Guilty | Yes | Yes | | |

| eration | | |
|---|---|---|
| # Months Probation | Other Sentencing Outcomes | Case Notes |
| | | |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| **Totals** | | |

| Polk County Sheriff's Office (Central FL) ||
| 12/1/2010 to 12/31/2010 ||
| Dec-10 | Totals |
| --- | --- |
| 7 | 7 |
| 1 | 1 |
| 1 | 1 |
| 1 | 1 |
| 1 | 1 |
| 2 | 2 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 1 |
| 0 | 0 |
| 3 | 3 |
| 2 | 2 |
| 19 | 19 |
| 9 | 9 |
| 29 | 29 |
| 5 | 5 |
| 0 | 0 |
| 6 | 6 |
| 0 | 0 |
| 0 | 0 |
| 6 | 6 |
| 1 | 1 |
| 0 | 0 |
| 0 | 0 |
| 1 | 1 |
| 1 | 1 |
| 0 | 0 |
| 0 | 0 |
|  |  |
|  |  |
| 0 | 0 |
| 42 | 42 |
| 0 | 0 |
| 12 | 12 |
| 23 | 23 |
| 2 | 2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---:|---:|
| 1 | 1 |
| 77 | 77 |
| 10 | 10 |
| 0 | 0 |
| 4 | 4 |
| 0 | 0 |
| 5 | 5 |
| 83 | 83 |
| 1 | 1 |
| 10 | 10 |
| 0 | 0 |
| **366** | **366** |

**EXHIBIT "D"**

Department of Justice Letter of Acknowledgement of

Administrative Appeal No. DOJ-AP-2017-006671

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

James Price
Register No. 98922-004
FCI
P.O. Box 779800
Miami, FL 33177-9800

September 19, 2017

Dear Mr. James Price,

    This is to advise you that your administrative appeal from the action of the OJP regarding Request No. 17-00209 was received by this Office on 09/12/2017.

    The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-006671. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

# PRISCILLA JONES
Priscilla Jones

Digitally signed by
PRISCILLA JONES
Date: 2017.09.20 11:28:49
-04'00'

Supervisory Administrative Specialist

**EXHIBIT "E"**

Department of Justice Notice of Denial

of Administrative Appeal No. DOJ-AP-2017-006671



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. James Price
Register No. 98922-004
Federal Correctional Institution
Post Office Box 779800
Miami, FL 33177

Re:     Appeal No. DOJ-AP-2017-006671
        Request No. 17-00209
        CDT:JMB

**VIA:  U.S. Mail**

Dear Mr. Price:

        You appealed from the action of the Office of Justice Programs (OJP) on your Freedom of Information Act request for access to various case file and case tracking records and reports concerning the ICAC Task Force Program.

        After carefully considering your appeal, I am affirming OJP's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. OJP properly withheld certain information because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(6) and it is reasonably foreseeable that disclosure of this information would harm the interests protected by this provision. This provision concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

        Finally, as to your appeal concerning the adequacy of OJP's search for responsive records subject to the FOIA, I note that OJP conducted a search for responsive records in its Office of Juvenile Justice and Delinquency Prevention, which manages the ICAC Task Force Program. Accordingly, I have determined that OJP's response was correct and that it conducted an adequate, reasonable search for such records.

        Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of OJP in response to your request.

        If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

- 2 -

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

11/2/2017

X _____

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: CHRISTINA TROIANI