B"H

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No.: 1:17-CV-24341-UNGARO/WHITE**



JAMES PRICE,

     Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE,

     Defendant.

_____/

## AMENDED COMPLAINT

**FREEDOM OF INFORMATION ACT—RECORDS, TITLE 5 U.S.C. § 552**

**COMES NOW**, James Price ("the Plaintiff"), and respectfully represents the following:

### I.  INTRODUCTION

1.    The Plaintiff filed a series of Freedom of Information Act ("FOIA") requests with the Department of Justice (hereinafter "the agency" or "the DOJ") pursuant to Title 5 U.S.C. § 552. The Plaintiff requested specific records and documents that the DOJ was required to have collected and maintained under Title 5 U.S.C. § 306 and Title 42 U.S.C. § 17601 et seq. Specifically, under Title 42 U.S.C. § 17616(d)(2) the agency was required to provide annual reports to the United States Congress—that contained the information requested—as required under Title 5 U.S.C. § 306

and Title 31 U.S.C. §§ 1115-1119, § 9703, and § 9704 as part of the Government Performance and Results Act (Public Law 103-62; 107 Stat. 285). See also Public Law 110-401, Title I § 106, 122 Stat. 4238.

2.     The Plaintiff filed his initial FOIA request on May 5, 2017.  See Exhibit "A".  The agency acknowledged Price's request on May 16, 2017, and assigned the FOIA request the tracking identifier OJP FOIA No. 17-00209. See Exhibit "B".

3.     The DOJ provided an initial response on May 31, 2017, that consisted of a summary "Pivot Table" where **ALL** "Record Numbers" and "Jurisdictional Unique Identifiers" were **REDACTED.**  See Exhibit "C" at 4-5. The agency claimed the excised information was withheld based on Exemption (b)(6) of 5 U.S.C. § 552.  See Exhibit "C" at 1:¶2.  The DOJ refused to provide either a "Vaughn Index"[1] or any of the actual reports requested. The agency further stated that no information was available for two (2) of Price's requests.  See Exhibit "C" at a:¶2.

4.     Price filed an administrative appeal to the Office of Information Policy on or about August 2017.  The agency acknowledged Price's appeal on September 19, 2017, and assigned the appeal the tracking identifier DOJ-AP-2017-006671.  See Exhibit "D" at ¶2.  The DOJ subsequently denied Price's administrative appeal, and invited him to seek this Court's review pursuant to Title 5 U.S.C. § 552(a)(4)(B).  See Exhibit "E" at ¶5.

---

[1]     A "Vaughn Index" as set forth in <u>Citizens for Responsibility and Ethics in Washington v. United States Department of Justice</u>, 409 U.S. App. D.C. 113 (D.C. Cir. 2014) describes the nature of the information withheld and how the claimed exemption is applicable.

5.      Price filed a second FOIA request on October 31, 2017.  See Exhibits "F-H".  The DOJ acknowledged Price's second request on November 8, 2017, and assigned it the tracking identifier OJP FOIA No. 18-00059.  See Exhibit "I".  On or about November 22, 2017, the Office of Justice Programs ("OJP") forwarded an undisclosed portion Price's request internally to the Criminal Division ("CD") of the DOJ.  The Criminal Division subsequently created an internally generated FIOA request on behalf of Price, and assigned that request the separate tracking identifier CRM-300634425.  See Exhibit "J".

6.      This case was entered on the docket by the Clerk of Court on November 29, 2017 at ECF No. 1.  Following service of the Complaint (ECF No. 1) upon the Defendant on December 7, 2017 (See Exhibit "K"), the DOJ **REFUSED** to provide any further responses to Price's pending requests.  Pursuant to Title 5 U.S.C. § 552(a)(6)(C), the Defendant's failure to provide a timely response, within the period defined by statute, constituted an exhaustion of the agency's administrative remedies.  Price served the DOJ notice of default on January 5, 2018.  See Exhibit "L".

## II.  JURISDICTION AND VENUE

7.      This action arises under the Freedom of Information Act, Title 5 U.S.C. § 552.  This Court has original jurisdiction over this case pursuant to Title 5 U.S.C. §§ 552(a)(4)(B) and § 552(a)(6)(C), and Title 28 U.S.C. §§ 1331, § 1346, and § 1367.

8.      The venue is proper in the Southern District of Florida, pursuant to Title 28 U.S.C. § 1391(e)(2) and (e)(3), where a substantial part of the events or omissions giving rise to the claims occurred in, and the Plaintiff resides in, the Southern District of Florida.

### III.   THE PARTIES

9.      The Plaintiff, James Price, is a fifteen (15) year certified technologist, software developer, and technology executive.   Mr. Price investigates issues related to technology in government and its use in public policy to benefit non-profit organizations and inform the general public.   In support of his work, Price uses FOIA to obtain, analyze, and disseminate information regarding government agencies' use of technology in the application of public policy.   The information requested by Price are "records" within the meaning of Title 5 U.S.C. § 552(f)(2).

10.     The United States Department of Justice is a Cabinet level member of the Executive Branch of the United States Government as defined under U.S. CONST. art. I.   The DOJ is an "agency" within the meaning of Title 5 U.S.C. § 552(f)(1).

### IV.   THE CLAIMS

11.     Congress' enactment of Title 5 U.S.C. § 552 was specifically designed to ensure that an informed citizenry was empowered to act as a needed check against corruption and to hold the governors accountable to those governed. See John Doe Agency v. John Doe Corporation, 493 U.S. 146, 110 S. Ct. 471, 107 L. Ed. 2d. 462 (1989), citing NLRB v. Robbins Tire & Rubber Co., 437 U.S. 214, 242, 98 S. Ct. 2311, 2327, 57 L. Ed. 2d. 159 (1978).   The Court held, "the basic purpose of FOIA is... vital to the functioning of the democratic society."   No more important role can be served by the Freedom of Information Act than working to ensure the propriety of **the department** charged with the administration **of justice** on behalf of its citizens.

12.     The courts have long held that FOIA "was enacted to facilitate public access to Government documents" and "was designed to 'pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny.'"  See Dep't of State v. Ray, 502 U.S. 164, 173, 112 S. Ct. 541, 116 L. Ed. 2d. 526 (1991) (quoting Dep't of Air Force v. Rose, 425 U.S. 352, 361, 96 S. Ct. 1592, 48 L. Ed. 2d. 11 (1976)).  The Supreme Court has described FOIA's goal as one of "broad disclosure" and "insisted that the exemptions be 'given a narrow compass'".  See Milner v. Dep't of Navy, 131 S. Ct. 1259, 1265, 179 L. Ed. 2d. 268 (2011) (quoting Dep't of Justice v. Tax Analysts, 492 U.S. 136, 151 109 S. Ct. 2841, 106 L. Ed. 2d. 112 (1989)); accord FBI v. Abramson, 456 U.S. 516, 630, 102 S. Ct. 2054, 72 L. Ed. 2d. 376 (1982).  The echoes of the Court could not have been louder than where it held, "FOIA's limited exemptions do not obscure the basic policy that **disclosure, not secrecy,** is the dominant objective of the Act."  See Dep't of Interior v. Klamath Water Users Protective Ass'n., 532 U.S. 1, 8, 121 S. Ct. 1060, 149 L. Ed. 2. 87 (2001) (emphasis added) (quoting Rose, 425 U.S. at 361).

13.     Under Title 5 U.S.C. § 552(a)(3), an agency shall:

"**(A)** Except with respect to the records made available under Paragraphs (1) and (2) of this subsection, and except as provided in subparapgraph (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fee (if any), and procedures to be followed, shall make the records **promptly available** to any person.

**(B)** In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format.  Each agency shall make reasonable efforts to maintain it records in forms and formats that are reproducible for purposes of this section.

**(C)** In responding under this paragraph to a request for records, an agency shall make reasonable efforts to search for the records in electronic form or format, except when such efforts would significantly interfere with the operation of the agency's automated information system.

**(D)** For the purposes of this paragraph, the term 'search' means to review, manually or by automated means, agency records for the purpose of locating those records which are responsive to a request."

14.    The Plaintiff presents the following claims under the aforementioned statute(s):

a.   **CLAIM ONE:**  The Defendant refused to produce the records described with "reasonable" specificity, to wit: (1) the Case Tracking Reports; (2) the Monthly Performance Measures Reports for the Internet Crimes Against Children – Task Force(s) ("ICAC-TF"); (3) the organizational chart for the Child Exploitation and Obscenity Section ("CEOS"); and (4) a list of cases referred to the High Technology Investigative Unit ("HTIU") for assistance.  The records were requested with the specific name, region, and date(s) as provided in the statutes.

b.   **CLAIM TWO:**  The Defendant refused to produce the records **OR** certify that the requested records regarding ICAC-TF case number 11-17890 did not exist.

    c.  **CLAIM THREE:**  The Defendant refused to produce the requested records **OR** certify that the requested records regarding the Secure Hash Value version 1 ("SHA-1") values from ICAC-TF case number 11-17890 did not exist.

    d.  **CLAIM FOUR:**  The Defendant refused to produce the "Record Numbers" and "Jurisdictional Unique Identifiers" based on the Exemption defined under Title 5 U.S.C. § 552(b)(6)—[agency] Personnel and Medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy.  The requested records were **NEITHER** agency personnel or medical in type or nature, **NOR** were the requested records "similar files".

    e.  **CLAIM FIVE:**  The Defendant refused to produce a copy of the ICAC-TF Operations Manual, or cite any alleged exemptions to justify its decision.

    f.  **CLAIM SIX:**  The Defendant refused to produce an index of all cases and evidence processed by the HTIU from January 2011 through December 2012, or cite any alleged exemptions to justify its decision.

    g.  **CLAIM SEVEN:**  The Defendant refused to provide a complete list of Equities requested for implementation from and Equities submitted to the Executive Secretariat (i.e., the National Security Agency, Information Assurance Directorate) pursuant to paragraph 49 of the Joint Plan for the Coordination and Application of Offensive Capabilities to Defend U.S. Information Systems ("the Joint Plan") of NSPD-54/HSPD-23[2].  Specifically, the request stipulated that it should include **every Equity identified, submitted, requested, or implemented** by CEOS/HTIU pursuant to the Commercial and Government Information Technology and Industrial Control Product or System Vulnerabilities Equity Policy and Process ("the VEP").

---

[2]  National Security Presidential Directive-54 and Homeland Security Presidential Directive-23 were Executive Orders signed by the President on January 8, 2008.  These documents and the VEP are still considered CLASSIFIED but are available to Judicial Officers.  See EFF v. NSA, U.S. Dist. Court (N.D. CA) Case No. 3:14-CV-03010-RS, ECF No. 34-4 at 1-4 and Price v. NSA, U.S. Dist. Court (FLSD) Case No. 1:17-24440-DPG, ECF No. 1 at 2.

15.     The Plaintiff asserts the Department of Justice, its subordinate bureaus, agencies, affiliates, or contract operators is in possession of the requested records.    The records requested were **required** to be collected, maintained, and were used as the basis for Congressional oversight reporting under the statutes and policies.  Further, the records and data from ICAC-TF case 11-17890 were the initiating basis for, and the "fruits of the Equities" were used, as evidence in a public criminal trial by the Department of Justice.  Thus, the records were used as supporting evidence in criminal proceedings, the basis for funding, grants, reimbursements, and in the furtherance of public policy.    Additionally, employees, agents, and contractors of the Department of Justice offered sworn testimony in the district court regarding the subject records.    Therefore, the agency has possession of the requested records.

## V.  PUBLIC INTEREST IN DISCLOSURE

16.     The records represent a compelling public interest where the Department of Justice disbursed **in excess of a quarter of a billion**[3] taxpayer dollars as part of the "Providing Resources, Officers, and Technology to Eradicate Cyber Threats to Our Children Act" ("the Protect Act") in Public Law 110-401, codified at Title 42 U.S.C. § 17601 et seq.[4]  Further, these records represent a compelling public interest where the Department of Justice and the National Security Agency had direct knowledge of a

---

[3]     Price requested the actual annual program disbursement records and the summary disbursement records in a separate request to the Office of Management and Budget.    According to figures published by Bureau of Justice Statistics the DOJ has spent in excess of 287.7 million taxpayer dollars on these programs from FY-09 through FY-17.

[4]     Section 17601 et seq. has been transferred to the new Title 34 of the United States Code Service.

significant security vulnerability in the most popular and common commercial operating system—Microsoft's Windows$^{TM}$ operating system—but **FAILED TO DISCLOSE** the vulnerability to the manufacturer or the public in violation of its [the U.S. Government's] own policy[5]. The Government's knowing and willful concealment of the vulnerability compromised the **privacy and security** of 10s of millions of Americans and 100s of millions of computer users worldwide.

## VI.  CONCLUSION

17.    In summary, the Defendant was required to collect, maintain, and provide reporting of the requested records under the statutes and executive policy. The Defendant has possession of the records requested, and refused to comply with the statutes as required under the law. In simple terms, the Defendant thwarted compliance with the law and the rules of this Court through the knowing and willful use of evidence produced by and through the use of classified Equities from an intelligence program—the VEP— without disclosing the source of the evidence as required under the Fed. R. Evid.

---

[5]    President's Review Group on Intelligence and Communications Technology, "Liberty and Security in a Changing World" at 219 (Dec. 12, 2013), http://www.whitehouse.gov/sites/default/files/docs/2013-12-12_rg_final _report.pdf.

18.     **WHEREFORE,** the Plaintiff respectfully requests this Court enter Judgment against the Defendant, and issue an Order as follows:

a.  That the Defendant be ordered to produce the requested records **OR** assert the State Secrets Privilege regarding the non-responsive elements of the requests;

b.  That the Defendant be ordered to certify any missing or unavailable records as NONEXISTENT;

c.  That reasonable fees, costs, and expenses be awarded to the Plaintiff as were necessarily incurred in the bringing and prosecution of this case;

d.  That this Court should award such other and further relief as deemed fair and equitable.


Respectfully Submitted,


James Price
Plaintiff
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2150
Email: PriceJamesE@Outlook.com

10

B"H

## CERTIFICATE OF SERVICE

### Price v. United States Department of Justice

### Case No.: 1:17-CV-24341-UNGARO/WHITE

I, James Price, hereby declare that on this date, January 9, 2018, have filed the enclosed

### AMENDED COMPLAINT

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. The aforementioned document was served upon the Defendant via First-Class United States mail, with postage prepaid, at the following addresses:

> Attorney General of the United States
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> United States Attorney
> Southern District of Florida
> 99 N.E. 4th Street
> Miami, Florida 33132-2111

I hereby declare that under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on January 8, 2018.

By: _____

James Price - 98922004

C1 of 1

**EXHIBIT "A"**

Freedom of Information Request

Pursuant to Title 5 U.S.C. § 552

'7-00209

# FREEDOM OF INFORMATION REQUEST
## PURSUANT TO TITLE 5 U.S.C. § 552

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177


May 5, 2017


Chief FOIA/PA Section
Office of Juvenile Justice and Delinquency Prevention
United States Department of Justice
Attn: Dorothy A. Lee, Government Information Specialist
Office of Justice Program
Room 5400
810 7th Street N.W.
Washington, D.C. 20531

Ms. Lee:

   Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting **any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**

   Pursuant to Title 5 U.S.C. § 552(Q), no agency shall rely on any exemption contained in Title 5 U.S.C. § 552 to withhold from an individual any record which is otherwise accessible to such individual under the provision of this statute.  I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

   I, in no way, waive my right to appeal any unfavorable action by this agency as to my request.

   I look forward to your response pursuant to the aforementioned acts.


                              Respectfully Submitted,


                              _____
                              James Price

**STORE 56:**

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting **any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**

**STORE 57:**
requesting **any and all reports, documentation and information specifically regarding SHA-1 data, by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**

**STORE 58:**
requesting any and all **Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from December 2010 through February 2011.**

**STORE 59:**
requesting **any and all Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from March 2011 through January 2012.**

**STORE 60:**
requesting any and all Monthly **Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from December 2010 through February 2011.**

**STORE 61:**
requesting **any and all** Monthly **Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from March 2011 through January 2012.**

**STORE 62:**
requesting **any and all Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the Central Florida Internet Crimes Against Children ("ICAC") Task Force Program for December 2010.**

**STORE 63:**
requesting **any and all Monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for Central Florida, for December 2010.**

**EXHIBIT "B"**

Department of Justice Letter of Acknowledgement

OJP-FOIA-17-00209



**U.S. Department of J      ce**

Office of Justice Programs

Office of the General Counsel

---

May 16, 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177

Re: OJP FOIA No. 17-00209

Dear Mr. Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated May 5, 2017, and received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16, 2017.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, Contract Paralegal Specialist III, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Johnson by telephone at (202) 307-1511, via e-

Page **2** of **2**

mail, or you may write to this office at OJP, 810 7th Street, N.W., Room 5400, Washington, D.C. 20531.  Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Government Information Specialist

**EXHIBIT "C"**

Department of Justice Initial Response



**U.S. Department of Ju     e**

Office of Justice Programs

Office of the General Counsel

---

MAY **3 1** 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 77980
Miami, FL  33177

Re: OJP FOIA No. 17-00209

Dear Mr. Price:

This letter responds to your May 5, 2017, Freedom of Information Act/Privacy Act request that
was received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16,
2017.  A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in OJP and six documents, consisting of 26
pages, were located that are responsive to your request.  After carefully reviewing these
documents, I have determined that these pages are appropriate for release with some excisions
made pursuant to exemption (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552.
Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted
invasion of the personal privacy of third parties.  Further, OJP has no responsive documents for
the items, identified as STORE 56 and STORE 57, of your request.  This completes the
processing of your request by OJP.

If you require further assistance or wish to discuss any aspect of your request, you may contact
Delores Johnson, Contract Paralegal Specialist, at (202) 305-1511 or OJP's FOIA Public Liaison
at (202) 307-6235.  Additionally, you may contact the Office of Government Information
Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA
mediation services they offer.  The contact information for OGIS is as follows: Office of
Government Information Services, National Archives and Records Administration, 8601 Adelphi
Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-
741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For your information, Congress excluded three discrete categories of law enforcement and
national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This
response is limited to those records that are subject to the requirements of the FOIA.  This is a
standard notification that is given to all our requesters and should not be taken as an indication
that excluded records do, or do not, exist.

If you are not satisfied with my response to this request, you may administratively appeal by
writing to the Director, Office of Information Policy (OIP), United States Department of Justice,

Page **2** of **2**

Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel

Enclosures

**Broward County Sheriff's Office (South Florida)**
March 2011 - January 2012

| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 Charged Offense | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(6) | 3/1/2011 | Fort Lauderdale Police Department | ICAC Affiliate | No | (b)(6) | Adult | Federal | Charged | Yes | CP - Possession | Yes | Yes |
| | 3/1/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 3/10/2011 | St. Lucie Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/15/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | No | No |
| | 3/15/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | Broward Sheriff's Office | ICAC Primary | Yes | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | Delray Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 3/16/2011 | St. Lucie P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | No |
| | 3/20/2011 | Pembroke Pines P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 3/22/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 3/24/2011 | Palm Beach S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 3/30/2011 | FBI | Federal | No | | Adult | Federal | Declined | Yes | Child Prostitution | No | |
| | 3/31/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Prostitution | No | |
| | 3/31/2011 | Hialeah P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 4/4/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 4/6/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | No |
| | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/12/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/18/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Prostitution | No | |
| | 4/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | Yes | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 4/21/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 4/22/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 4/27/2011 | Palm Beach School Inv. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 4/29/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | |
| | 5/11/2011 | Miami-Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | No | |
| | 5/13/2011 | Martin County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Prostitution | No | |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| | 5/13/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | Child Prostitution | Yes | Yes |
| | 5/5/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | Yes |
| | 6/2/2011 | Collier County S.O. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Prostitution | Yes | Yes |
| | 6/7/2011 | Boynton Beach P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| | 6/10/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Traveler | No | Yes |

| Record Number | Referral Date | Case Information |  |  |  |  | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 Charged | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier |  |  |  |  |  |  |  |  |
|  | 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
|  | 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
|  | 7/20/2011 | Miami Beach P.D. | ICAC Affiliate | No |  | Adult | Federal | Charged | Yes | Obscenity Direct Toward Minor | No | No |
|  | 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
|  | 7/11/2011 | Broward Sheriff's Office | ICAC Primary | No |  | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
|  | 7/12/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/21/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 7/27/2011 | Collier County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/2/2011 | Palm Beach P.D. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/2/2011 | Palm Beach S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/3/2011 | Palm Beach S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/5/2011 | Broward Sheriff's Office | ICAC Primary | No |  |  |  |  |  |  |  |  |
|  | 8/6/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/17/2011 | Broward Sheriff's Office | ICAC Primary | No |  |  |  |  |  |  |  |  |
|  | 8/17/2011 | Hollywood P.D. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/17/2011 | Saint Lucie County S.O. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/19/2011 | Boynton Beach P.D. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/19/2011 | Hallandale Beach P.D. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |
|  | 8/24/2011 | Broward Sheriff's Office | ICAC Primary | No |  |  |  |  |  |  |  |  |
|  | 8/24/2011 | Hollywood P.D. | ICAC Affiliate | No |  |  |  |  |  |  |  |  |

_(Due to the extreme rotation and density of this tabular scan, the full tabular data is reproduced below row-aligned as read.)_

| Referral Date | Referring Agency | Agency Type | Repeat Referral | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 Charged | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 7/20/2011 | Miami Beach P.D. | ICAC Affiliate | No | Adult | Federal | Charged | Yes | Obscenity Direct Toward Minor | No | No |
| 7/20/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 7/11/2011 | Broward Sheriff's Office | ICAC Primary | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 7/12/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 7/21/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | No | Yes |
| 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 7/27/2011 | Collier County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 8/2/2011 | Palm Beach P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 8/2/2011 | Palm Beach S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 8/3/2011 | Palm Beach S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 8/5/2011 | Broward Sheriff's Office | ICAC Primary | No | Adult | State or Local | Charged | Yes | Traveler | No | No |
| 8/6/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 8/17/2011 | Broward Sheriff's Office | ICAC Primary | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 8/17/2011 | Hollywood P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| 8/17/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| 8/19/2011 | Boynton Beach P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 8/19/2011 | Hallandale Beach P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 8/24/2011 | Broward Sheriff's Office | ICAC Primary | No | Adult | Federal | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| 8/24/2011 | Hollywood P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 8/25/2011 | Delray Beach P.D. | ICAC Affiliate | Yes | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | Yes |
| 9/1/2011 | Hollywood P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Enticement | No | Yes |
| 9/1/2011 | Saint Lucie County S.O. | ICAC Primary | No | Adult | State or Local | Charged | Yes | Enticement | Yes | Yes |
| 9/2/2011 | Boynton Beach P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| 9/4/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 9/8/2011 | Boynton Beach P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 9/10/2011 | Hollywood P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| 9/10/2011 | Hollywood Police Department | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | Yes | Yes |
| 9/14/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Traveler | No | Yes |
| 9/16/2011 | Palm Beach S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 9/16/2011 | Palm Beach S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| 9/16/2011 | Saint Lucie County S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 9/19/2011 | Miami Dade P.D. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | Yes | Yes |
| 9/20/2011 | Broward Sheriff's Office | ICAC Primary | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 9/21/2011 | Palm Beach S.O. | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 9/24/2011 | FDLE | ICAC Affiliate | No | Adult | State or Local | Charged | Yes | CP - Possession | No | No |

| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 Offense Charged | Multiple Counts | Felony |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/26/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | CP - Distribution | No | No |
| | 9/28/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 9/29/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 10/5/2011 | Hollywood Police Department | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| (b)(6) | 10/11/2011 | Coral Springs P.D. | ICAC Affiliate | Yes | (b)(6) | Adult | State or Local | Charged | Yes | None | No | No |
| | 10/13/2011 | Broward Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/18/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/25/2011 | Coral Springs P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/2/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/19/2011 | Lee County Sheriff's Office | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/30/2011 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | Yes |
| | 12/2/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | Yes | Yes |
| | 12/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | Yes | Yes |
| | 12/21/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 12/21/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 12/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 12/21/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 12/22/2011 | FBI | Federal | No | | Adult | Federal | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 12/30/2011 | Clewiston Police Department | ICAC Affiliate | No | | Juvenile | State or Local | None | No | Child Sexual Assault/Molestation/Abuse | No | No |
| | 1/5/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/18/2012 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/19/2012 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 1/19/2012 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/19/2012 | Lee County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/19/2012 | Palm Beach County Sheriff's Office | ICAC Affiliate | No | | Adult | Federal | Charged | Yes | CP - Possession | Yes | Yes |
| | 1/30/2012 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |

| Offense #2 Offense Charged | Multiple Counts | Felony | Offense #3 Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | Other Sentencing Outcomes | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP - Distribution | Yes | No | None | No | Trial - Guilty | Yes | Yes | 48 | Yes | 60 | | |
| Enticement | No | Yes | Obscenity Direct Toward Minor | Yes | Pre-Trial Plea | Yes | Yes | | | 120 | | |
| None | No | No | None | No | None | | | | | 48 | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 300 | Yes | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | No | None | No | Pre-Trial Plea | Yes | Yes | 240 | | | | |
| CP - Distribution | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | Yes | Yes | 60 | | 60 | | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 200 | Yes | 60 | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | | | | | | |
| | | | | | None | | | | Yes | 120 | Forfeit all computers | |
| Child Prostitution | No | | | No | Trial - Guilty | Yes | Yes | | | | | # of Months Incarcerated= Life |
| Child Sexual Assault/Molestation/Abuse | No | | | | Pre-Trial Plea | Yes | Yes | 156 | | | | |
| Obscenity Direct Toward Minor | No | | None | No | None | | | | | | | |
| None | | No | None | No | None | | | | | | | |
| None | No | No | None | No | Pre-Trial Plea | Yes | Yes | 96 | | | | # of Months Incarcerated= |

| Offense #2 Offense Charged | Multiple Counts | Felony | Offense #3 Offense Charged | Multiple Counts | Prosecution Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | Other Sentencing Outcomes | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | No | No | | | None | | | | | | | # of months incarcerated: Life |
| CP - Possession | No | No | | | None | | | | | | | |
| None | No | | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | | | | None | | Yes | | | | | |
| Obscenity Direct Toward Minor | No | None | | | None | | | | | | | |
| ...rement | No | None | | | None | | | | Yes | 180 | Forfeit all computers | |
| None | No | None | | | None | | | | | | | |
| None | No | None | | | None | | | | | 60 | With 1 year in County Jail | |
| Enticement | No | None | | | None | | | Yes | | | | |
| Enticement | No | None | | | None | | | | | | | |
| Enticement | No | None | | | None | | | | Yes | | | |
| None | No | None | | | None | | | | | | | |
| None | No | None | | | None | | | | | 120 | Forfeit all cell phones | |
| Obscenity Direct Toward Minor | No | None | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | None | | | None | | | | | | | |
| Obscenity Direct Toward Minor | No | None | | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | None | | | Pre-Trial Plea | Yes | Yes | 72 | Yes | 60 | | |
| None | No | None | | No | None | | | | | | | |
| Enticement | No | None | | | None | | | | | | | |
| None | No | | | | None | | | | Yes | 42 | | |
| Obscenity Direct Toward Minor | No | | | | None | | | | Yes | 180 | Forfeit all computers | |
| Obscenity Direct Toward Minor | No | | | | None | | | | | 40 | Forfeit all computers | |
| Enticement | No | None | | No | None | | | | Yes | 36 | Forfeit all computers | |
| None | No | | | | None | | | | Yes | | | |
| Obscenity Direct Toward Minor | No | None | | | None | Yes | Yes | | Yes | | | |
| None | No | None | | No | None | | | | | | | |
| None | No | None | | | None | | | | | | | |
| ...nity Direct Toward Minor / Distribution | No | None | | No | None | | | | | | | |
| Obscenity Direct Toward Minor | No | None | | | None | | | | | | | |
| None | No | None | | | None | | | | | | | |
| None | No | | | | None | | | | Yes | 180 | Forfeit all computers | |
| CP - Distribution | No | | | | None | | | | | | Registered Sex Offender for Life | |
| None | No | None | | | None | | | | | | | |
| None | No | None | | No | None | | Yes | 96 | Yes | 60 | Life | |
| None | No | No | | No | Pre-Trial Plea | Yes | Yes | | | | | |

| Offense #2 Offense Charged | Multiple Counts | Felony | Offense #3 Offense Charged | Multiple Counts | Prosecution Disposition | | | Incarceration | | | | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation | Other Sentencing Outcomes | |
| None | No | No | | No | Pre-Trial Plea | Yes | Yes | 70 | Yes | 240 | Sex offender SAC ICE Miami | |
| None | No | No | | No | None | | | | Yes | 72 | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | Yes | | Yes | 60 | MUST DO SCHOOL PRESENTATIONS | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | Yes | 36 | Yes | 180 | two community control also / added | |
| None | No | No | | No | None | | | | Yes | 36 | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| Traveler | Yes | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| CP - Possession | No | No | None | No | None | | | | Yes | 60 | | |
| CP - Possession | Yes | No | None | No | None | | | | Yes | 60 | | |
| None | No | No | None | No | None | | | | | | | |
| Obscenity Direct Toward Minor | Yes | Yes | Enticement | No | None | | Yes | | Yes | 20 | | Disposition: Closed |
| Traveler | No | No | None | No | None | | | | | | | Disposition: Closed |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | None | No | None | | Yes | | Yes | 120 | | |
| None | No | No | None | No | None | | | | | | | |
| None | No | No | | No | None | | No | | | | | Disposition: Closed |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |
| None | No | No | | No | None | | | | | | | |

| ⊃n | |
|---|---|
| **Other Sentencing Outcomes** | **Case Notes** |
| Sex Offender Register/25yearsprobation | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Forfeit all computers | |
| | # of months probation: life |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense #1 |
|---|---|---|---|---|---|
| | | | | | Offense Charged |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Enticement |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Traveler |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| (b)(6) | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor |
| | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | Federal | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | None |
| | Adult | State or Local | Charged | Yes | CP - Possession |
| | Adult | State or Local | Charged | Yes | Traveler |
| | Adult | State or Local | Charged | Yes | Enticement |

| | | Offense #2 | | | | Offense #3 | |
|---|---|---|---|---|---|---|---|
| Multiple Counts | Felony | Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts | |
| No | No | None | No | No | None | No | |
| Yes | Yes | Obscenity Direct Toward Minor | No | | | | |
| No | No | None | No | No | None | No | |
| No | | | | | | | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| Yes | Yes | Obscenity Direct Toward Minor | No | | | | |
| No | | | | | | | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | | | | | | | |
| No | No | None | No | No | None | No | |
| No | | | | | | | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |
| No | No | None | No | No | None | No | |

## Broward County Sheriff's Office (South Florida)

| | | | Case Information | |
|---|---|---|---|---|
| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral |
| (b)(6) | 12/8/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/16/2010 | Miami Dade P.D. | ICAC Affiliate | No |
| | 12/17/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/20/2010 | Collier County S.O. | ICAC Affiliate | No |
| | 12/23/2010 | Broward Sheriff's Office | ICAC Primary | No |
| | 12/29/2010 | Palm Beach P.D. | ICAC Affiliate | No |
| | 1/3/2011 | Plantation P.D. | ICAC Affiliate | No |
| | 1/6/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/7/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No |
| | 1/10/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/10/2011 | St. Lucie Sheriff's Office | ICAC Affiliate | No |
| | 1/11/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 1/21/2011 | Boynton Beach P.D. | ICAC Affiliate | No |
| | 1/25/2011 | Aventura P.D. | ICAC Affiliate | No |
| | 1/26/2011 | FBI | Federal | No |
| | 1/27/2011 | FL Office Attr. General | ICAC Affiliate | No |
| | 1/27/2011 | Palm Beach School Inv. | ICAC Affiliate | No |
| | 2/1/2011 | Palm Beach S.O. | ICAC Affiliate | No |
| | 2/8/2011 | FL Office Attr. General | ICAC Affiliate | No |
| | 2/24/2011 | Broward Sheriff's Office | ICAC Primary | No |
| | 2/24/2011 | Collier County S.O. | ICAC Affiliate | Yes |

| Prosecution Disposition | | | | | Incarceratio |
| Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation | # Months Probation |
|---|---|---|---|---|---|
| Pre-Trial Plea | Yes | Yes | 12 | Yes | 310 |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 60 | Yes | 120 |
| None | | | | | |
| None | | | | | |
| None | | | | Yes | 10 |
| None | | | | | |
| None | | | | | |
| None | | | | | |
| Pre-Trial Plea | No | No | | | |
| None | | | | | |
| None | | | | Yes | 72 |
| None | | | | Yes | |
| None | | | | | |
| None | | | | | |
| Pre-Trial Plea | No | No | | | |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 24 | | |
| None | | | | | |
| Pre-Trial Plea | Yes | Yes | 12 | | |
| None | | | | | |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| Broward County Sheriff's Office (South Florida) | | | |
|---|---|---|---|
| 12/1/2010 to 2/28/2011 | | | |
| Dec-10 | Jan-11 | Feb-11 | Totals |
| 1 | 0 | 0 | 1 |
| 0 | 0 | 1 | 1 |
| 0 | 0 | 0 | 0 |
| 7 | 5 | 2 | 14 |
| 0 | 0 | 0 | 0 |
| 3 | 2 | 4 | 9 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 3 | 3 |
| 0 | 0 | 0 | 0 |
| 30 | 15 | 34 | 79 |
| 5 | 10 | 5 | 20 |
| 30 | 16 | 34 | 80 |
| 5 | 10 | 8 | 23 |
| 31 | 20 | 34 | 85 |
| 45 | 44 | 38 | 127 |
| 7 | 13 | 5 | 25 |
| 36 | 20 | 39 | 95 |
| 7 | 5 | 9 | 21 |
| 1 | 3 | 3 | 7 |
| 2 | 19 | 1 | 22 |
| 1 | 3 | 0 | 4 |
| 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 1 |
| 49 | 38 | 52 | 139 |
| 0 | 20 | 2 | 22 |
| 0 | 22 | 2 | 24 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 1 |
| 1 | 2 | 0 | 3 |
| | | | |
| | | | |
| 0 | 0 | 0 | 0 |
| 45 | 43 | 21 | 109 |
| 1 | 2 | 1 | 4 |
| 5 | 4 | 5 | 14 |
| 73 | 43 | 87 | 203 |
| 31 | 37 | 34 | 102 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| **Totals** | | |

| | | | |
|---:|---:|---:|---:|
| 1 | 0 | 0 | 1 |
| 36 | 0 | 0 | 36 |
| 3 | 0 | 0 | 3 |
| 3 | 0 | 0 | 3 |
| 0 | 0 | 2 | 2 |
| 3 | 1 | 7 | 11 |
| 94 | 7 | 98 | 199 |
| 13,998 | 430 | 11,404 | 25,832 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| **14,554** | **836** | **11,935** | **27,325** |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| **Totals** | | |

| Broward County Sheriff's Office (South Florida) | | | | | | | | | | | |
| 3/1/2011 to 1/31/2012 | | | | | | | | | | | |
| Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 0 | 3 | 5 | 3 | 3 | 1 | 2 | 0 | 2 | 22 |
| 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| 3 | 1 | 1 | 3 | 5 | 5 | 3 | 1 | 0 | 0 | 0 | 22 |
| 8 | 8 | 5 | 4 | 4 | 8 | 6 | 9 | 1 | 5 | 3 | 61 |
| 2 | 4 | 4 | 0 | 3 | 3 | 3 | 2 | 0 | 0 | 1 | 22 |
| 3 | 6 | 1 | 1 | 3 | 4 | 4 | 3 | 2 | 1 | 3 | 31 |
| 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| 0 | 4 | 6 | 0 | 8 | 0 | 2 | 5 | 0 | 1 | 1 | 27 |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| 49 | 15 | 20 | 41 | 35 | 87 | 55 | 36 | 10 | 113 | 107 | 568 |
| 4 | 1 | 5 | 1 | 2 | 4 | 2 | 6 | 2 | 0 | 0 | 27 |
| 49 | 15 | 21 | 41 | 40 | 92 | 56 | 36 | 10 | 115 | 106 | 581 |
| 9 | 3 | 5 | 1 | 2 | 7 | 16 | 7 | 3 | 0 | 0 | 53 |
| 49 | 20 | 21 | 45 | 42 | 92 | 61 | 40 | 10 | 115 | 109 | 604 |
| 91 | 66 | 54 | 64 | 69 | 96 | 103 | 74 | 19 | 116 | 100 | 852 |
| 13 | 6 | 9 | 4 | 7 | 10 | 19 | 12 | 4 | 2 | 6 | 92 |
| 59 | 26 | 30 | 48 | 42 | 101 | 65 | 53 | 12 | 120 | 112 | 668 |
| 8 | 5 | 10 | 13 | 1 | 6 | 8 | 11 | 5 | 13 | 12 | 92 |
| 16 | 11 | 22 | 32 | 12 | 9 | 19 | 15 | 12 | 10 | 9 | 167 |
| 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 70 | 42 | 47 | 60 | 54 | 111 | 79 | 67 | 15 | 124 | 117 | 786 |
| 1 | 0 | 2 | 2 | 0 | 4 | 0 | 0 | 1 | 0 | 1 | 11 |
| 0 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 1 | 0 | 1 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| 0 | 4 | 1 | 1 | 1 | 0 | 5 | 0 | 0 | 7 | 1 | 20 |
| 0 | 1 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 10 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | 51 | 34 | 35 | 59 | 30 | 40 | 15 | 6 | 6 | 49 | 366 |
| 4 | 0 | 2 | 1 | 1 | 2 | 3 | 2 | 3 | 1 | 0 | 19 |
| 12 | 2 | 6 | 3 | 13 | 5 | 16 | 9 | 3 | 2 | 12 | 83 |
| 91 | 30 | 35 | 22 | 19 | 52 | 34 | 19 | 1 | 0 | 5 | 308 |
| 76 | 39 | 45 | 60 | 57 | 96 | 78 | 64 | 15 | 110 | 94 | 734 |

| | | | | | | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 5 | 6 | 13 |
| 0 | 0 | 0 | 0 | 0 | 56 | 0 | 4 | 0 | 0 | 0 | 60 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 3 | 0 | 19 | 0 | 0 | 0 | 25 | 0 | 89 | 0 | 137 |
| 3 | 3 | 16 | 5 | 5 | 0 | 1 | 40 | 3 | 3 | 70 | 149 |
| 10 | 28 | 83 | 1 | 0 | 0 | 0 | 8 | 4 | 0 | 2 | 136 |
| 716 | 2,151 | 14,880 | 50 | 0 | 0 | 0 | 936 | 880 | 0 | 850 | 20,463 |
| 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 200 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 350 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **1,594** | **2,650** | **15,375** | **567** | **490** | **889** | **682** | **1,500** | **1,025** | **964** | **1,833** | **27,569** |

**Polk County Sheriff's Office (Central FL)**

| Case Information | | | | | |
|---|---|---|---|---|---|
| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier |
| (b)(6) | 12/17/2010 | Orange Co SO | ICAC Affiliate | | (b)(6) |

| Juvenile or Adult | Prosecuting Agency | Action | Offense #1 | | | Offense #2 | | |
|---|---|---|---|---|---|---|---|---|
| | | | Felony | Offense Charged | Multiple Counts | Felony | Offense Charged | Multiple Counts |
| Adult | State or Local | Charged | Yes | Enticement | No | No | None | No |

| Offense #3 | | | Prosecution Disposition | | | | Incarc |
|---|---|---|---|---|---|---|---|
| Felony | Offense Charged | Multiple Counts | Disposition | Sex Offender Registry | Incarceration | # Months Incarceration | Probation |
| No | None | No | Trial - Guilty | Yes | Yes | | |

| eration | | |
|---|---|---|
| # Months Probation | Other Sentencing Outcomes | Case Notes |
| | | |

| Task Forces | | | |
|---|---|---|---|
| **Reporting Period** | | | |
| **Measures** | | | |
| Documented Complaints | Traveler | Proactive | |
| | | Reactive | |
| | Enticement | Proactive | |
| | | Reactive | |
| | Obscenity Directed to Minors | Proactive | |
| | | Reactive | |
| | Child Prostitution | Proactive | |
| | | Reactive | |
| | Child Pornography | Manufacture | Proactive |
| | | | Reactive |
| | | Distribution | Proactive |
| | | | Reactive |
| | | Possession | Proactive |
| | | | Reactive |
| Case Information | # of Investigations | | |
| | Arrests | | |
| | Cybertips Received* | | |
| | Case Dispositions | Unfounded | |
| | | Suspended | |
| | | Plea | |
| | | Trial | |
| | Case Referrals | Federal | |
| | | State | |
| | | Local | |
| | Submitted for Federal Prosecution | | |
| | Accepted for Federal Prosecution | | |
| Goals | CVIP Submissions (Cases)* | | |
| | Affiliated Agencies Added* | | |
| | Child Victims Identified | Historical CVIP | |
| | | Historical Cases* | |
| | | Child Victims Identified with images | |
| | | Child Victims Identified without images | |
| Court Actions | Subpoenas or Court Orders | Federal | |
| | | State/Local | |
| | Search Warrants | Federal | |
| | | State/Local | |
| Historical Forensic Exam Data | | | |
| Technical Assists | Technical Support | | |
| | Forensic Exams | Number of Hard Drives | |
| | | Number of Cell Phones | |
| | | Number of CDs/DVDs | |
| | | Number of Other (Thumb drives, SD cards, etc) | |
| | | Number of Gigabytes Examined | |

| | Previews | Number of Items Previewed |
|---|---|---|
| Training | Training Sessions Provided | |
| | Law Enforcement Trained | |
| | Prosecutors Trained | |
| | Other Professions Trained | |
| | # Sent to ICAC T&TA Training | |
| | # Sent to Other Training | |
| Community Outreach | Presentations | |
| | Number of Attendees (Presentations) | |
| | Public Events | |
| | Number of Attendees (Public Events) | |
| | Public Awareness | |
| | **Totals** | |

| | |
|---:|---:|
| 1 | 1 |
| 77 | 77 |
| 10 | 10 |
| 0 | 0 |
| 4 | 4 |
| 0 | 0 |
| 5 | 5 |
| 83 | 83 |
| 1 | 1 |
| 10 | 10 |
| 0 | 0 |
| **366** | **366** |

**EXHIBIT "D"**

<u>Department of Justice Letter of Acknowledgement of</u>

<u>Administrative Appeal No. DOJ-AP-2017-006671</u>

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

James Price
Register No. 98922-004
FCI
P.O. Box 779800
Miami, FL 33177-9800

September 19, 2017

Dear Mr. James Price,

     This is to advise you that your administrative appeal from the action of the OJP regarding Request No. 17-00209 was received by this Office on 09/12/2017.

     The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-006671.  Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

     We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

## PRISCILLA JONES
Priscilla Jones

Digitally signed by
PRISCILLA JONES
Date: 2017.09.20 11:28:49
-04'00'

Supervisory Administrative Specialist

**EXHIBIT "E"**

Department of Justice Notice of Denial

of Administrative Appeal No. DOJ-AP-2017-006671



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. James Price
Register No. 98922-004
Federal Correctional Institution
Post Office Box 779800
Miami, FL 33177

Re:   Appeal No. DOJ-AP-2017-006671
      Request No. 17-00209
      CDT:JMB

**VIA:  U.S. Mail**

Dear Mr. Price:

　　　You appealed from the action of the Office of Justice Programs (OJP) on your Freedom of Information Act request for access to various case file and case tracking records and reports concerning the ICAC Task Force Program.

　　　After carefully considering your appeal, I am affirming OJP's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. OJP properly withheld certain information because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(6) and it is reasonably foreseeable that disclosure of this information would harm the interests protected by this provision. This provision concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

　　　Finally, as to your appeal concerning the adequacy of OJP's search for responsive records subject to the FOIA, I note that OJP conducted a search for responsive records in its Office of Juvenile Justice and Delinquency Prevention, which manages the ICAC Task Force Program. Accordingly, I have determined that OJP's response was correct and that it conducted an adequate, reasonable search for such records.

　　　Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of OJP in response to your request.

　　　If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

- 2 -

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

11/2/2017

X _____

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: CHRISTINA TROIANI

**EXHIBIT "F"**

Second Freedom of Information Request

Pursuant to Title 5 U.S.C. § 552

Dated: October 31, 2017

B"H

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800


October 31, 2017


Office of Justice Programs
United States Department of Justice
ATTN: Dorthy Lee
Room 5400
810 7th Street, N.W.
Washington, D.C. 20531

Dear Ms. Lee:

   Pursuant to the Freedom of Information Act, Title 5 U.S.C § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting the information and documentation listed below:

1.  A complete copy of the Internet Crimes Against Children-Task Force ("ICAC-TF") Operations Manual, including all abstracts, annexes, and appendices.

2.  A copy of the organizational chart for the Child Exploitation and Obscenity Section ("CEOS"), including the current:

   A.  Employee/Contractor Name
   B.  Job title
   C.  GS level
   D.  Contact information
   E.  Job Description and position responsibilities

3.  A copy of the High Technology Investigations Unit ("HTIU") operations manual including evidence processing policies and procedures.

4.  An index of all cases and evidence processed by HTIU from January 2011 through December 2012.

5.  A complete list of all cases referred to the HTIU for assistance including:

   A.  Date of the Request or Referral
   B.  Requesting or Referring Agent(s) Name(s) and Contact Information
   C.  HTIU Case Identifier

1

      D.   Originating Agency Case Identifier
      E.   ICAC-TF Case Identifier
      F.   Date Request or Referral was Completed

6.     A complete list of Equities requested for implementation from and Equities submitted to the Executive Secretariat (the National Security Agency, Information Assurance Directorate) pursuant to paragraph 49 of the Joint Plan for the Coordination and Application of Offensive Capabilities to Defend U.S. Information Systems of NSPD-54/HSPD-23. Specifically, this request shall include **every Equity identified, submitted, requested, or implemented** by CEOS/HTIU pursuant to the Commercial and Government Information Technology and Industrial Control Product or System Vulnerabilities Equity Policy and Process ("VEP"). Additionally, this request shall include but **not** be limited to any and all Equities under §§ 6.1, § 6.2(f), Annex A ¶3, ¶4, and ¶5 of the VEP.

Specifically, you shall consider the extent to which the Department of Justice, with or without the approval of the Equities Review Board and or the Executive Secretariat has "officially acknowledged" in any public matter the information sought--even inadvertently--pursuant to Fitzgibbon v. C.I.A., 911 F.2d 755, 765, 286 U.S. App. D.C. 13 (D.C. Cir. 1990). Pursuant to Title 5 U.S.C. § 552(Q), no agency shall rely on any exemption contained in Title 5 U.S.C. § 552 et seq. to withhold from an indiviual any record which is otherwise accessible to such an individual under the provisions of this Statute. I further agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

I in no way waive my right to appeal any unfavorable action by this agency regarding this request. Thank you for your attention and prompt response to this request.

Respectfully Submitted,

_____

James Price

2

**EXHIBIT "G"**

Firm Mailing Book For Accountable Mail

Dated: October 31, 2017

UNITED STATES POSTAL SERVICE ®

# Firm Mailing Book For Accountable Mail

Name and Address of Sender

Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

10 | 31 | 17

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender If COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9114 9014 acu5 | | | | | | | | | | | | | | |
| 1032 1057 08 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

7.

8.

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

**EXHIBIT "H"**

United States Postal Service:

Delivery Confirmation

Dated: November 3, 2017

# USPS Tracking®

**FAQs**   (http://faq.usps.com/?articleId=220900)

### Track Another Package  +

**Tracking Number:** 9114901496451232125708

Remove

**Expected Delivery on**

# FRIDAY

**3** NOVEMBER 2017   by **8:00pm**

## Delivered

November 3, 2017 at 6:22 am
DELIVERED
WASHINGTON, DC 20531

---

**Tracking History**

---

**Product Information**

---

**See Less**

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**EXHIBIT "I"**

Department of Justice Letter of Acknowledgment

OJP-FOIA-No. 18-00059



**U.S. Department of J    ce**

Office of Justice Programs

Office of the General Counsel

*Washington, D.C. 20531*
November 8, 2017

Mr. James Price
Register: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177-9800

Re: OJP FOIA No. 18-00059

Dear Mr. Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated October 31, 2017, and received in the Office of Justice Programs (OJP), Office of the General Counsel, on November 7, 2017. A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, or you may contact Ms. Johnson by telephone at (202) 307-6235, via e-mail at Delores.Johnson@usdoj.gov, you may write to this office at FOIAOJP, 810 7th Street, N.W., Washington, D.C. 20531.

Page 2 of 2

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Senior Government Information Specialist

Attachment(s)

B"H

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800


October 31, 2017


Office of Justice Programs
United States Department of Justice
ATTN: Dorthy Lee
Room 5400
810 7th Street, N.W.
Washington, D.C. 20531


Dear Ms. Lee:

Pursuant to the Freedom of Information Act, Title 5 U.S.C § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting the information and documentation listed below:

1.  A complete copy of the Internet Crimes Against Children-Task Force ("ICAC-TF") Operations Manual, including all abstracts, annexes, and appendices.

2.  A copy of the organizational chart for the Child Exploitation and Obscenity Section ("CEOS"), including the current:

    A.  Employee/Contractor Name
    B.  Job title
    C.  GS level
    D.  Contact information
    E.  Job Description and position responsibilities

3.  A copy of the High Technology Investigations Unit ("HTIU") operations manual including evidence processing policies and procedures.

4.  An index of all cases and evidence processed by HTIU from January 2011 through December 2012.

5.  A complete list of all cases referred to the HTIU for assistance including:

    A.  Date of the Request or Referral
    B.  Requesting or Referring Agent(s) Name(s) and Contact Information
    C.  HTIU Case Identifier

1



**PRIORITY**

M'
·J-FASS

?
·ing: OJP
·m #
·partment:

9114901496451232125108

*STATES
SERVICE*

9645 1232 1257 08

Label 400  Jan. 2013
7690-16-000-7848

EP14F July 2013
OD: 12.5 x 9.5

FROM:

◇98922-004◇
James Price
Federal Correctional
- Institution
P.O. Box 779800
Miami, FL 33177
United States

TO:

**OFFICE OF JUSTICE PROGRAMS**
United States Department of Justice
ATTN: Dorthy Lee
Room 5400
810 7th Street, N.W.
Washington, D.C. 20531





**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES
POSTAL SERVICE**®

This packaging is the property of the U.S. Postal Service...

**EXHIBIT "J"**

<u>Department of Justice Criminal Division</u>

<u>Letter of Acknowledgment, Request No. CRM-300634425</u>



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA U.S. Mail**                                      November 22, 2017

Mr. James Price                          Request No. CRM-300634425
Register No. 98922-004                   Subject: Child Exploitation and Obscenity
Federal Correctional Institution                 Section Organizational Chart and records
Post Office Box 779800                           regarding the High Technology
Miami, FL 33177                                  Investigative Unit

Dear Mr. Price:

This acknowledges receipt of your Freedom of Information Act request seeking records maintained by the Criminal Division, which was routed to this Office by the Office of Justice Programs (OJP). For your reference, the OJP file number associated with this request is OJP FOIA No. 18-000859. Your request was received in this Office on November 8, 2017. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

☒ Your request has been received by the Freedom of Information Act/Privacy Act Unit and we are searching the section(s) most likely to maintain responsive records.

☒ Because your request presents "unusual circumstances" (*See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), we are extending the time limit to respond to your request an additional ten days as provided by the statute.

☐ We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☐ We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

☐ Your request for expedited treatment has been:

☐ Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

2

☐      Denied. You have not established that your request fits within any of the four U.S. Department of Justice standards for expedited treatment. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Please be advised that OJP is responsible for responding to part one of your request, regarding the Internet Crimes Against Children-Task Force.

I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Suite 1127, Keeney Building, NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Amanda Marchand Jones
Chief
FOIA/PA Unit

**EXHIBIT "K"**

<u>United States Postal Service:</u>

<u>Delivery Confirmation</u>

<u>Dated: December 7, 2017</u>

# USPS Tracking®

**FAQs**   (http://faq.usps.com/?articleId=220900)

## Track Another Package  **+**

**Tracking Number:** 9114901496451230717714                    Remove

Your item was delivered at 5:26 am on December 7, 2017 in WASHINGTON, DC 20531.

## Delivered

December 7, 2017 at 5:26 am
DELIVERED
WASHINGTON, DC 20531

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

See Less

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your
tracking questions.

**EXHIBIT "L"**

Plaintiff's Letter of Default to

Office of Information Policy

Dated: January 5, 2018

B"H

**JAMES PRICE**
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800, Miami, Florida 33177-9800
Tel.: 305-259-2150; Email: PriceJamesE@Outlook.com

United States Department of Justice                    January 5, 2018
Office of Information Policy
1425 New York Avenue, N.W.
Suite 11050
Washington, D.C. 20530-0001

RE:  OJP FOIA No. 18-00059; Request No. CRM-300634425;
      Unacknowledged Request to Exec. Office of U.S. Attorney

This notice is to inform your agency that it is in default regarding the aforementioned Freedom of Information Act ("FOIA") requests.  Pursuant to the statute [Title 5 U.S.C. § 552(a)(6)(B)(i-iii)] your agency has failed to demonstrate any "unusual circumstances" that would qualify under subsection (a)(6)(B) or that would not be exempted under subsection (a)(6)(C). Therefore, your agency's failure to respond withing the twenty (20) day period proscribed to provide a determination constitutes an exhaustion of the administrative remedy process.

Your agency is hereby notified that you may appeal this determination by motion in U.S. Dist. Court (FLSD) Case No. 1:17-CV-24341-UU.  A copy of the Amended Complaint will be served upon your agency pursuant to the rules of that Court.

Very Truly Yours,

James Price

B"H

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>James Price | COURT CASE NUMBER<br>1:17-CV-24341-UU |
|---|---|
| DEFENDANT<br>United States Department of Justice | TYPE OF PROCESS<br>Amended Complaint and Summons |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**United States Attorney for the Southern District of Florida**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**99 N.E. 4th Street, Miami, Florida 33132-2111**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James Price<br>Register No. 98922004<br>Federal Correctional Institution<br>15801 S.W. 137th Avenue<br>Miami, Florida 33177 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                            Fold

Please execute service and return at earliest possible date. Thank you.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-259-2150 | DATE<br>1/9/2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. _____ | District to Serve<br><br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**   1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
     if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

B"H

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>James Price | COURT CASE NUMBER<br>1:17-CV-24341-UU |
|---|---|
| DEFENDANT<br>United States Department of Justice | TYPE OF PROCESS<br>Amended Complaint<br>and Summons |

SERVE AT { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**Attorney General of the United States**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James Price<br>Register No. 98922004<br>Federal Correctional Institution<br>15801 S.W. 137th Avenue<br>Miami, Florida 33177 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fold

**Please execute service and return at earliest possible date. Thank you.**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-259-2150 | DATE<br>1/9/2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

| DISTRIBUTE TO: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 11/13 |

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY
# MAIL ★

**DATE OF DELIVERY SPECIFIED***

**USPS TRACKING™ INCLUDED***

**INSURANCE INCLUDED***

- **PICKUP AVAILABLE**

\* Domestic only

... N USED INTERNATIONALLY,
... CUSTOMS DECLARATION
... BEL MAY BE REQUIRED.



# UNITED STATES
# POSTAL SERVICE®

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



**FROM:**

⬦98922-004⬦
James Price
Federal Correctional
- Institution
P.O. Box 779800
Miami, FL 33177
United States

USPS INSPECTED

**TO:**

⬦98922-004⬦
United States
District Court
Southern District of Florida
400 N. Miami Ave, RM 8N09
Miami, FL 33128-7716
United States

EP14F July 2013
OD: 12.5 x 9.5

Label 400, Jan. 2013
7690-16-000-7948

...'S TRACKING #

4 9645 1230 7175 54