## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

Defendant, United States Department of Justice ("DoJ"), by and through undersigned counsel, respectfully moves for an extension of time, to and through, August 1, 2018, to file its Answer or otherwise respond to the Complaint. The current deadline for answering the Complaint is June 22, 2018. Undersigned counsel has not communicated with Plaintiff due to his incarceration.

The extension is necessary for the following reasons: First, on June 13, 2018, undersigned counsel was first notified of this case assignment. This case was transferred from the U.S. District Court for the Southern District of Florida to this jurisdiction, and undersigned counsel has not had an opportunity to communicate directly with agency counsel on this matter. Second, undersigned counsel will be on prescheduled leave from June 20, 2018 through June 29, 2018 (out of the country), and July 7, 2018 through July 13, 2018. During undersigned counsel's travel out of the country, she will not have any access to government equipment. Undersigned counsel must consult with agency counsel to Answer or otherwise respond to the Complaint.

In addition, Counsel has several deadlines during the month of June that occupy much of the time that would otherwise be allotted to this matter. Consequently, undersigned counsel respectfully requests that the time for filing Defendants' Answer or other response be enlarged to August 1, 2018.

This is Defendant's first request to extend this deadline. A proposed order is attached.

Dated: June 16, 2018				Respectfully submitted,

						JESSIE K. LIU
						UNITED STATES ATTORNEY
						D.C. BAR NUMBER 472845

						DANIEL F. VAN HORN, D.C. Bar No. 924092
						Chief, Civil Division


						    /s/    _____
						RHONDA L. CAMPBELL, D.C. Bar No. 462402
						Assistant United States Attorneys
						Civil Division
						555 4th Street, N.W.
						Washington, D.C. 20530
						(202) 252-2559
						Rhonda.campbell@usdoj.gov

						*Counsel for United States*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2018, the foregoing Extension of time to file Defendant's Answer has been served by the postal service, postage pre-paid and addressed as follows:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177


 /s/ *Rhonda Campbell*
RHONDA CAMPBELL
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2559

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER [Proposed]**

Upon consideration of Defendant's Motion for Extension of Time to Answer or otherwise respond to the Complaint, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and Defendant shall file an Answer or otherwise respond to the Complaint no later than August 1, 2018.

Dated this ___ day of June, 2018.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**