**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES PRICE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1339 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATUS REPORT**

Defendant, United States Department of Justice ("DoJ"), and it sub-component the Office of Justice Programs ("OJP"), by and through undersigned counsel, respectfully responds to Plaintiff's Status Report (ECF No. 32) as follows:

As an initial matter, in his status report, Plaintiff claims that undersigned counsel has intentionally failed to confer with Plaintiff. Not so. Undersigned counsel received Mr. Price's electronic mails sent on June 18, 2018, June 24, 2018, and July 11, 2018, and attempted to respond to each electronic mail; however, the Bureau of Prisons sent the following response to undersigned counsel's government Microsoft Outlook account on June 20, 2018, June 29, 2018 and July 12, 2018, "98922004@inmatemessage.com - Your message wasn't delivered due to a permission or security issue. It may have been rejected by a moderator, the address may only accept email from certain senders, or another restriction may be preventing delivery. The following organization rejected your message: mail.inmate-email.com." Accordingly, Defendant unsuccessfully attempted to confer with Plaintiff, but his incarcerated status prevents direct communication.

**Defendant's Status Report**

As a general matter, the OJP program office that may have records related to Plaintiff's requests is the Office of Juvenile Justice and Delinquency Prevention ("OJJDP") is a grant-making entity and not an operational DOJ agency. To that end, OJJDP does not routinely collect case specific details that are being sought by Plaintiff, including Secure Hash Algorithm version 1 (SHA-1), MD5 Hash values, or images found by law enforcement that are forwarded to the Child Victim Identification Program ("CVIP") at the National Center for Missing & Exploited Children ("NCMEC").

In Plaintiff's FOIA requests of May 5, 2017 (OJP FOIA No. 17-00209), and Oct. 31, 2017 (OJP FOIA No. 18-00059), Plaintiff appears to seek records related to his criminal case. OJP has responded to Plaintiff's requests by producing redacted records or a no records response. In addition, for items No. 2-6 for FOIA No. 18-00059, OJP referred those records to DoJ's Criminal Division for review. In sum, OJP has responded to Plaintiff's FOIA requests and Price has received all the records he is entitled from OJP.

At this time, Defendant submits the following briefing schedule, which incorporates time for the Criminal Division to review the referred responsive material (described above), and produce appropriate material, if any:

Defendant's Motion for Summary Judgment – September 28, 2018

Plaintiff's Opposition - November 2, 2018

Defendant's Reply – November 19, 2018

Dated: July 30, 2018                Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


  /s/  _____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2018, the foregoing Report has been served by the postal service, postage pre-paid and addressed as follows:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

/s/ *Rhonda Campbell*
RHONDA CAMPBELL
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2559

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER [Proposed]**

Upon consideration of Defendant's Status Report, it is hereby

**ORDERED** that the following briefing schedule is ordered:

Defendant's Motion for Summary Judgment – September 28, 2018

Plaintiff's Opposition - November 2, 2018

Defendant's Reply – November 19, 2018

Dated this ___ day of July, 2018.

_____
**UNITED STATES DISTRICT COURT**