AO 440 (Rev. 06/12) Summons in a Civil Action

B"H

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF JUSTICE, JEFF SESSIONS, AND DAVID S. FERRIERO <br> *Defendant(s)* | Civil Action No. **1:18-CV-01339-CRC** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**JEFF SESSIONS
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JAMES PRICE
USM No. 98922004
Federal Correctional Institution
15081 S.W. 137th Avenue
Miami, Florida 33177-9800**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

B"H

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JAMES PRICE | COURT CASE NUMBER<br>1:18-CV-01339-CRC |
|---|---|
| DEFENDANT<br>UNITED STATES DEPARTMENT OF JUSTICE, ET AL. | TYPE OF PROCESS<br>Summons &<br>Second Amended Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | JEFF SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 950 Pennsylvania Avenue, Washington, D.C. 20530-0001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 2 |
|---|---|---|
| JAMES PRICE<br>USM No. 98922004<br>Federal Correctional Institution<br>15801 S.W. 137th Avenue<br>Miami, Florida 33177-9800 | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                              Fold

**Please execute Process and Return within five (5) days.  Thank You.**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-259-2150/2268 | DATE<br>9/27/2018 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

B"H

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES PRICE<br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE, JEFF SESSIONS, AND DAVID S. FERRIERO<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:18-CV-01339-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DAVID S. FERRIERO
Archivist of the United States
The National Archives and Records Administration
8601 Adelphi Road
College Park, Maryland 29740-6001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMES PRICE
USM No. 98922004
Federal Correctional Institution
15801 S.W. 137th Avenue
Miami, Florida 33177-9800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

B"H

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>**JAMES PRICE** | COURT CASE NUMBER<br>**1:18-CV-01339-CRC** |
|---|---|
| DEFENDANT<br>**UNITED STATES DEPARTMENT OF JUSTICE, ET AL.** | TYPE OF PROCESS<br>**Summons & Second Amended Complaint** |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>**DAVID S. FERRIERO, ARCHIVIST OF THE UNITED STATES**<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>**8601 Adelphi Road, College Park, Maryland 29740-6001** |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **JAMES PRICE**<br>**USM No. 98922004**<br>**Federal Correctional Institution**<br>**15801 S.W. 137th Avenue**<br>**Miami, Florida 33177-9800** | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                                                 Fold

**Please execute Process and Return within five (5) days. Thank you.**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>**305-259-2150/2268** | DATE<br>**9/27/2018** |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U S Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

B"H

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES PRICE<br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>JEFF SESSIONS,<br>AND DAVID S. FERRIERO<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-CV-01339-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMES PRICE
USM No. 98922004
Federal Correctional Institution
15801 S.W. 137th Avenue
Miami, Florida 33177-9800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                   *Signature of Clerk or Deputy Clerk*

B"H

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>JAMES PRICE | COURT CASE NUMBER<br>1:18-CV-01339-CRC |
|---|---|
| DEFENDANT<br>UNITED STATES DEPARTMENT OF JUSTICE, ET AL. | TYPE OF PROCESS<br>**Summons & Second Amended Complaint** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| JAMES PRICE<br>USM No. 98922004<br>Federal Correctional Institution<br>15801 S.W. 137th Avenue<br>Miami, Florida 33177-9800 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                                                                                                                                 Fold

**Please execute Process and Return within five (5) days. Thank You.**

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>305-259-2150/2268 | DATE<br>9/27/2018 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13