B"H

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 1:18-CV-01339-CRC



RECEIVED
NOV 13 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JAMES PRICE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE,

    and

JEFF SESSIONS,

    and

DAVID S. FERRIERO,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR TELEPHONIC STATUS CONFERENCE

**COMES NOW**, James Price ("the Plaintiff"), and files this, his motion for a telephonic status conference. A proposed order is attached for this Court's convenience.

### REQUEST FOR STATUS CONFERENCE

1. Numerous issues are before the Court in this case. In an effort to settle disputes between the parties and potentially narrow the issues in this case, the Plaintiff moves this Court for a brief telephonic status conference.

2.  The Plaintiff proposes the following list of issues to be resolved before the Court in conference:

   a.  The Defendants' position/concession of the classified (CIPA) matter briefed to the Court at ECF No. 36. This matter is inclusive of the claims at ¶¶64-65 of the Second Amended Complaint [ECF No. 38]. The Court's previous Order directed the parties to "wait" for the Criminal Division's review of the records. The classified matter was transferred to the Criminal Division on or about **December 2017**, nearly one (1) year ago, without further progress. Were the parties to reach an agreement before the Court on this matter, these claims would be **resolved**;

   b.  The Federal Records Act ("FRA") claims that comprise Count 1, Count 2, and Count 4. The Defendants conceded the motion for leave to amend the complaint, then subsequently attempted to resurrect a subject matter jurisdiction challenge in their answer. The Plaintiff filed, concurrent with this motion, a motion for jurisdictional discovery. Resolution of this Court's jurisdiction over the FRA claims is paramount to the course of this matter. In simple terms, the Plaintiff could have brought the FRA claims before **this Court** in a separate action with unchallenged jurisdiction therein, the Defendants' basis for a jurisdictional challenge on the FRA claims is unclear;

   c.  Temporary Restraining Order/Preliminary Injunction, the Plaintiff attempted to confer with the Defendants for a TRO/PI regarding the on-going removal and alienation of federal records by the Defendants' use of an unauthorized SaaS, cloud-based platform. Due to the seriousness of this issue, the Plaintiff asserts a preliminary discussion of this issue before the Court would be productive.

3.  The Plaintiff proposes a twenty (20) minute telephonic status conference to resolve these matters, narrow the issues in this case, and set the parties on path to the resolution of this action.

**WHEREFORE,** in view of the foregoing, the Plaintiff respectfully moves this Court for entry of an Order to set a telephonic status conference in this matter.

Respectfully Submitted,

_____
James Price
Plaintiff
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2150/2268
Email: PriceJamesE@Outlook.com

B"H

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 1:18-CV-01339-CRC

JAMES PRICE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE,

    and

JEFF SESSIONS,

    and

DAVID S. FERRIERO,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's motion for leave to amend the complaint, motion to compel jurisdictional discovery, and motion for a telephonic status conference. The Court has reviewed the Plaintiff's notice of concession by the Defendants and the Defendants' Answer to the Amended complaint. It is hereby,

**ORDERED** that the Plaintiff's motion for leave to amend is **GRANTED**;

**ORDERED** that the Plaintiff's motion to compel jurisdictional discovery is **GRANTED**, and the parties are directed to meet, confer, and file a JOINT PRODUCTION SCHEDULE with the Court **on or before NOVEMBER 30, 2018**;

**ORDERED** that the Plaintiff's motion for a Telephonic Status Conference

1

is **GRANTED**, the parties will provide the Court with suggested dates for the Status Conference **on or before NOVEMBER 30, 2018;**

**DONE AND ORDERED,** in Chambers, Washington, D.C., this ___ day of November 2018.

                                                                                        _____
                                                                                        CHRISTOPHER R. COOPER
                                                                                        UNITED STATES DISTRICT JUDGE