UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JAMES PRICE**,

        Plaintiff,

        v.

**UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*,

        Defendants.

Case No. 18-cv-1339 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [52] Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED.

**SO ORDERED**.

                                              CHRISTOPHER R. COOPER
                                              United States District Judge

Date:   June 19, 2019