**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR A PROPOSED BRIEFING SCHEDULE

Defendant,[1] United States Department of Justice ("DOJ"), by and through undersigned counsel, pursuant to this Court's July 25, 2019, Minute Order, hereby submits this proposed briefing schedule. Plaintiff, a *pro se* prisoner has not been contacted to ascertain his position on the requested relief. A proposed Order consistent with this Motion is attached hereto.

---

[1] Pursuant to this Court's July 25, 2019, the Federal Records Act ("FRA") claims are stayed until the Freedom of Information Act ("FOIA") claims have been resolved, and Plaintiff only raises the FRA claims against National Archives and Records Administration ("NARA"). Accordingly, the proposed briefing schedule is for DoJ only.

Defendant is requesting the following briefing schedule:

Defendant DOJ's Motion for Summary Judgment - September 30, 2019

Plaintiff's Opposition - October 31, 2019

Defendant DOJ's Reply – November 19, 2019


Respectfully submitted,


JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845


DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


           /s/           _____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER [Proposed]**

Upon consideration of Defendant's Motion for a Briefing Schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** the following briefing schedule:

Defendant DOJ's Motion for Summary Judgment - September 30, 2019

Plaintiff's Opposition - October 31, 2019

Defendant DOJ's Reply – November 19, 2019

Dated this ___ day of _ ___, 2019.

_____
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

# **CERTIFICATE OF SERVICE**

I  HEREBY CERTIFY that on this 9th day of August, 2019, the foregoing Motion has been

served by the postal service, postage pre-paid and addressed as follows:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177


           /s/ *Rhonda Campbell*
           RHONDA CAMPBELL
           Assistant United States Attorney
           Judiciary Center Building
           555 Fourth Street, N.W.
           Washington, D.C.  20530
           (202) 252-2559