<u>DECLARATION OF MONICA POTTER-JOHNSON</u>

I, Monica Potter-Johnson, declare the following to be true and correct:

1.  I am the Government Information Specialist responsible for processing Freedom of Information Act ("FOIA") requests for the Office of Justice Programs ("OJP") at the United States Department of Justice ("DOJ").  I am responsible for processing and responding to FOIA requests seeking records from within the OJP in accordance with the mandates and exemptions of the FOIA.  I coordinate the search for responsive documents with OJP bureaus and offices, which include, *inter alia*, the Office of Juvenile Justice and Delinquency Prevention (OJJDP) and determine whether records responsive to FOIA requests exist and, if so, whether they can be released in accordance with the FOIA.  I communicate with requesters, and prepare the responses to the FOIA requests that are referred to OJP by other DOJ components and other federal agencies, and requests that are submitted directly to OJP.

2.  In general terms, FOIA requests are handled as follows:  I review all incoming FOIA requests, determine which OJP bureau(s) or office(s) may maintain responsive documents, and communicate with those bureau(s) or office(s) to obtain responsive documents.  I then review the documents or information provided for responsiveness, apply any relevant FOIA exemptions, and prepare a response to the requester(s).  In my capacity as the Government Information Specialist, I am a member of the staff of OJP's Office of the General Counsel ("OGC").  In handling a particular request, I may consult with attorneys within OGC.  In some instances, OGC attorneys review documents provided by an OJP bureau or office.  OGC attorneys may also review responsive letters.

3. I am familiar with OJP's handling of FOIA requests made by Mr. James Price seeking the following:

See Attachment A – Copies of Price FOIA requests.

4. On May 16, 2017, I acknowledged receipt of James Price's May 5, 2017, FOIA request. The request was assigned a tracking number, OJP FOIA No. 17-00209.

5. On November 8, 2017, I acknowledged receipt of James Price's subsequent FOIA request.  The request was assigned a tracking number, OJP FOIA No. 18-00059.

6. On January 24, 2018, I acknowledged receipt of James Price's January 10, 2018, FOIA request.  The request was assigned a tracking number, OJP FOIA No. 18-00136.

7. On February 8, 2018, I acknowledged receipt of James Price's January 31, 2018, FOIA request, which was forwarded to OJP by the Office of Information Policy.  This request was assigned the tracking number OJP FOIA 18-00150.

8. On February 15, 2018, I acknowledged receipt of James Price's February 14, 2018 FOIA request. This request was assigned a tracking number, OJP FOIA No. 18-00156.

9. Also on February 15, 2018, I acknowledged receipt of James Price's February 13, 2018, FOIA request. This request was assigned a tracking number, OJP FOIA No. 18-00157.

10. On May 17, 2018, I acknowledged receipt of James Price's May 1, 2018, FOIA request. This request was assigned a tracking number, OJP FOIA No. 18-00260.

11. On June 5, 2018, I acknowledged receipt of James Price's May 7, 2018, FOIA request, that was forwarded from the Office of Juvenile Justice and Delinquency Prevention. This request was assigned a tracking number, OJP FOIA No. 18-00288.

12. On June 11, 2018, I acknowledged receipt of James Price's May 7, 2018 FOIA request that was forwarded from the Office of Juvenile Justice and Delinquency Prevention. This request was assigned a tracking number, OJP FOIA No. 18-00294.

13. Where the acknowledgement letters provided in response to Mr. Price stated that the FOIA requests had been deemed "unusual circumstances," they were deemed as such because the search for responsive documents are conducted outside of the OGC, where OJP's FOIA office is located.  Pursuant to 5 U.S.C. § 552(a)(6)(B)(iii)(I), "unusual circumstances" includes the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.  Because OJP's FOIA office had to search for records from facilities that are separate from OJP's FOIA office, the requests were designated as "unusual circumstances."  In most circumstances, OJP requires more than 30 days to review and process responsive records.  As a result, OGC explains its process for handling incoming requests in the acknowledgement letters.

See Attachment B - Copies of the Acknowledgment letters.

14.  At the time (or shortly thereafter) that acknowledgement letters are mailed to requesters, OGC sends a "search" letter to those OJP offices that are likely to maintain responsive documents.  A "search" letter instructs the OJP office(s) to conduct a search of its files for records that are responsive to the FOIA request.

15.  On May 16, 2017, OGC sent a search letter for OJP FOIA No. 17-00209 to OJP's of Juvenile Justice and Delinquency Prevention (OJJDP), which administers the Internet Crimes Against Children (ICAC) program, and is the program office likely to contain any responsive records within OJP.

16. On November 7, 2017, OGC sent a search letter for OJP FOIA No. 18-00059 to that same office for responsive records.

17. On January 23, 2018, OGC sent a search letter for OJP FOIA No. 18-00136 to that same office and on February 20, 2018 to the Office of the Chief Financial Officer (OCFO) for responsive records.

18. On February 8, 2018, OGC sent a search letter for OJP FOIA No. 18-00150 to OJJDP for responsive records.

19. On February 15, 2018, OGC sent a search letter for OJP FOIA No. 18-00156 to that same office for responsive records.

20. On February 15, 2018, OGC sent a search letter for OJP FOIA No. 18-00157 to that same office for responsive records.

21. On May 10, 2018, OGC sent a search letter for OJP FOIA No. 18-00260 to that same office for responsive records.

22. On June 5, 2018, OGC sent a search letter for OJP FOIA No. 18-00288 to that same office for responsive records.

23. On September 12, 2018, OGC sent a search letter for OJP FOIA No. 18-00294 to that same office for responsive records.

See Attachment C- Copies of the search letters.

24. On May 22, 2017, OGC received responsive records from OJJDP regarding OJP FOIA No. 17-00209, and which OGC processed using applicable FOIA exemptions.  In responding to the search, OJJDP employees searched the Grants Management System (OJP's system for

managing grant awards), monthly performance reports and case tracking reports accessed via the ICAC Portal (a website that enables ICAC award recipients to collaborate and communicate), and used the search terms Case Number 11-17890, South Florida Internet Crimes Against Children Task Force, Central Florida Internet Crimes Against Children Task Force, Monthly Performance Reports, and Case Tracking Reports.

25.  On January 30, 2018 OGC received a response from OJJDP regarding OJP FOIA No. 18-00059, indicating that there were no responsive documents and that OJJDP was not in possession of any document titled the "ICAC Operational Manual."

26.  On February 1, 2018, OGC received responsive records from OJJDP regarding OJP FOIA No. 18-00136, and which OGC processed using applicable FOIA exemptions.  On February 21, 2018, OGC received a response from the Office of the Chief Financial Officer (OCFO) regarding OJP FOIA No. 18-00136, and which OGC processed using applicable FOIA exemptions.  OCFO indicated that it searched the OJP financial system of record to download the general ledger chart of accounts, and shared drive directories.

27. On February 8, 2018, OGC received a response from OJJDP regarding OJP FOIA No. 18-00150, indicating there were no responsive documents. A reasonable search was conducted and completed of all locations likely to contain the requested records.

28.  On February 20, 2018, OGC received a response from OJJDP regarding OJP FOIA No. 18-00156, indicating there were no responsive documents. A reasonable search was conducted and completed of all locations likely to contain the requested records.

29.  On February 27, 2018, OGC received responsive records from OJJDP regarding OJP FOIA No. 18-00157, and which OGC processed using applicable FOIA exemptions.  OJJDP

indicated that it searched the ICAC portal, the OJJDP network drive, and used the search terms CaseTracker, Case Tracker, and Case Tracking Report.

30.  On June 6, 2018, OGC received responsive records from OJJDP regarding OJP FOIA No. 18-00260, and which OGC processed using applicable FOIA exemptions.  OJJDP indicated that it searched the ICAC portal, the Grants Management System and used the search terms Polk County, Central Florida ICAC, South Florida, Sheldon, Joel, Ramnaraine, Sheldon Joel, and Sheldon Joel Ramnaraine. All locations likely to contain responsive records within OJP were searched.

31.  On June 5, 2018, OGC received responsive records from OJJDP regarding OJP FOIA No. 18-00288, and which OGC processed using applicable FOIA exemptions.  A reasonable search was conducted and completed of all locations likely to contain the requested records.

32.  On September 19, 2018, OGC received responsive records from OJJDP regarding OJP FOIA No. 18-00294, and which OGC processed using applicable FOIA exemptions.  OJJDP searched the Grants Management System, the ICAC Portal, and used the search terms Polk County, Central Florida ICAC, South Florida, Sheldon, Joel, Ramnaraine, Sheldon Joel, 305A-TP-73704, 10-61730, LC-10-12-100 and Sheldon Joel Ramnaraine. All locations likely to contain responsive records within OJP were searched.

See Attachment D – Copies of responsive letters.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of

Monica Potter-Johnson

Attachment A

## FREEDOM OF INFORMATION REQUEST
## PURSUANT TO TITLE 5 U.S.C. § 552

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177


May 5, 2017


Chief FOIA/PA Section
Office of Juvenile Justice and Delinquency Prevention
United States Department of Justice
Attn: Dorothy A. Lee, Government Information Specialist
Office of Justice Program
Room 5400
810 7th Street N.W.
Washington, D.C. 20531


Ms. Lee:

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting **any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**

Pursuant to Title 5 U.S.C. § 552(Q), no agency shall rely on any exemption contained in Title 5 U.S.C. § 552 to withhold from an individual any record which is otherwise accessible to such individual under the provision of this statute. I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

I, in no way, waive my right to appeal any unfavorable action by this agency as to my request.

I look forward to your response pursuant to the aforementioned acts.


Respectfully Submitted,


_____

James Price



**STORE 56:**

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting **any and all reports, documentation, and data by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**



**STORE 57:**
requesting **any and all reports, documentation and information specifically regarding SHA-1 data, by the Internet Crimes Against Children ("ICAC") Task Force for case number 11-17890.**



**STORE 58:**
requesting any and all **Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from December 2010 through February 2011.**



**STORE 59:**
requesting **any and all Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from March 2011 through January 2012.**



**STORE 60:**
requesting any and all ~~Monthly~~ **Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from December 2010 through February 2011.**



**STORE 61:**
requesting **any and all ~~Monthly~~ Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida, from March 2011 through January 2012.**



**STORE 62:**
requesting **any and all Case Tracking Reports as required under 42 U.S.C. § 17616(d), for the Central Florida Internet Crimes Against Children ("ICAC") Task Force Program for December 2010.**



**STORE 63:**
requesting **any and all Monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for Central Florida, for December 2010.**

B"H

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800

October 31, 2017

Office of Justice Programs
United States Department of Justice
ATTN: Dorthy Lee
Room 5400
810 7th Street, N.W.
Washington, D.C. 20531

Dear Ms. Lee:

Pursuant to the Freedom of Information Act, Title 5 U.S.C § 552, and the Privacy Act, Title 5 U.S.C. § 552(a) (1974), I am requesting the information and documentation listed below:

1.   A complete copy of the Internet Crimes Against Children-Task Force ("ICAC-TF") Operations Manual, including all abstracts, annexes, and appendices.

2.   A copy of the organizational chart for the Child Exploitation and Obscenity Section ("CEOS"), including the current:

      A.   Employee/Contractor Name
      B.   Job title
      C.   GS level
      D.   Contact information
      E.   Job Description and position responsibilities

3.   A copy of the High Technology Investigations Unit ("HTIU") operations manual including evidence processing policies and procedures.

4.   An index of all cases and evidence processed by HTIU from January 2011 through December 2012.

5.   A complete list of all cases referred to the HTIU for assistance including:

      A.   Date of the Request or Referral
      B.   Requesting or Referring Agent(s) Name(s) and Contact Information
      C.   HTIU Case Identifier

1

    D.   Originating Agency Case Identifier
    E.   ICAC-TF Case Identifier
    F.   Date Request or Referral was Completed

6.    A complete list of Equities requested for implementation from and Equities submitted to the Executive Secretariat (the National Security Agency, Information Assurance Directorate) pursuant to paragraph 49 of the Joint Plan for the Coordination and Application of Offensive Capabilities to Defend U.S. Information Systems of NSPD-54/HSPD-23. Specifically, this request shall include **every Equity identified, submitted, requested, or implemented** by CEOS/HTIU pursuant to the Commercial and Government Information Technology and Industrial Control Product or System Vulnerabilities Equity Policy and Process ("VEP"). Additionally, this request shall include but **not** be limited to any and all Equities under §§ 6.1, § 6.2(f), Annex A ¶3, ¶4, and ¶5 of the VEP.

Specifically, you shall consider the extent to which the Department of Justice, with or without the approval of the Equities Review Board and or the Executive Secretariat has "officially acknowledged" in any public matter the information sought--even inadvertently--pursuant to Fitzgibbon v. C.I.A., 911 F.2d 755, 765, 286 U.S. App. D.C. 13 (D.C. Cir. 1990). Pursuant to Title 5 U.S.C. § 552(Q), no agency shall rely on any exemption contained in Title 5 U.S.C. § 552 et seq. to withhold from an indiviual any record which is otherwise accessible to such an individual under the provisions of this Statute. I further agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

I in no way waive my right to appeal any unfavorable action by this agency regarding this request. Thank you for your attention and prompt response to this request.

Respectfully Submitted,

_____

James Price

2

B"H

**JAMES PRICE**
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800, Miami, Florida 33177-9800
Tel.: 305-259-2150; Email: PriceJamesE@Outlook.com

United States Department of Justice                    January 10, 2017
Office of Justice Programs
ATTN: Dorothy Lee (FOIA)
810 7th Street, N.W.
Room 5400
Washington, D.C. 20531

Dear Ms. Lee:

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, and the Privacy Act, Title 5 U.S.C. § 552a, I am requesting the records, information, and documentation listed below. If for any reason your agency does not provide the requested records, information, or documents, then I request your agency furnish a "Vaughn Index" as set forth in Citizens for Responsibility and Ethics in Washington v. United States Department of Justice, 409 U.S. App. D.C. 113 (D.C. Cir. 2014). I request the following:

1.    A chart of accounts for all Department of Justice, and Office of Justice Programs accounts, including account names, account numbers, account codes and account designations;

2.    A detailed report of all expenditures related to the Department of Justice ("DOJ"), Office of Justice Programs ("OJP") Internet Crimes Against Children Task Forces ("ICAC-TF") operations for FY-08;

3.    A summary report of all DOJ-OJP expenditures for FY-08;

4.    A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursements to any entity or organization receiving funds under the "Providing Resources, Officers, and Technology to Eradicate Cyber Threats to Our Children Act" ("the Protect Act") in Public Law 110-401, codified at Title 42 U.S.C. § 17601 et seq. for FY-08;

5.    A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-09;

6.   A summary report of all DOJ-OJP expenditures for FY-09;

7.   A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-09;

8.   A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-10;

9.   A summary report of all DOJ-OJP expenditures for FY-10;

10.  A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-10;

11.  A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-11;

12.  A summary report of all DOJ-OJP expenditures for FY-11;

13.  A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-11;

14.  A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-12;

15.  A summary report of all DOJ-OJP expenditures for FY-12;

16.  A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-12;

17.  A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-13;

18.  A summary report of all DOJ-OJP expenditures for FY-13;

19.  A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-13;

20.  A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-14;

21.  A summary report of all DOJ-OJP expenditures for FY-14;

22.  A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments

to any entity or organization receiving funds under the Protect Act for FY-14;

23. A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-15;

24. A summary report of all DOJ-OJP expenditures for FY-15;

25. A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-15;

26. A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-16;

27. A summary report of all DOJ-OJP expenditures for FY-16;

28. A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-16;

29. A detailed report of all expenditures related to the DOJ-OJP ICAC-TF operations for FY-17;

30. A summary report of all DOJ-OJP expenditures for FY-17;

31. A report with sufficient detail to determine the total authorization, grant, reimbursement or any other disbursments to any entity or organization receiving funds under the Protect Act for FY-17;

Your agency shall consider this a first-party request under 5 U.S.C. §§ 552 and § 552a. Pursuant to § 552a(t), no agency shall rely on any exemption contained in § 552 [5 U.S.C. § 552] to withhold from an individual any record which is otherwise accessible to such an individual under the provisions of that Statute. Specifically, your agency should not rely on Exemptions under § 552(b)(6), § 522(b)(7), or categorical approaches to the application of Exemptions. See Citizens, 409 U.S. App. D.C. at 127. In the event that your agency may seek to exempt from disclosure any of the records, information, or documents requested herein, your agency shall include all segregated portions of the request and the specific exemptions upon which your agency chose to rely upon to deny disclosure of the excised portions.

3

Pursuant to Title 5 U.S.C. § 552(a)(6)(E), I stipulate that your agency designate this request for **expedited treatment**. Should your agency decline to expedite this request, please include a copy of the four (4) Department of Justice standards for expedited treatment and a detailed explanation for your decision.

In accordance with Title 5 U.S.C. § 552(a)(6)(A), your agency is notified that you have twenty (20) days (excepting Saturdays, Sundays, and legal public holidays) after receipt of this request to issue a determination to the undersigned.

Further, each of the above numbered request descriptions should be treated as a separate request according to § 552(a)(3)(A). I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

I, in no way, waive my right to appeal any unfavorable decision regarding these requests. Thank you for your attention and prompt response to this request.


Very Truly Yours,



James Price

4



**Request Details**

**Request Type :** *FOIA*                    **Status :** *Assignment Determination*   **Due Date :** *03/01/2018*

⏱ **6**

| ○ | ○ | ● | ○ | ○ |
|---|---|---|---|---|
| Submitted | Evaluation | Assignment | Processing | Closed |

## Request Details

| | |
|---|---|
| Tracking Number : DOJ-2018-002378 | Submitted Date : 01/31/2018 |
| Requester : Mr. James E. Price/98922004 | Perfected Date : 01/31/2018 |
| | Last Assigned Date : 01/31/2018 |
| Organization : N/A | Fee Limit : $0.00 |
| Requester Has Account : Yes | Request Track : Simple |
| Email Address : Pricejamese@outlook.com | Due Date : 03/01/2018 |
| Phone Number : 305-259-2100 | Assigned To : Kim Kochurka (Office of Information Policy) |
| Fax Number : N/A | |
| Address : FCI MIAMI Federal Correctional Institution P.O. Box 779800 | Last Assigned By : Valeree Villanueva (Department of Justice - Office of Information Policy) |
| City : Miami | |
| State/Province : FL | |
| Zip Code/Postal Code : 33177 | |

Submission Details

## Request Handling

| | |
|---|---|
| Requester Info Available to the Public : No | Request Perfected : Yes |
| Request Track : Simple | Perfected Date : 01/31/2018 |
| Fee Category : | Acknowledgement Sent Date : |
| Fee Waiver Requested : Yes | Unusual Circumstances ? : No |
| Fee Waiver Status : Pending Decision | 5 Day Notifications : No |
| Expedited Processing Requested : No | Litigation : No |
| Expedited Processing Status : N/A | * Litigation Court Docket Number : [ ] |

## Request Description

Short Description : Names of members of the National Internet Crimes Against Children Data Systems Steering Committee

A copy of the names, titles, organizations, and terms of service for the current and past members of the National Internet Crimes Against Children Data Systems Steering Committee pursuant to 42 U.S.C. Sect 17615(g)(1-8) and (h); a copy of all appropriations and actual expenditures for FY 2008 through FY 2017.

| | |
|---|---|
| Description Available to the Public : No | Has Description Been Modified? No |

## Additional Information

| |
|---|
| Litigation Counsel Name : N/A |
| Litigation Case Number : N/A |
| Litigation Contact Information : N/A |
| Sub-Office : Office of Information Policy |

**Attached Supporting Files**

**Attached Supporting Files**

No supporting files have been added.

**Case File**

Direct URL : https://localhost:8443/foia/action/public/view/request/817d4329

**Case Details**

Type of Case : FOIA

Received Date : 01/31/2018

Fiscal Year : 2018

Clock Initially Started On : 01/31/2018

Total Days Pending : 6

18-FOIA -00156

| | |
|---|---|
| **From:** | James Price |
| **To:** | FOIAOJP |
| **Subject:** | FOIA RQUEST |
| **Date:** | Tuesday, February 13, 2018 11:06:59 PM |

Case No. 1389243-000 (FBI)

"I received your letter regarding fee determination.  This request was filed with your agency in November 2017.  However, due to your agency's failure to issue a determination within twenty (20) days as required under the statute [5 U.S.C. Sect. 552(a)(6)(i)], NO FEES SHALL BE ASSESSED for this request under the statute [5 U.S.C. Sect. 552(a)(3)(iii)]."


 Request:  A summary report of the total number of Secure Hash Algorithm version 1 (SHA-1") values identified or reported by YEAR by the South Florida Internet Crimes Against Children Task Force from FY 2008 through FY 2017.  This report should include both the summary data and the summary by data by actual SHA-1 value..


Very Truly Yours,


/s/ James Price

| | |
|---|---|
| **From:** | James Price |
| **To:** | FOIAOJP |
| **Subject:** | Expedited Treatment FOIA REQUEST |
| **Date:** | Tuesday, February 13, 2018 11:17:19 PM |

Case No. 1389243-000 (FBI)

"I received your letter regarding fee determination.  This request was filed with your agency in November 2017.  However, due to your agency's failure to issue a determination within twenty (20) days as required under the statute [5 U.S.C. Sect. 552(a)(6)(i)], NO FEES SHALL BE ASSESSED for this request under the statute [5 U.S.C. Sect. 552(a)(3)(iii)]."


Request:  Copies of all Case Tracking Reports for South Florida Internet Crimes Against Children Task Force Case No. LC-10-12-141.

Very Truly Yours,


/s/ James Price

B"H

**JAMES PRICE**
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800, Miami, Florida 33177-9800
Tel.: 305-259-2150/2268; Email: PriceJamesE@Outlook.com

May 1, 2018

United States Department of Justice
Office of Justice Programs
Attn: Dorthy Lee (FOIA)
810 7th Street, N.W.
Room 5400
Washington, D.C. 20531

RE:   Request for Records Pursuant to the Freedom of Information Act,
      and the Privacy Act pursuant to Title 5 U.S.C. §§ 552 and § 552a;
      Request for Expedited Treatment

Ms. Lee,

This is a request for information, records, documents, and data (hereinafter, collectively referred to as "subject records"), pursuant to the Freedom of Information Act ("FOIA") under Title 5 U.S.C. § 552, and the Privacy Act under Title 5 U.C.S. § 552a.  The subject records directly relate to the **inactive** federal criminal investigation of the third-party identified below.

The subject records were collected, created, and maintained by agents of the National Internet Crimes Against Children ("ICAC") Task Force Program under Title 34 U.S.C. §§ 11291 et seq.[1]  Specifically, the ICAC agents invovled with the aformentioned federal investigation included Special Agent Rod Hyre ("SA Hyre") of the Federal Bureau of Investigation; Detective Charles Ramos ("Det. Ramos") of the Boynton Beach Police Department ("BBPD"); Task Force Agent Steve McElyea ("TFA McElyea") and Investigator Debra Healy ("Ms. Healy") of the Seminole County Sheriff's Office ("SCSO"); and other unidentified National ICAC Task Force agents.

---

[1]   The National ICAC Task Force Program was established under Title 34 U.S.C. §§ 11291 et seq., where Federal, State, and local law enforcement work together with the United States Attorney to investigate and prosecute child exploitation cases.

1

(The aforementioned ICAC agencies and agents will be collectively referred to, hereinafter respectively as the "ICAC agencies" and "ICAC agents.")

The subject records were used by Assistant United States Attorney Karen Gable ("AUSA Gable") in the federal criminal prosecution of the third-party identified below.[2]

The federal investigation in question was assigned various case numbers that were unique to each ICAC investigating agency. The case number assigned by the FBI and SCSO is **305A-TP-73704**. The case number assigned by BBPD is **10-61730**. The case number assigned by the National ICAC Task Force is **LC-10-12-100**. Thereby, all subject records are subject to disclosure under Title 5 U.S.C. §§ 552 and § 552a.

To aid in the timely fulfillment of this request, the undersigned requester offers the following third-party identification information:

> **Name: Sheldon Joel Ramnaraine**
> Social Security No. 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
> Driver's License No. R-565-790-90-364-0
> Date of Birth: October 4, 1990

## I.   REQUEST UNDER TITLE 5 U.S.C. §§ 552 AND 552a

I, the undersigned requester, hereby request the items listed below. The items requested are directly related to the **inactive** criminal investigation of the third-party identified above and correspond with the case numbers indicated above.

1. The Secure Hash Algorithm version 1 ("SHA-1") values and digital signatures of all files alleged to have been discovered, including but not limited to files alleged to be child pornography, in the course of the investigation by the various ICAC investigating agencies and ICAC agents;

2. All MD5 Hash values calculated, compared, and collected pursuant to Ms. Healy's ICAC investigation;

---

[2]   See, United States v. Ramnaraine, U.S. Dist. Court, M.D. Fla., Case No. 6:11-cr-00356-CEH-TBS (2011).

2

3.  All reports produced from Ms. Healy's investigation including but not limited to: (a) all records documenting pre-examination and examination tasks conducted by Ms. Healy; (b) all photos of the evidentiary items including but not limited to a **Transcend 16GB memory card, SanDisk flash drive, and Dell laptop computer containing a Seagate hard drive [model no. ST9320325AS, serial no. 5VD0D1AF]**; (c) all reports documenting the operating system and time zone settings of all digital items including but not limited to the aforementioned items; (d) all user account data produced by Ms. Healy's investigation including but not limited to user account data contained in the "Joel" user account and all AccessData registry information; (e) all reports of internet history examinations; (f) all reports documenting peer-to-peer file sharing programs, including but not limited to **Gigatribe** and **Frostwire**, and associated data; (g) all reports of chat or chat related files including but not limited to complete transcripts of all chat logs from the **Yahoo** and **Gigatribe** programs, produced from Ms. Healy's investigation; (h) any and all other data recorded and collected by Ms. Healy using the **EnCase** software;

4.  All affidavits, memoranda, reports, and communications (i.e., email, etc.) by the ICAC agents;

5.  All originating and referral agency Case Tracking Reports from and by the ICAC agencies and ICAC agents;

6.  All Case Tracking Reports regarding the third-party identified herein by the ICAC agencies and ICAC agents in the course of the investigation;

7.  All information, records, documents, and data, regarding the third-party identified herein which were collected, created, and maintained by or through the **South Florida ICAC Child Protection System** and its agents;

8.  All information records, documents, and data regarding the third-party identified herein which were collected, created, maintained or

3

obtained by or through the **Child Protection System ("CPS")**, including but not limited to all information obtained by or through **GridCop** application used by ICAC the agencies and ICAC agents;

9.  The "Record Numbers," "Jurisdictional Unique Identifiers," SHA-1 values, and digital signatures for each of the 214 files of child pornography alleged to have be recovered by Ms. Healy. These values were submitted to the National Center for Missing and Exploited Children ("NCMEC") for identification in the Child Victim Identification Program ("CVIP"). Specifically, such records were required to be maintained by the reporting agency where NCMEC alleged to have "identified the children depicted in four of the images" in question, and where those images were allegedly "produced in South Carolina and the United Kingdom." See Ramnaraine, at Docket Entry 42.

10. Records documenting the process, disposition, and entry and/or transfer of all files in any law enforcement, or other, media libraries.

The information, records, documents, and data requested herein were received, produced, generated, collected, and/or maintained by the National ICAC Task Force agencies and their respective agents, including but not limited to the FBI, Seminole County Sheriff's Office and the Boynton Beach Police Department. Additionally, the ICAC agencies and ICAC agents relied on the ICAC Task Force contract partners and affiliates (including but limited to the Child Rescue Coalition, Inc. ("CRC"), TLO LLC. ("TLO"), and the National Center for Missing and Exploited Children ("NCMEC")). If the ICAC Task Force, and its aforementioned agencies, agents, affiliates, partners, or contract operators do not possess the specific items requested herein, **please take the necessary steps to obtain those items in compliance with 5 U.S.C. § 552a(m).**

## II.   STATEMENT REGARDING EXEMPTIONS

If your agency claims any exception, please **provide in writing, and with specificity,** the reasons for those exceptions in a "Vaughn Index," as set

forth by the United States Court of Appeals in Citizens for Responsibility and Ethics in Washington v. United States Department of Justice, 409 U.S. App. D.C. 113 (D.C. Cir. 2014).

Moreover, no agency shall rely on any exemption contained in § 552 to withhold any record which is otherwise accessible to an individual under the provisions of the statute. See, 5 U.S.C. § 552a(t). Specifically, your agency should not rely on exemptions under § 552(b)(6), § 552(b)(7), or categorical approaches to the application of exemptions. See Citizens, 409 U.S. App. D.C. at 127.

If your agency withholds or fails to disclose any portion of the records, documents, and information requested herein, please indicate the specific exemptions upon which your decision to withhold said items was based.

## III.   STATEMENT REGARDING NONEXISTENT RECORDS

If the requested information, records, documents, or data are deemed to be nonexistent, please provide a certified declaration stating the specified information, records, documents, or data that does not exist.

## IV.   STATEMENT REGARDING EXPEDITED TREATMENT

Pursuant to Title 5 U.S.C. § 552(a)(6)(E), please designate this request for **expedited treatment.** Expedited treatment is warranted where under the guidelines governing FOIA requests, "the information sought involves... questions regarding the govenment's integrity which affect public interest. See Department of Justice Freedom of Information Act Reference Guide, § VI. Expedited Processing. Additionally, expedited treatment is due where the requester will otherwise "suffer the loss of substantial due process rights[.]" Id. Should your agency decline to expedite this request, please include a copy of the standards for expedited treatment and a detailed explanation of your decision.

## V.   STATEMENT REGARDING TIMELINESS

In accordance with 5 U.S.C. § 552(a)(6)(A), your agency has twenty (20) days (excluding Saturdays, Sundays, and legal public holidays), after receipt of this request, to issue a determination to the undersigned.

## VI.   STATEMENT REGARDING SCHEDULE OF FEES

Each of the requests enumerated above should be treated as separate requests in accordance with 5 U.S.C. § 552(a)(3)(A). I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

## VII.   CERTIFICATION OF IDENTITY

This is a third-party request where all the information, records, documents, and data requested above are directly related to the third-party identified herein. In accordance with 28 C.F.R. § 16.41(d), I have enclosed Certification of Identity forms (Form DOJ-361), where personal data sufficient to identify the individual submitting requests by mail, and authorization by a third-party under the Privacy Act of 1974 and U.S.C. § 552a, are required. The purpose of these enclosures is to ensure that records of those individuals who are subjects of U.S. Department of Justice systems of records, are not wrongfully disclosed by the Department.

## VIII.   STATEMENT REGARDING REQUESTER'S RIGHT TO APPEAL

I, the undersigned requester, in no way waive my right to appeal any unfavorable decision regarding these requests.

## IX.   DECLARATION UNDER 28 U.S.C. § 1746

I, the undersigned requester, hereby declare that under the penalty of perjury, pursuant to 28 U.S.C. § 1746, the foregoing is true and correct.

Please feel free to contact me via email, the FOIA Online Portal, at the address above, or by calling 305-259-2150/2268. Thank you for your attention and prompt response to this request.

Very Truly Yours,

James Price

Enclosures (2)

B"H

U.S Department of Justice

# Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **James Price**

Citizenship Status [2]   **Native-Born**        Social Security Number [3]   **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**

Current Address   **15081 S.W. 137th Avenue, Miami, Florida 33177-9800**

Date of Birth   **October 26, 1970**        Place of Birth   **Honolulu, Hawaii**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Sheldon Joel Ramnaraine**

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____        Date  5/14/18

---

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

U.S Department of Justice

## Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Sheldon Joel Ramnaraine**

Citizenship Status [2]   **Naturalized Citizen**   Social Security Number [3]   **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**

Current Address   **15801 S.W. 137th Avenue, Miami, Florida 33177-9800**

Date of Birth   **October 4, 1990**   Place of Birth   **Trinadad & Tobago**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**James Price**

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   _Sheldon Joel Ramn..._   Date   _5-3-2018_

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

MAY 0 9 2018

B"H

**JAMES PRICE**
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800, Miami, Florida 33177-9800
Tel.: 305-259-2100/2268; Email: PriceJamesE@Outlook.com

May 7, 2018

United States Department of Justice
Office of Juvenile Justice and Delinquency Prevention
Attn: Dorothy Lee (FOIA)
810 7th Street, N.W.
Room 5400
Washington, D.C. 20531

RE:   Request for Records Pursuant to the Freedom of Information Act,
and the Privacy Act pursuant to Title 5 U.S.C. §§ 552 and § 552a;
Request for Expedited Treatment

Dear Ms. Lee:

This is a request for documents pursuant to the Freedom of Information
Act ("FOIA") under Title 5 § 552, and the Privacy Act under Title 5 U.S.C.
§ 552a.

## I.   REQUEST UNDER TITLE 5 U.S.C. §§ 552 AND 552a

I, the undersigned requester, hereby requests the documents specified
below.   The documents requested herein were executed between the parties
listed below and the Office of Juvenile Justice and Delinquency Prevention
("OJJDP"), as part of the OJJDP's administration of the National Internet
Crimes Against Children ("ICAC") Task Force Program, and its subsidiary
ICAC Task Force agencies.

1.   Copies of the "Memorandum of Understanding" ("MOU") agreement
executed between OJJDP, the following law enforcement agencies,
and United States Attorney Offices:

    a.   Seminole County Sheriff's Office (Seminole County, Florida)

    b.   Broward County Sheriff's Office (Broward County, Florida)

    c.   Martin County Sheriff's Office (Martin County, Florida)

    d.   Boynton Beach Police Department (Boynton Beach, Florida)

    e.   Fort Lauderdale Police Department (Fort Lauderdale, Florida)

    f.   Federal Bureau of Investigation ("FBI")[1]

    g.   U.S. Attorney's Office for the Middle District of Florida

    h.   U.S. Attorney's Office for the Southern District of Florida

2.   Copies of the "Operational and Investigative Standatds" of the National ICAC Task Force Program, as stipulated in, and attached to, the MOU agreements executed for each of agencies enumerated above.

## II.   STATEMENT REGARDING EXEMPTIONS

If your agency claims any exception, please **provide in writing, and with specificity**, the reasons for those exceptions in a "Vaughn Index," as set forth by the United States Court of Appeals in Citizens for Responsibility and Ethics in Washington v. United States Department of Justice, 409 U.S. App. D.C. 113 (D.C. Cir. 2014).

Moreover, no agency shall rely on any exemption contained in § 552 to withhold any record which is otherwise accessible to an individual under the provisions of the statute. See, 5 U.S.C. § 552a(t). Specifically, your agency should not rely on exemptions under § 552(b)(6), § 552(b)(7), or categorical approaches to the application of exemptions. See Citizens, 409 U.S. App. D.C. at 127.

If your agency withholds or fails to disclose any portion of the documents requested herein, please indicate the specific exemptions upon which your decision to withhold said items was based, in the Vaughn Index.

---

[1]   If the documents requested herein are different or unique to the various FBI field offices, please provide the documents pertaining specifically to the FBI's Tampa, Orlando, For Lauderdale, and Miami locations.

### III.   STATEMENT REGARDING NONEXISTENT RECORDS

If the requested documents are deemed to be nonexistent, please provide a certified declaration stating the specified documents do not exist.

### IV.   STATEMENT REGARDING EXPEDITED TREATMENT

Pursuant to Title 5 U.S.C. § 552(a)(6)(E), please designate this request for **expedited treatment.** Expedited treatment is warranted where under the guidelines governing FOIA requests, "the information sought involves... questions regarding the govenment's integrity which affect public interest. See Department of Justice Freedom of Information Act Reference Guide, § VI. Expedited Processing. Additionally, expedited treatment is due where the requester will otherwise "suffer the loss of substantial due process rights[.]" Id. Should your agency decline to expedite this request, please include a copy of the standards for expedited treatment and a detailed explanation of your decision.

### V.   STATEMENT REGARDING TIMELINESS

In accordance with 5 U.S.C. § 552(a)(6)(A), your agency has twenty (20) days (excluding Saturdays, Sundays, and legal public holidays), after receipt of this request, to issue a determination to the undersigned.

### VI.   STATEMENT REGARDING SCHEDULE OF FEES

Each of the requests enumerated above should be treated as separate requests in accordance with 5 U.S.C. § 552(a)(3)(A). I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

### VII.   STATEMENT REGARDING REQUESTER'S RIGHT TO APPEAL

I, the undersigned requester, in no way waive my right to appeal any unfavorable decision regarding these requests.

## VIII.   DECLARATION UNDER 28 U.S.C. § 1746

I, the undersigned requester, hereby declare that under the penalty of perjury, pursuant to 28 U.S.C. § 1746, the foregoing is true and correct.

Please feel free to contact me using the address above, or by calling 305-259-2100/2268, c/o Mr. Hardy Williams.   Thank you for your attention and prompt response to this request.

Very Truly Yours,

_____

James Price

B"H

**JAMES PRICE**
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800, Miami, Florida 33177-9800
Tel.: 305-259-2150/2268; Email: PriceJamesE@Outlook.com

———————————

May 7, 2018

United States Department of Justice
Office of Juvenile Justice and Delinquency Prevention
ATTN: Dorothy Lee (FOIA)
810 7th Street, N.W.
Room 5400
Washington, D.C. 20531

RE:   Request for Records Pursuant to the Freedom of Information Act,
      and the Privacy Act pursuant to Title 5 U.S.C. §§ 552 and § 552a;
      Request for Expedited Treatment

Dear Ms. Lee:

This is a request for information, records, documents, and data hereinafter, collectively referred to as "subject records"), pursuant to the Freedom of Information Act ("FOIA") under Title 5 U.S.C. § 552, and the Privacy Act under Title 5 U.C.S. § 552a.  The subject records directly relate to the **inactive** federal criminal investigation of the third-party identified below.

The subject records were collected, created, and maintained by agents of the National Internet Crimes Against Children ("ICAC") Task Force Program under Title 34 U.S.C. §§ 11291 et seq.[1]  Specifically, the ICAC agents invovled with the aformentioned investigation included Special Agent Rod Hyre ("SA Hyre") of the Federal Bureau of Investigation ("FBI"); Detective Charles Ramos ("Det. Ramos") of the Boynton Beach Police Department ("BBPD"); Task Force Agent Steve McElyea ("TFA McElyea") and Investigator Debra Healy ("Ms. Healy") of the Seminole County Sheriff's Office ("SCSO"); and other unidentified National ICAC Task Force agents.

———————————

[1]   The National ICAC Task Force Program was "established within the Department of Justice, under the general authority of the Attorney General... which shall consist of a national program of State and local law enforcement task forces dedicated to developing effective responses to online enticement of

1

(The aforementioned ICAC agencies and agents will be collectively referred to, hereinafter respectively as the "ICAC agencies" and "ICAC agents.")

The subject records were used by Assistant United States Attorney Karen Gable ("AUSA Gable") in the federal criminal prosecution of the third-party identified below.[2]

The federal investigation in question was assigned various case numbers that were unique to each ICAC investigating agency. The case number assigned by the FBI and SCSO is **305A-TP-73704**. The case number assigned by BBPD is **10-61730**. The case number assigned by the National ICAC Task Force is **LC-10-12-100**. Thereby, all subject records are subject to disclosure under Title 5 U.S.C. §§ 552 and § 552a.

To aid in the timely fulfillment of this request, the undersigned requester offers the following third-party identification information:

> **Name: Sheldon Joel Ramnaraine**
> Social Security No. 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
> Driver's License No. R-565-790-90-364-0
> Date of Birth: October 4, 1990

## I.    REQUEST UNDER TITLE 5 U.S.C. §§ 552 AND 552a

I, the undersigned requester, hereby request the items listed below. The items requested are directly related to the **inactive** criminal investigation of the third-party identified above and correspond with the case numbers indicated above.

1. The Secure Hash Algorithm version 1 ("SHA-1") values and digital signatures of all files discovered, acquired, or alleged, including but not limited to files alleged to be child pornography, in the course of the investigation by the various ICAC investigating agencies and ICAC agents;

---

[1]    children by sexual predators, child exploitation, and child obscenity and pornography cases." Title 34 U.S.C. §§ 11281 et seq. The ICAC task forces work together with the United States Attorneys to investigate, and ultimately prosecute, child exploitation cases.

[2]    See, <u>United States v. Ramnaraine</u>, U.S. Dist. Court, M.D. Fla., Case No. 6:11-cr-00356-CEH-TBS (2011).

2.  All interview and investigative notes, recordings, 302 reports, and communications created and maintained, by SA Hyre and TFA McElyea pursuant to their investigation of the third-party identified above [FBI No. 987289MD5], by the FBI;

3.  All MD5 Hash values calculated, compared, and collected pursuant to Ms. Healy's ICAC investigation;

4.  All reports produced from Ms. Healy's investigation including but not limited to: (a) all records documenting pre-examination and examination tasks conducted by Ms. Healy; (b) all photos of the evidentiary items including but not limited to a **Transcend 16GB memory card, SanDisk flash drive, and Dell laptop computer containing a Seagate hard drive [model no. ST9320325AS, serial no. 5VD0D1AF]**; (c) all reports documenting the operating system and time zone settings of all digital items including but not limited to the aforementioned items; (d) all user account data produced by Ms. Healy's investigation including but not limited to user account data contained in the "Joel" user account and all AccessData registry information; (e) all reports of internet history examinations; (f) all reports documenting peer-to-peer file sharing programs, including but not limited to **Gigatribe** and **Frostwire**, and associated data; (g) all reports of chat or chat related files including but not limited to complete transcripts of all chat logs from the **Yahoo** and **Gigatribe** programs, produced from Ms. Healy's investigation; (h) any and all other data recorded and collected by Ms. Healy using the **EnCase** software;

5.  All affidavits, memoranda, reports, and communications (i.e., email, etc.) by the ICAC agents;

6.  All originating and referral agency Case Tracking Reports from and by the ICAC agencies and ICAC agents;

7.  All Case Tracking Reports, regarding the undersigned requester, by the ICAC agencies and ICAC agents in the course of the investigation;

8. All information, records, documents, and data, regarding the undersigned requester, which were collected, created, and maintained by or through the **South Florida ICAC Child Protection System** and its agents;

9. All information records, documents, and data, regarding the undersigned requester, which were collected, created, maintained or obtained by or through the **Child Protection System ("CPS")**, including but not limited to all information obtained by or through **GridCop** application used by ICAC the agencies and ICAC agents;

10. The "Record Numbers," "Jurisdictional Unique Identifiers," SHA-1 values, and digital signatures for each of the 214 files of child pornography alleged to have be recovered by Ms. Healy. These values were submitted to the National Center for Missing and Exploited Children ("NCMEC") for identification in the Child Victim Identification Program ("CVIP"). Specifically, such records were required to be maintained by the reporting agency where NCMEC alleged to have "identified the children depicted in four of the images" in question, and where those images were allegedly "produced in South Carolina and the United Kingdom." See Ramnaraine, at Docket Entry 42.

11. Records documenting the process, disposition, and entry and/or transfer of all files in any law enforcement, or other, media libraries.

The information, records, documents, and data requested herein were received, produced, generated, collected, and/or maintained by the National ICAC Task Force Program, its agencies, and their respective agents including but not limited to the FBI, Seminole County Sheriff's Office, and the Boynton Beach Police Department. Additionally, the ICAC agencies and ICAC agents relied on the ICAC Task Force contract partners and affiliates (including but limited to the Child Rescue Coalition, Inc. ("CRC"), TLO LLC. ("TLO"), and the National Center for Missing and Exploited Children ("NCMEC")). If the ICAC Task Force, and its aforementioned agencies, agents, affiliates, partners, or contract operators do not possess the specific items requested

4

herein, **please take the necessary steps to obtain those items in compliance with 5 U.S.C. § 552a(m).**

## II.    STATEMENT REGARDING EXEMPTIONS

If your agency claims any exception, please **provide in writing, and with specificity,** the reasons for those exceptions in a "Vaughn Index," as set forth by the United States Court of Appeals in Citizens for Responsibility and Ethics in Washington v. United States Department of Justice, 409 U.S. App. D.C. 113 (D.C. Cir. 2014).

Moreover, no agency shall rely on any exemption contained in § 552 to withhold any record which is otherwise accessible to an individual under the provisions of the statute. See, 5 U.S.C. § 552a(t). Specifically, your agency should not rely on exemptions under § 552(b)(6), § 552(b)(7), or categorical approaches to the application of exemptions. See Citizens, 409 U.S. App. D.C. at 127.

If your agency withholds or fails to disclose any portion of the records, documents, and information requested herein, please indicate the specific exemptions upon which your decision to withhold said items was based.

## III.    STATEMENT REGARDING NONEXISTENT RECORDS

If the requested information, records, documents, or data are deemed to be nonexistent, please provide a certified declaration stating the specified information, records, documents, or data that does not exist.

## IV.    STATEMENT REGARDING EXPEDITED TREATMENT

Pursuant to Title 5 U.S.C. § 552(a)(6)(E), please designate this request for **expedited treatment.** Expedited treatment is warranted where under the guidelines governing FOIA requests, "the information sought involves... questions regarding the govenment's integrity which affect public interest. See Department of Justice Freedom of Information Act Reference Guide, § VI. Expedited Processing. Additionally, expedited treatment is due where the requester will otherwise "suffer the loss of substantial due process rights[.]" Id. Should your agency decline to expedite this request, please include a copy of the standards for expedited treatment and a detailed explanation of your decision.

## V.   STATEMENT REGARDING TIMELINESS

In accordance with 5 U.S.C. § 552(a)(6)(A), your agency has twenty (20) days (excluding Saturdays, Sundays, and legal public holidays), after receipt of this request, to issue a determination to the undersigned.

## VI.   STATEMENT REGARDING SCHEDULE OF FEES

Each of the requests enumerated above should be treated as separate requests in accordance with 5 U.S.C. § 552(a)(3)(A). I agree to the schedule of fees and limits as promulgated by 28 C.F.R. § 16.10.

## VII.   CERTIFICATION OF IDENTITY

This is a third-party request where all the information, records, documents, and data requested above are directly related to the third-party identified herein. In accordance with 28 C.F.R. § 16.41(d), I have enclosed Certification of Identity forms (Form DOJ-361), where personal data sufficient to identify the individual submitting requests by mail, and authorization by a third-party under the Privacy Act [5 U.S.C. § 552a], are required. The purpose of these enclosures is to ensure that records of individuals who are subjects of U.S. Department of Justice systems of records, are not wrongfully disclosed by the Department.

## VIII.   STATEMENT REGARDING REQUESTER'S RIGHT TO APPEAL

I, the undersigned requester, in no way waive my right to appeal any unfavorable decision regarding these requests.

## IX.   DECLARATION UNDER 28 U.S.C. § 1746

I, the undersigned requester, hereby declare that under the penalty of perjury, pursuant to 28 U.S.C. § 1746, the foregoing is true and correct.

Please feel free to contact me via email, the FOIA Online Portal, at the address above, or by calling 305-259-2150/2268.   Thank you for your attention and prompt response to this request.

Very Truly Yours,

James Price

Enclosures (2)

7

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **James Price**

Citizenship Status [2]   **Native-Born**   Social Security Number [3]   **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**

Current Address   **15801 S.W. 137th Avenue, Miami, Florida 33177**

Date of Birth   **October 26, 1970**   Place of Birth   **Honolulu, Hawaii**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b, I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Sheldon Joel Ramnaraine**

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____   **Date   May 17, 2018**

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Sheldon Joel Ramnaraine**

Citizenship Status [2]   **Naturalized**      Social Security Number [3]   **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**

Current Address   **15801 S.W. 137th Avenue, Miami, Florida 33177**

Date of Birth   **October 4, 1990**      Place of Birth   **Trinidad & Tobago**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**James Price**

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   _(signature)_      Date   **May 17, 2018**

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

# Attachment B



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

May 16, 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177

Re: OJP FOIA No. 17-00209

Dear Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated May 5, 2017, and received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16, 2017.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, Contract Paralegal Specialist III, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Johnson by telephone at (202) 307-1511, via e-

Page **2** of **2**

mail, or you may write to this office at OJP, 810 7th Street, N.W., Room 5400, Washington, D.C. 20531.  Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Government Information Specialist

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C. 20531*
November 8, 2017

Mr. James Price
Register: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177-9800

Re: OJP FOIA No. 18-00059

Dear Mr. Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated October 31, 2017, and received in the Office of Justice Programs (OJP), Office of the General Counsel, on November 7, 2017.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, or you may contact Ms. Johnson by telephone at (202) 307-6235, via e-mail at Delores.Johnson@usdoj.gov, you may write to this office at FOIAOJP, 810 7th Street, N.W., Washington, D.C. 20531.

Page **2** of **2**

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Senior Government Information Specialist

Attachment(s)

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C. 20531*
January 24, 2018

**<u>Via U.S. Mail:</u>**

Mr. James Price
Register Number # 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177-9800

Re: OJP FOIA No. 18-00136

Dear Mr. Price:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act request, dated
January 10, 2018, and received in the Office of Justice Programs (OJP), Office of the General
Counsel, on January 23, 2018.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within
"unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual
circumstances, we are extending the time limit to respond to your request beyond the ten
additional days provided by the statute. We have not yet completed a search to determine
whether there are records within the scope of your request. The time needed to process your
request will necessarily depend on the complexity of our records search and on the volume and
complexity of any records located. For your information, this Office assigns incoming requests
to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in,
first-out basis in relation to other requests in the same track. Simple requests usually receive a
response in approximately one month, whereas complex requests necessarily take longer. At this
time, your request has been assigned to the complex track. You may wish to narrow the scope of
your request to limit the number of potentially responsive records or agree to an alternative time
frame for processing, should records be located; or you may wish to await the completion of our
records search to discuss either of these options.

We have not yet made a determination on your request for expedited processing. You will be
notified once a determination has been made.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing.  If you
have any questions or wish to discuss reformulation or an alternative time frame for the
processing of your request, you may contact Ms. Johnson by telephone at (202) 307-6235, via e-
mail at Delores.Johnson@usdoj.gov, or you may write to this office at FOIAOJP, 810 7th Street,

Page **2** of **2**

N.W., Washington, D.C. 20531.  Please include the above-referenced OJP FOIA
number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to
discuss any aspect of your request.


Sincerely,

Dorothy A. Lee
Senior Government Information Specialist


Attachment(s)

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

_Washington, D.C.  20531_

February 8, 2018

VIA Electronic Mail: Pricejames@outlook.com

Mr. James Price
Register Number # 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177-9800

Re: OJP FOIA No. 18-00150

Dear Mr. Price:

This is to acknowledge receipt of your January 31, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) request that was sent to the U.S. Department Justice, Office of Information Policy (OIP).  On February 8, 2018, OIP forwarded your request to the Office of Justice Programs (OJP), Office of the General Counsel.  A copy of the request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the

processing of your request, you may contact Ms. Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th Street, N.W.
> Washington, D.C. 20531
>
> Attn: FOIA

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Thank you,

 FOIAOJP



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

*Washington, D.C. 20531*

February 15, 2018

**VIA U.S. Mail**:

Mr. James Price
Register Number: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177-9800

Re: OJP FOIA No. 18-00156

Dear Mr. Price:

This is to acknowledge receipt of your February 14, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) request, which was received in the Office of Justice Programs (OJP), Office of the General Counsel, on February 14, 2018. A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing. If you have any questions or wish to discuss reformulation or an alternative time frame for the

processing of your request, you may contact Ms. Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

>US DOJ, Office of Justice Programs
>Office of the General Counsel
>810 7th Street, N.W.
>Washington, D.C. 20531

>Attn: FOIA

Please include the above-referenced OJP FOIA number. Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Thank you,

FOIAOJP



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C. 20531*

February 15, 2018

VIA Electronic Mail: Pricejamese@outlook.com

Mr. James Price
Register Number: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177-9800

Re: OJP FOIA No. 18-00157

Dear Mr. Price:

This is to acknowledge receipt of your February 13, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) request, which was received in the Office of Justice Programs (OJP), Office of the General Counsel, on the same date. A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing. If you have any questions or wish to discuss reformulation or an alternative time frame for the

processing of your request, you may contact Ms. Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th Street, N.W.
> Washington, D.C. 20531
>
> Attn: FOIA

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Thank you,

 FOIAOJP

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C.  20531*

May 17, 2018

**<u>VIA U.S. Mail</u>**:

Mr. James Price
Register Number: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177-9800

Re: OJP FOIA No. 18-00260

Dear Mr. Price:

This is to acknowledge receipt of your May 1, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) request, which was received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 9, 2018.  A copy of your request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

We have not yet made a determination on your request for expedited processing. You will be notified once a determination has been made.

Page **2** of **2**

Your request is assigned to Delores Johnson, FOIA Contract Paralegal, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th Street, N.W.
> Washington, D.C. 20531
>
> Attn: FOIA

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Senior Government Information Specialist

Attachment(s)

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

*Washington, D.C. 20531*

June 5, 2018

**<u>VIA U.S. Mail</u>:**

Mr. James Price
Register Number: 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177-9800

Re: OJP FOIA No. 18-00288

Dear Mr. Price:

This is to acknowledge receipt of your May 7, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) request that was sent to the U.S. Department of Justice, Office of Justice Programs (OJP), Office of Juvenile Justice and Delinquency Prevention (OJJDP). On May 30, 2018, OJJDP forwarded your request, which was received on the same date, to the Office of the General Counsel. A copy of the request is attached for your convenience.

The records you seek require a search in another OJP office and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

We have not yet made a determination on your request for expedited processing. You will be notified once a determination has been made.

Page **2** of **2**

Your request is assigned to Monica Potter-Johnson, Government Information Specialist, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Potter-Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th Street, N.W.
> Washington, D.C. 20531
>
> Attn: FOIA

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Senior Government Information Specialist

Attachment(s)

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

*Washington, D.C.  20531*

June 11, 2018

**<u>VIA U.S. Mail:</u>**

Mr. James Price
Register Number:  98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL  33177-9800

Re: OJP FOIA No. 18-00294

Dear Mr. Price:

This is to acknowledge receipt of your May 7, 2018, Freedom of Information Act/Privacy Act
(FOIA/PA) request that was sent to the U.S. Department of Justice (DOJ), Office of Justice
Programs (OJP), Office of Juvenile Justice Delinquency and Prevention Justice Programs
(OJJDP).  On May 30, 2018, OJJDP directed your request to OJP's Office of the General
Counsel for processing and responding directly to you.  A copy of the request is attached for
your convenience.  Also, this letter acknowledges your May 7, 2018, request to the DOJ National
Internet Crimes Against Children Task Force Program (NICACTFP) "ATTN:  Office of the
Attorney General."  The DOJ Mail Referral Unit forwarded your letter to OJP's Office of the
General Counsel on June 6, 2018.  A copy of your request is attached for your convenience.
Because the requests appear similar, this Office will assign one FOIA Request Number, as
indicated above.

The records you seek require a search in another OJP office and so your request falls within
"unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual
circumstances, we are extending the time limit to respond to your request beyond the ten
additional days provided by the statute. We have not yet completed a search to determine
whether there are records within the scope of your request. The time needed to process your
request will necessarily depend on the complexity of our records search and on the volume and
complexity of any records located. For your information, this Office assigns incoming requests
to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in,
first-out basis in relation to other requests in the same track. Simple requests usually receive a
response in approximately one month, whereas complex requests necessarily take longer. At this
time, your request has been assigned to the complex track. You may wish to narrow the scope of
your request to limit the number of potentially responsive records or agree to an alternative time
frame for processing, should records be located; or you may wish to await the completion of our
records search to discuss either of these options.

Page 2 of 2

We have not yet made a determination on your request for expedited processing.  You will be notified once a determination has been made.

Your request is assigned to Monica Potter-Johnson, Government Information Specialist, for processing.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Ms. Potter-Johnson by calling the Office of the General Counsel at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, or you may write to this office at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th Street, N.W.
> Washington, D.C. 20531
>
> Attn: FOIA

Please include the above-referenced OJP FOIA number.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to discuss any aspect of your request.

Sincerely,

Dorothy A. Lee
Senior Government Information Specialist

Attachment(s)

# Attachment C

**From:** Johnson, Delores [mailto:Delores.Johnson@usdoj.gov]
**Sent:** Tuesday, May 16, 2017 3:14 PM
**To:** Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Subject:** Records Search for 17-FOIA-00209

Request for Documents for Request # '17-FOIA-00209'. Your response due date is: 5/23/2017
12:00:00 AM Message from SENDER: Hi All:

Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your
response is due by May 23, 2017.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to FOIAOJP@usdoj.gov, and must include
FOIA Request Number 17-FOIA-00209.

**Request#:** 17-FOIA-00209

**Description:**

Document regarding ICAC case number 11-17890 and ICAC information pertaining to South and
Central Florida

Thank you.

Delores Johnson
FOIA Contractor

**From:** Office of General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Tuesday, November 07, 2017 3:41 PM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00059

You have received this email message from FOIAXpress Request for Documents. Message from SENDER: FOIA Contact(s):

Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your response is due by November 15, 2017.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must include the FOIA Request Number 18-FOIA-00059.

**Request#:** 18-FOIA-00059

**Description:**

Requesting information and documentation on the following subjects: 1. The Internet Crimes Against Children-Task Forces (ICAC-TF) 2. Organizational chart for the Child Exploitation and Obscenity Section (CEOS) 3. The High Technology Investigations Unit (HTIU) 4. Index of all cases and evidence processed by HTIU 5. Complete list of all cases referred to the HTIU 6. Complete list if Equities requested for implementation from and Equities submitted to the Executive Secretariat ...[SEE ATTACHED REQUEST]

Thank you.

Dorothy A. Lee
Government Information Specialist

**From:** Office of General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Tuesday, January 23, 2018 1:05 PM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00136

Request for Documents for Request # '18-FOIA-00136'. Your response due date is: 1/30/2018
12:00:00 AM Message from SENDER: FOIA Contact(s):

Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your
response is due by January 30, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must
include the FOIA Request Number 18-FOIA-00136.

**Request#:** 18-FOIA-00136

**Description:**

Subject: DOJ and OJP "Internet Crimes Against Children Task Forces." Requesting the records,
information, and documentation, **a listed description no. 1-31 is provided in attached Request**

Thank you.

Delores Johnson
FOIA Contractor

**From:** Office of General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Thursday, February 08, 2018 11:46 AM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00150

Request for Documents for Request # '18-FOIA-00150'. Your response due date is: 2/15/2018 12:00:00 AM Message from SENDER:

FOIA Contact(s):


Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your response is due by February 15, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must include the FOIA Request Number 18-FOIA-00150.

**Request#:** 18-FOIA-00150

**Description:**

Request a copy of the names, titles, organizations, and terms of service for the current and past members of the National Internet Crimes Against Children Data Systems Steering Committee.

Request copy of all appropriations and actual expenditures for FY2008 through FY2017. [SEE ATTACHED REQUEST]


Thank you.

Delores Johnson
FOIA Contractor

**From:** Office of General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Thursday, February 15, 2018 10:01 AM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00156

Request for Documents for Request # '18-FOIA-00156'. Your response due date is: 2/23/2018 12:00:00 AM Message from SENDER:

FOIA Contact(s):


Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your response is due by February 23, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.


All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must include the FOIA Request Number 18-FOIA-00156.

**Request#:** 18-FOIA-00156

**Description:**

**Request**: A summary report of the total number of Secure Hash Algorithm version 1 (SHA-1") values identified or reported by YEAR by the South Florida Internet Crimes Against Children Task Force from FY 2008 through FY 2017. This report should include both the summary data and the summary by data by actual SHA-1 value.

[SEE ATTACHED REQUEST]


Thank you.

Delores Johnson
FOIA Contractor

**From:** Office of General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Thursday, February 15, 2018 10:08 AM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00157

Request for Documents for Request # '18-FOIA-00157'. Your response due date is: 2/23/2018
12:00:00 AM Message from SENDER:

FOIA Contact(s):


Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your
response is due by February 23, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.


All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must
include the FOIA Request Number 18-FOIA-00157.

**Request#:** 18-FOIA-00157

**Description:**

**Request**: Copies of all Case Tracking Reports for South Florida Internet Crimes Against Children
Task Force Case No. LC-10-12-141.

[SEE ATTACHED REQUEST]


Thank you.

Delores Johnson
FOIA Contractor

**From:** Office of the General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Thursday, May 10, 2018 9:04 AM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00260

Request for Documents for Request # '18-FOIA-00260'. Your response due date is: 5/17/2018 12:00:00 AM Message from SENDER:

FOIA Contact(s):

Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your response is due by May 17, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must include the FOIA Request Number 18-FOIA-00260.

**Request#:** 18-FOIA-00260

**Description:**

**Re: Request for Records:**

This is a request for information, records, documents, and data (hereinafter, collectively referred to as "subject records"). This subject records directly relate to the inactive federal criminal investigation of the third-party identified below:

The subject records were collected, created, and maintained by agents of the National Internet Crimes Against Children (ICAC) Task Force Program.

[SEE ATTACHED REQUEST FOR MORE DETAILS]


Thank you.

Dorothy A. Lee
Government Information Specialist

**From:** Office of the General Counsel [mailto:FOIAOJP@usdoj.gov]
**Sent:** Tuesday, June 05, 2018 12:10 PM
**To:** Foote, Ralph (OJP) <Ralph.E.Foote@ojp.usdoj.gov>
**Cc:** Polk, Nicki (OJP) <Nicki.Polk@ojp.usdoj.gov>; Scott, Elizabeth (OJP) <Elizabeth.Scott@ojp.usdoj.gov>
**Subject:** Records Search for 18-FOIA-00288

Request for Documents for Request # '18-FOIA-00288'. Your response due date is: 6/12/2018 12:00:00 AM Message from SENDER:

FOIA Contact(s):


Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your response is due by June 12, 2018.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.


All responsive documents should be emailed only to FOIAOJP@usdoj.gov , and you must include the FOIA Request Number 18-FOIA-00288.

**Request#:** 18-FOIA-00288

**Description:**

**Request the following records:**

1. Copies of the Memo or Understanding" (MOU) agreement executed between OJJDP, the following law enforcement agencies, and United States Attorney Offices:

a. Seminole County Sheriff's Office (Seminole County, Florida)

b. Broward County Sheriff's Office (Broward County, Florida)

c. Martin County Sheriff's Office (Martin County, Florida)

d. Boynton Beach Sheriff's Office (Boynton Beach County, Florida)

e. Fort Lauderdale Police Department Office (Fort Lauderdale, Florida)

f. Federal Bureau of Investigation ("FBI")1

g. U.S. Attorney's Office for the Middle District of Florida

h. U.S. Attorney's Office for the Southern District of Florida

2. Copies of the ***"Operational and Investigative Standards"*** of the National ICAC Task Force Program, as stipulated in, and attached to, the MOU agreements executed for each of agencies enumerated above.


Thank you.

Monica Potter-Johnson
Government Information Specialist


[SEE ATTACHED REQUEST]

**From:** Office of the General Counsel <FOIAOJP@usdoj.gov>
**Sent:** Tuesday, August 20, 2019 3:29 PM
**To:** Blazucki, Sarah J. (OJP) <Sarah.J.Blazucki@ojp.usdoj.gov>
**Cc:** Doran, Dawn (OJP) <Dawn.Doran@ojp.usdoj.gov>
**Subject:** Records Search for 19-FOIA-00294

Request for Documents for Request # '19-FOIA-00294'. Your response due date is: 8/27/2019
12:00:00 AM Message from SENDER: FOIA Contact(s):

Please see the attached FOIA request. Keeping in line with the 5-day turnaround time, your
response is due by August 27, 2019.

Please ensure you reply back with:

1. Your search and processing time,
2. What records systems were searched,
3. Search terms used to locate responsive documents.

All responsive documents should be emailed only to  FOIAOJP@usdoj.gov , and you must
include the FOIA Request Number 19-FOIA-00294.

**Request#:** 19-FOIA-00294

**Description:**

Requesting to see others AWA grants, and what others have asked for. [see attached request.]


Thank you.

Monica Potter-Johnson
Government Information Specialist

# Attachment D

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

MAY 3 1 2017

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 77980
Miami, FL  33177

Re: OJP FOIA No. 17-00209

Dear Mr. Price:

This letter responds to your May 5, 2017, Freedom of Information Act/Privacy Act request that
was received in the Office of Justice Programs (OJP), Office of the General Counsel, on May 16,
2017.  A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in OJP and six documents, consisting of 26
pages, were located that are responsive to your request.  After carefully reviewing these
documents, I have determined that these pages are appropriate for release with some excisions
made pursuant to exemption (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552.
Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted
invasion of the personal privacy of third parties.  Further, OJP has no responsive documents for
the items, identified as STORE 56 and STORE 57, of your request.  This completes the
processing of your request by OJP.

If you require further assistance or wish to discuss any aspect of your request, you may contact
Delores Johnson, Contract Paralegal Specialist, at (202) 305-1511 or OJP's FOIA Public Liaison
at (202) 307-6235.  Additionally, you may contact the Office of Government Information
Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA
mediation services they offer.  The contact information for OGIS is as follows: Office of
Government Information Services, National Archives and Records Administration, 8601 Adelphi
Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-
741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For your information, Congress excluded three discrete categories of law enforcement and
national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This
response is limited to those records that are subject to the requirements of the FOIA.  This is a
standard notification that is given to all our requesters and should not be taken as an indication
that excluded records do, or do not, exist.

If you are not satisfied with my response to this request, you may administratively appeal by
writing to the Director, Office of Information Policy (OIP), United States Department of Justice,

Page **2** of **2**

Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel

Enclosures



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

Mr. James Price                                    FEB 2  2018
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00059

Dear Mr. Price:

This letter responds to your October 31, 2017, Freedom of Information Act/Privacy Act request
that was received in the Office of Justice Programs (OJP), Office of the General Counsel, on
November 7, 2017.  A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in OJP and according to the Office of
Juvenile Justice and Delinquency Prevention (OJJDP), no document entitled "ICAC Operational
Manual" was located.  Further, we have referred item numbers 2-6 of your request to the
Department of Justice, Criminal Division, for processing and a direct response to your.  The
address is as follows:

> Amanda Marchand Jones, Chief
> FOIA/PA Unit
> Criminal Division
> Department of Justice
> Suite 1127, Keeney Building
> Washington, D.C.  20530-0001

This completes the processing of your request by OJP.

For your information, Congress excluded three discrete categories of law enforcement and
national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This
response is limited to those records that are subject to the requirements of the FOIA.  This is a
standard notification that is given to all our requesters and should not be taken as an indication
that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, who processed your request at
(202) 305-1511, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General
Counsel, for any further assistance and to discuss any aspect of your request at:

Office of Justice Programs
Office of the General Counsel
810 7th St., N.W., Room 5400
Washington, D.C. 20531
Telephone: (202) 307-6235
Email: FOIAOJP@usdoj.gov
Fax Number: (202) 307-1419

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dorothy A. Lee
Government Information Specialist

Attachment

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

April 11, 2018

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00136

Dear Mr. Price:

This letter is an interim response to your January 10, 2018, Freedom of Information Act/Privacy Act request that was received in the Office of Justice Programs (OJP), Office of the General Counsel on January 23, 2018.  A copy of your request is enclosed for your convenience.

Please be advised that a search has been conducted in OJP, and 2 documents, consisting of 25 pages were, located that are responsive to your request.  After carefully reviewing these documents, I have determined that these documents are appropriate for release in full and are enclosed.  For your information, from FY 08 through FY 17, OJP did not receive funds, pursuant to the PROTECT Our Children Act.  Additional documents are being processed and will be sent upon completion.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, who processed your request at (202) 305-1511, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

Office of Justice Programs
Office of the General Counsel
810 7th St., N.W., Room 5400
Washington, D.C.  20531
Telephone:  (202) 307-6235
Email:  FOIAOJP@usdoj.gov
Fax Number:  (202) 307-1419

Page **2** of **2**

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dorothy A. Lee
Government Information Specialist

Enclosures

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

MAR 1 4 2018

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00150

Dear Mr. Price:

This letter responds to your January 31, 2018, Freedom of Information Act/Privacy Act request that was received in the Office of Justice Programs (OJP), Office of the General Counsel, on February 8, 2018. A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in OJP, and no responsive records were located subject to the Freedom of Information Act. This completes the processing of your request by OJP.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, who processed your request at (202) 305-1511, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

> Office of Justice Programs
> Office of the General Counsel
> 810 7th St., N.W., Room 5400
> Washington, D.C. 20531
> Telephone: (202) 307-6235
> Email: FOIAOJP@usdoj.gov
> Fax Number: (202) 307-1419

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information

Page **2** of **2**

Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at *ogis@nara.gov*; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dorothy A. Lee
Government Information Specialist

Attachment

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

MAR **3 0** 2018

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00156

Dear Mr. Price:

This letter responds to your January 31, 2018, Freedom of Information Act/Privacy Act request
that was received in the Office of Justice Programs (OJP), Office of the General Counsel, on
February 8, 2018. A copy of your request is enclosed for your convenience.

Please be advised that a search has been conducted in OJP, and no responsive records were
located subject to the Freedom of Information Act. For information concerning Secure Has
Algorithm summary reports, you may wish to correspond directly with the Broward County
Sheriff's Office, the Gainesville Police Department, and the Polk County Sheriff's Department at
the below addresses:

> Florida - Broward County Area
> Broward County Sheriff's Office
> Phone: 954-831-8920
> Email: Florida - Broward County Area ICAC
> Florida - Broward County Area ICAC Website
>
> Florida - Gainesville Area
> Gainesville Police Department
> Phone: (352) 393-7686
> Email: Florida - Gainesville Area ICAC
> Florida - Gainesville Area ICAC Website
>
> Florida - Polk County Area
> Polk County Sheriff's Office
> Phone: (863) 292-3331
> Email: Florida - Polk County Area ICAC
> Florida - Polk County Area ICAC Website

This completes the processing of your request by OJP.

Page **2** of **2**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, who processed your request at (202) 305-1511, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

> Office of Justice Programs
> Office of the General Counsel
> 810 7th St., N.W., Room 5400
> Washington, D.C. 20531
> Telephone: (202) 307-6235
> Email: FOIAOJP@usdoj.gov
> Fax Number: (202) 307-1419

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at *ogis@nara.gov*; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dorothy A. Lee
Government Information Specialist

Enclosure

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

March 30, 2018

Mr. James Price
Reg. No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00157

Dear Mr. Price:

This letter responds to your Freedom of Information Act/Privacy Act request, dated and received on February 14, 2018, in the Office of Justice Programs (OJP), Office of the General Counsel. A copy of your request is enclosed for your convenience.

Please be advised that a search has been conducted in OJP, and 100 pages were located that are responsive to your request. After carefully reviewing these documents, I have determined that these documents are appropriate for release with some excisions made pursuant to exemption (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. This completes the processing of your request by OJP.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, who processed your request at (202) 305-1511, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

> Office of Justice Programs
> Office of the General Counsel
> 810 7th St., N.W., Room 5400
> Washington, D.C. 20531
> Telephone: (202) 307-6235
> Email: FOIAOJP@usdoj.gov
> Fax Number: (202) 307-1419

Page **2** of **2**

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel

Attachments



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

_Washington, D.C. 20531_

SEP 1 7 2018

Mr. James Price
Reg. No. 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00260

Dear Mr. Price:

This letter responds to your May 1, 2018, Freedom of Information Act/Privacy Act request that
was received in the Office of Justice Programs (OJP), Office of the General Counsel on May 9,
2018.  A copy of your request is enclosed for your convenience.

Although your request included what appears to be an executed Certificate of Identity from an
inmate, no records about this inmate, to the extent that any may exist, will be provided to you.
This office has determined that to the extent any responsive records exist, they will be withheld
in full and are exempt from disclosure to you pursuant to Exemptions 7(E) and 7(F) of the
Freedom of Information Act.  Exemption 7(E) protects from disclosure documents that "would
disclose techniques and procedures for law enforcement investigations or prosecutions . . . if
such disclosure could reasonably be expected to risk circumvention of the law." 5 U.S.C. §
552(b)(7)(E). The records sought by you may contain documents gathered during the
investigation, including misconduct relating to specific inmates, and may contain factual
information gathered through law enforcement intelligence techniques. Disclosure of such
information may reveal the techniques used to gather the factual information.

Exemption 7(F) protects from disclosure information contained in law enforcement records that
"could reasonably be expected to endanger the life or physical safety of any individual."
5 U.S.C. § 552(b)(7)(F). The records you seek, to the extent any such records exist, could be
used to threaten, manipulate or harm staff members and inmates, which would ultimately
compromise security and individual safety at a federal prison facility.  Accordingly, OJP invokes
Exemptions 7(E) and 7(F) and is denying in full your request for records or information
regarding another inmate.  This completes the processing of your request by OJP.

For your information, Congress excluded three discrete categories of law enforcement and
national security records from the requirements of the FOIA.  _See_ 5 U.S.C. § 552(c).  This
response is limited to those records that are subject to the requirements of the FOIA.  This is a
standard notification that is given to all our requesters and should not be taken as an indication

Page **2** of **2**

that excluded records do, or do not, exist.

You may contact Delores Johnson, Contract Paralegal Specialist, at (202) 305-1511, via e-mail at FOIAOJP@usdoj.gov, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th St., N.W., Room 5400
> Washington, D.C.  20531
> Telephone:  (202) 307-6235
> Attn:  FOIA

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel

Enclosure

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C.  20531*

AUG 3   2018

**Via U.S. Mail:**

Mr. James Price
Register No. 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re:  OJP FOIA No. 18-00288

Dear Mr. Price:

This is in response to your May 7, 2018, Freedom of Information Act/Privacy Act request that was sent to the U.S. Department of Justice, Office of Justice Programs (OJP), Office of Juvenile Justice and Delinquency Prevention (OJJDP).  On May 30, 2018, OJJDP forwarded your request, which was received on the same date, to the Office of the General Counsel. A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in the OJP, and 1 document, consisting of 17 pages, was located which is responsive to your request.  After carefully reviewing the document, I have determined that the document is appropriate for release, with some excisions made, pursuant to exemption (b)(7)(E) of the Freedom of Information Act, 5 U.S.C. § 552.  Exemption (b)(7)(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.

In addition, the program office states that it does not have any responsive records regarding a Memorandum of Understanding (MOU) or an agreement between OJJDP and the United States Attorney Offices or between OJJDP and any of the law enforcement agencies identified in your request regarding ICAC work.

This completes the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA, *See* 5 U.S.C. 552(c).  This response

is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you require further assistance or wish to discuss any aspect of your request, you may contact Monica Potter-Johnson, Government Information Specialist, at (202) 307-6235 or OJP's FOIA Public Liaison, Carolyn Kennedy, at (202) 307-6235. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel

Attachment(s)



**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

_____

*Washington, D.C. 20531*

SEP 2 8 2018

Mr. James Price
Reg. No. 98922-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Re: OJP FOIA No. 18-00294

Dear Mr. Price:

This letter responds to your May 7, 2018, Freedom of Information Act/Privacy Act request that was sent to the U.S. Department of Justice (DOJ), Office of Justice Programs (OJP), Office of Juvenile Justice and Delinquency Prevention (OJJDP). On May 30, 2018, OJJDP directed your request to OJP's Office of the General Counsel for processing and responding directly to you. Your request for expedited processing has been denied. A copy of your request is enclosed for your convenience.

Please be advised that while you include what appears to be an executed Certificate of Identity from an inmate, no records about this inmate, to the extent any exist, will be provided to you. Inmates who are currently designated to the custody of the Bureau of Prisons are not authorized to receive another currently-designated inmate's records through a FOIA request. Accordingly, it has been determined by this office that responsive records, to the extent any such records exist, are being withheld in full and are exempt from disclosure to you pursuant to Exemptions 7(E) and 7(F) of the Freedom of Information Act.

Exemption 7(E) protects from disclosure documents that "would disclose techniques and procedures for law enforcement investigations or prosecutions . . . if such disclosure could reasonably be expected to risk circumvention of the law." 5 U.S.C. § 552(b)(7)(E). The records sought by you may contain documents gathered during the investigation of BOP staff misconduct, including misconduct relating to specific inmates and may contain factual information gathered through law enforcement intelligence techniques. Disclosure of such information may reveal the techniques used to gather the factual information.

Exemption 7(F) protects from disclosure information contained in law enforcement records that "could reasonably be expected to endanger the life or physical safety of any individual." 5 U.S.C. § 552(b)(7)(F). The records you seek, to the extent any such records exist, could be used to threaten, manipulate or harm BOP staff members and inmates, which would ultimately compromise security and individual safety at a federal prison facility.

Accordingly, OJP invokes Exemptions 7(E) and 7(F) and is denying in full your request for

records or information regarding another inmate.  This completes the processing of your request by OJP.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact Monica Potter-Johnson, Government Information Specialist, at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, as well as, our FOIA Public Liaison, Carolyn Kennedy, Deputy General Counsel, for any further assistance and to discuss any aspect of your request at:

> US DOJ, Office of Justice Programs
> Office of the General Counsel
> 810 7th St., N.W., Room 5400
> Washington, D.C.  20531
> Telephone:  (202) 307-6235
> Attn:  FOIA

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Rafael A. Madan
General Counsel


Enclosure