# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT,<br>OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 18-1339 (CRC) |

## NOTICE OF FILING OF CERTIFICATE OF SERVICE

Defendant respectfully notifies the Court that a copy of Defendant's Motion for Summary Judgment, EFC No. 74, was served upon and Plaintiff, *pro se* on October 8, 2019, via postage prepaid mail at the following address:

JAMES PRICE
R98922-004
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 779800
Miami, FL   33177
PRO SE

October 8, 2019                     Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

\_\_\_/s/_____
RHONDA L. CAMPBELL, D.C. Bar #402462
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2599 (Facsimile)
Rhonda.campbell@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that I caused copies of the foregoing Notice of Filing of a Certificate of Service on this 8th day of October 2019, to be served on the following by first class mail:

JAMES PRICE
R98922-004
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 779800
Miami, FL   33177
PRO SE

_____/s/_____
RHONDA L. CAMPBELL
Assistant United States Attorney