IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Department of Justice ("DoJ"), by and through undersigned counsel, respectfully moves for an extension of time, to and through, February 21, 2020, to file its Opposition to Plaintiff's Motion for Partial Summary Judgment. The current deadline for filing is January 14, 2020. Undersigned counsel has not communicated with Plaintiff due to his incarceration.

The extension is necessary for the following reasons: First, after Plaintiff filed a motion to extend time to file his response (ECF No. 79) to Defendant's Motion for Summary Judgment (ECF No. 74), Plaintiff was given three months to respond to Defendant's Motion, and he still failed to comply with this Court's December 4, 2019, Order, which ordered Plaintiff to file his response on December 23, 2019. Instead, Plaintiff filed something other than a response (ECF No. 80), and filed his responsive brief on December 26, 2019, which was not entered until December 31, 2019. Second, Plaintiff's Motion is very lengthy, and well beyond the page limits prescribed by the rules. Undersigned counsel needs time to

review Plaintiff's motion and his exhibits. Third, undersigned counsel was on prescheduled/ use or lose leave from December 19, 2019 through January 6, 2020, and consequently has not had an opportunity to communicate directly with agency counsel on a response. Fourth, Counsel has several deadlines during the month of January and early February that occupy much of the time that would otherwise be allotted to this matter.   Consequently, undersigned counsel respectfully requests that the time for filing Defendant's Opposition and Reply be enlarged to February 21, 2020.

This is Defendant's first request to extend this deadline.  A proposed order is attached.

Dated: January 10, 2020        Respectfully submitted,


                               JESSIE K. LIU
                               UNITED STATES ATTORNEY
                               D.C. BAR NUMBER 472845

                               DANIEL F. VAN HORN, D.C. Bar No. 924092
                               Chief, Civil Division


                                 /s/
                               RHONDA L. CAMPBELL, D.C. Bar No. 462402
                               Assistant United States Attorneys
                               Civil Division
                               555 4th Street, N.W.
                               Washington, D.C. 20530
                               (202) 252-2559
                               Rhonda.campbell@usdoj.gov

                               *Counsel for United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January 2020, the foregoing Extension of time to file Defendant's Reply and Opposition has been served by the postal service, postage pre-paid and addressed as follows:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

       /s/ *Rhonda Campbell*
      RHONDA CAMPBELL
      Assistant United States Attorney
      Judiciary Center Building
      555 Fourth Street, N.W.
      Washington, D.C.  20530
      (202) 252-2559

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER [Proposed]

Upon consideration of Defendant's Motion for Extension of Time to Answer or otherwise respond to the Complaint, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and Defendant shall file its Opposition and Reply no later than February 21, 2020.

Dated this ___ day of January, 2020.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**