**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

JAMES PRICE,                                         )
                                                     )
                   Plaintiff,                        )
                                                     )
        v.                                           )        Civil Action No. 18-1339 (CRC)
                                                     )
UNITED STATES DEPARTMENT                             )
OF JUSTICE,                                           )
                                                     )
                   Defendant.                        )
_____)

### DEFENDANT'S MOTION TO FILE A SURREPLY

Defendant, Department of Justice ("DoJ"), by and through undersigned counsel, hereby moves to file the attached (Exhibit A) Sur-Reply.  Plaintiff in its Response (ECF No. 85) ("Plaintiff's Response") raised new arguments and made several new factual assertions and requests leave to file a Sur-Reply addressing the same.  Defendant has not conferred with Plaintiff due to his incarceration.  A proposed order is attached.

Date: March 30, 2020                Respectfully submitted,

                                    TIMOTHY J. SHEA, D.C. Bar #437437
                                    United States Attorney

                                    DANIEL F. VAN HORN, D.C. Bar No. 924092
                                    Chief, Civil Division

                                                  /s/
                                    RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                    Assistant United States Attorneys
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2559
                                    Rhonda.campbell@usdoj.gov

                                    *Counsel for United States*

1

<u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that service of the foregoing Defendant's Motion has been made

by U.S. Mail during the week of March 30, 2020, to:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

*Plaintiff*

_____/s/_____
Rhonda L. Campbell
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

**[PROPOSED] ORDER**

This Court having considered Defendant's Motion for Leave to File a Sur-Reply in response to Plaintiff March 17, 2020 Response.

It is hereby Ordered that Defendant's Motion is Granted.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE