ב"ה

# UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No. 1:18-CV-01339-CRC

JAMES PRICE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** James Price ("the Plaintiff"), and files this, his Motion for an Extension of Time to file his Reply in Support of the Cross-Motion for Summary Judgment in this matter. Based on the facts set forth below, the Plaintiff respectfully moves this Court for the Entry of an Order for a thirty (30) day extension of time, from the date of service of the Defendants' Reply and Memorandum in Opposition on Mr. Price, to file his Cross-Reply in this matter.

1



APR - 1 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia