UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 18-1339 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## **ERRATA**

In support of Defendants' motion for summary judgment (*see* ECF No. 74), Defendants referenced a declaration by Amanda Marchand Jones.  However, Defendants inadvertently failed to attach a copy of that declaration to its summary judgment filing.  Instead, Defendants' filing only included the declaration's exhibits.  *See* ECF No. 74-4.  Accordingly, Defendants have attached to this filing a copy of the declaration and the supporting exhibits.  Defendants regret any inconvenience caused by this error.

\*     \*     \*

Dated: May 19, 2020					Respectfully Submitted,

							MICHAEL R. SHERWIN
							Acting United States Attorney

							DANIEL F. VAN HORN, D.C. Bar No. 924092
							Chief, Civil Division

							/s/ *Christopher C. Hair*
							CHRISTOPHER C. HAIR, PA Bar No. 306656
							Assistant United States Attorney
							555 Fourth Street, N.W.
							Washington, D.C. 20530
							(202) 252-2541
							christopher.hair@usdoj.gov

							*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Errata has been on Plaintiff via U.S. Mail on May 19, 2020, to:

JAMES PRICE
R98922-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

                                             /s/
                                    Christopher C. Hair
                                    Assistant United States Attorney