UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Kathleene Molen as counsel of record for Defendant in the above-captioned case and remove

Assistant United States Attorney Christopher Hair as counsel for Defendant.

Dated: September 21, 2020                     Respectfully submitted,

                                              */s/ Kathleene Molen*
                                              KATHLEENE MOLEN
                                              VA BAR #68460
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 803-1572
                                              Kathleene.Molen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2020, the foregoing was served on Plaintiff

via postage prepaid first class mail to:

> James Price
> Reg. # 98922-004
> Miami
> Federal Correctional Institution
> P.O. Box 779800
> Miami, FL 33177


/s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney