UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 18-1339 (CRC) <br> ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## MOTION TO MODIFY BRIEFING SCHEDULE

Defendants, U.S. Department of Justice ("DOJ"), and the Criminal Division and the Office of Justice Programs ("OJP") – both DOJ components, move pursuant to Federal Rule of Civil Procedure 6(b)(1) to modify the briefing schedule to allow Defendants additional time to file their motion for summary judgment.  The undersigned counsel has not communicated with Plaintiff due to his incarceration.  In support of this Motion, Defendants state as follows:

1. Plaintiff filed his Complaint under the Freedom of Information Act ("FOIA") on November 29, 2017.  ECF No. 1.

2. On July 14, 2020, the Court granted in part and denied Defendants' motion for summary judgment and ordered a new briefing schedule.  ECF Nos. 91 & 92.

3. Defendants' motion for summary judgment is currently due on October 2, 2020.

4. This afternoon one of the declarant informed the undersigned counsel that she is unable to complete the *Vaughn* Index and the declaration by the October 2nd deadline.  The

declarant informed undersigned counsel that she is working on a number of litigation matters that are all due within the timeline of this current motion for summary judgment. The declarant informed me that her office is handling these litigation matters while concurrently trying to manage a FOIA backlog of over 800 administrative cases. Declarant indicates that under normal circumstances she could better manage this workload but she is also constrained by child care duties for her four year old and thirteen month old.

5. Proceedings in this matter are currently as follows:

    Defendants' motion for summary judgment:    October 2, 2020

    Plaintiff's combined opposition and cross motion:    November 2, 2020

    Defendants' combined opposition and reply:    December 2, 2020

    Plaintiff's reply to cross motion:    December 23, 2020

6. To allow the undersigned counsel additional time to file Defendants' motion for summary judgment, Defendants respectfully move to modify the briefing by 19 days as follows:

    Defendants' motion for summary judgment:    October 21, 2020

    Plaintiff's combined opposition and cross motion:    November 23, 2020

    Defendants' combined opposition and reply:    December 21, 2020

    Plaintiff's reply to cross motion:    January 11, 2021

7. The undersigned counsel has not communicated with Plaintiff due to his

incarceration.

8. In light of the foregoing, Defendants respectfully requests that the Court grant this motion and modify the briefing schedule. A proposed order is attached.

Dated: September 25, 2020                Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*