UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 18-1339 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Modify Briefing Schedule, and for good cause shown, it is hereby:

**ORDERED** that Defendants' motion to modify briefing schedule is **GRANTED**

**ORDERED** that the current briefing schedule be **MODIFIED** as follows:

(1) by October 21, 2020, Defendants shall file their motion for summary judgment; (2) by November 23, 2020, Plaintiff shall file his combined opposition and cross-motion for summary judgment; (3) by December 21, 2020, Defendants shall file their combined opposition and reply; and (4) by January 11, 2021, Plaintiff shall file his reply to cross motion

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge