UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>　　　Defendant. )<br>) | Civil Action No. 18-1339 (CRC) |

## **NOTICE**

On September 25, 2020, the undersigned filed a Motion to Modify Briefing Schedule but failed to include a certificate of service for that motion. Accordingly, I certify that on this 28th day of September, 2020, I caused the foregoing Notice, along with the previously filed Motion to Modify Briefing Schedule, ECF No. 94, to be served upon Plaintiff via first class U.S. Mail, postage prepaid.

Dated: September 28, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/ Kathleene Molen
　　　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　　　VA BAR #68460
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 803-1572
　　　　　　　　　　　　　　　　　　　　Kathleene.Molen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2020, the foregoing was served on Plaintiff via postage prepaid first class mail to:

> James Price
> Reg. # 98922-004
> Miami
> Federal Correctional Institution
> P.O. Box 779800
> Miami, FL 33177

/s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney