ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CASE No. 1:18-CV-01339-CRC

JAMES PRICE,
      Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
           Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO
## STAY BRIEFING SCHEDULE

    **COMES NOW**, James Price ("the Plaintiff"), and files this, his Unopposed Motion to Stay the Briefing Schedule in this matter.  Based on the facts set forth below, the Plaintiff respectfully moves this Court for the entry of an order to STAY the Briefing Schedule in this matter.  A proposed order is attached for this Court's convenience.



RECEIVED
Mail Room

OCT - 9 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## I.  CONCURRENCE OF THE PARTIES

1.     The parties in this matter independently, and based in part on similar technical litigation challenges due to the Coronavirus pandemic, have moved this Court to modify the briefing schedule in this Court's previous order.  See Plaintiff's Motion to Stay [ECF No. __] and Defendant's Motion to Modify Briefing Schedule [ECF No. 94].

2.     On October 5, 2020, counsel for the Defendants, Kathleene Molen, Esq., Assistant United States Attorney for the District of Columbia, and Mr. Price conferred and subsequently agreed that both parties were faced with technical litigation challenges related to, or resulting from, the on-going Coronavirus pandemic.  The parties agreed that a stay of the briefing schedule would be an appropriate measure to minimize the impact on the resources of the court, and permit the parties to work through the current challenges.

3.     As the moving party, the Plaintiff accepts the responsibility to coordinate and collaborate with counsel for the Defendants, and to immediately notify this Court when the parties are able and prepared to proceed.

## II.  CONCLUSION

4.     The parties in this matter have made a good faith effort to communicate, collaborate, and coordinate in compliance with the orders of this Court.  Unprecedented events have impacted both society at large, and the individuals that comprise the institutions of this nation.

5.   Despite the challenges, the parties have and continue to work in good faith to resolve all matters of dispute before this Court.

**WHEREFORE,** in view of the foregoing, the Plaintiff respectfully moves this Court for the entry of an order to GRANT the Unopposed Motion to Stay the Briefing Schedule.

Respectfully Submitted,

**James Price** Digitally signed by
James Price
Date: 2020.10.06
19:56:23 -04'00'

James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2402
Email: PriceJamesE@Outlook.com

ב"ה

## CERTIFICATE OF SERVICE
### Price v. U.S. Dep't of Justice, et al.

### Case No. 1:18-CV-01339-CRC

I, James Price, hereby declare that on this date, October 7, 2020, have served the enclosed:

## PLAINTIFF'S UNOPPOSED MOTION TO
## STAY BRIEFING SCHEDULE

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to D.D.C. LCvR 5.4(b-d).

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the following is true and correct.

Executed on October 7, 2020.

By: James Price  Digitally signed by James Price Date: 2020.10.07 15:56:03 -04'00'

James Price
USM No. 9892204



C1 of 1