ב"ה

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

### Case No. 1:18-CV-01339-CRC

JAMES PRICE
    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE,
    Defendants.

_____/

## ORDER

THIS MATTER is before the Court for the Plaintiff's Motion To Stay Briefing Schedule, pursuant to Fed. R. Civ. P. 65. The Court has carefully reviewed the motion; thus, the Court is fully apprised of the issues in this matter.

Accordingly, the Plaintiff's motion is due to be **GRANTED.**

**ORDER** the Plaintiff is hereby granted Motion To Stay Briefing Schedule.



1

**DONE AND ORDERED** in Chambers, at Washington, D.C., this \_\_\_ Day of October 2020.

_____
CHRISTIOHER COOPER
UNITED STATES DISTRICT JUDGE