UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1339 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO MODIFY BRIEFING SCHEDULE

Defendants, U.S. Department of Justice ("DOJ") and National Archives and Records Administration ("NARA"), move pursuant to Federal Rule of Civil Procedure 6(b)(1) to modify the briefing schedule to allow Defendants additional time to file their motion for summary judgment. The undersigned counsel has not communicated with Plaintiff due to his incarceration.[1] In support of this Motion, Defendants state as follows:

1.      Plaintiff filed his Complaint under the Freedom of Information Act ("FOIA") on November 29, 2017. ECF No. 1.

2.      On July 14, 2020, the Court granted in part Defendants' motion for summary

---

[1] The undersigned counsel confirms that she has received e-mails from Plaintiff from the following email address: PriceJamesE@outlook.com. However, the undersigned counsel is unable to reply to this email address as her work email account returns all messages sent to this address as being undeliverable because it is an inmate account. The undersigned counsel has also called on several occasions the phone number provided by Plaintiff (305) 259-2402, however she has never been able to reach a case manager. Accordingly, the only way for the undersigned counsel to reach Plaintiff is through the United States Postal Service.

judgment and ordered a new briefing schedule.   ECF Nos. 91 & 92.

3.      On September 25, 2020, Defendants' filed a motion to modify the briefing schedule, which was granted by the Court on September 29, 2020.

4.      On October 9, 2020, Plaintiff filed a motion to stay the case.   Defendants do not oppose Plaintiff's motion.

5.      Defendants' renewed motion for summary judgment is currently due on October 21, 2020, regarding FOIA claims associated with requests submitted to the Office of Justice Programs ("OJP") and the Criminal Division – both DOJ components.   These claims pertain to the adequacy of OJP's search with respect to seven FOIA requests and OJP's redactions.   This renewed motion for summary judgment also pertains to the Criminal Division's withholdings pursuant to FOIA Exemption 2.

6.      On October 21, 2020, DOJ and NARA have also been ordered to submit a motion for summary judgment with respect to Plaintiff's claims made pursuant to the Administrative Procedure Act ("APA") and the Federal Records Act ("FRA").   The undersigned counsel requires additional time to file a motion for summary judgment as she may require a declaration from NARA and is unclear at this point who should be the declarant.

7.      Proceedings in this matter are currently as follows:


Defendants' motion for summary judgment:          October 21, 2020

Plaintiff's combined opposition and cross motion:   November 23, 2020

Defendants' combined opposition and reply:          December 21, 2020

Plaintiff's reply to cross motion:                        January 11, 2021

8.      In light of Plaintiff's motion to stay the case, and in order to allow the undersigned counsel additional time to file Defendants' motion for summary judgment with respect to claims made pursuant to the APA and FRA, Defendants respectfully move to modify the briefing schedule as follows:

Defendants' renewed motion for summary judgment (FOIA):      October 21, 2020

Defendants' motion for summary judgment (APA/FRA):      November 20, 2020

Plaintiff's combined opposition and cross motion:      December 21, 2020

Defendants' combined opposition and reply:      January 11, 2021

Plaintiff's reply to cross motion:      February 1, 2021

9.      The undersigned counsel has not communicated with Plaintiff due to his incarceration.

10.     In light of the foregoing, Defendants respectfully requests that the Court grant this motion and modify the briefing schedule.   A proposed order is attached.

Dated: October 19, 2020                    Respectfully submitted,

                                          MICHAEL R. SHERWIN
                                          Acting United States Attorney

                                          Daniel F. Van Horn
                                          Chief, Civil Division
                                          D.C. Bar #924092

                                          By:   /s/ *Kathleene Molen*
                                          KATHLEENE MOLEN
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, District of Columbia 20530
                                          Telephone: (202) 803-1572
                                          Kathleene.Molen@usdoj.gov

                                          *Counsel for Defendants*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2020, the foregoing was served on Plaintiff via postage prepaid first class mail to:

James Price
Reg. # 98922-004
Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177


/s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney