UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>   Defendants. | Civil Action No. 18-1339 (CRC) |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff James Price brought suit against Defendant, the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging Defendant's response with respect to ten FOIA requests.[1] Pursuant to the Court's Opinion and Order of July 14, 2020, DOJ files this renewed motion for summary judgment. DOJ has satisfied all of its obligations with respect to Plaintiff's requests. As there are no material facts in genuine dispute, DOJ respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to all claims asserted against it under FOIA. The enclosed memorandum of points and authorities, statement of facts, supporting declaration, the exhibits thereto, and *Vaughn* Indices establish that DOJ is entitled to the relief sought.

\* \* \*

---

[1] Plaintiff's Count 1 and Count 2 brought under the Administrative Procedure Act ("APA") and Federal Records Act ("FRA") against DOJ and the National Archives and Records Administration will be addressed in a separate motion for summary judgment to be filed on November 20, 2020.

Dated: October 21, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*