UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1339 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

# OJP – EXHIBIT A

| | Case Information | | | | | | | | Offense #1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Record Number | Referral Date | Referring Agency | Agency Type | Repeat Referral | Jurisdiction's Unique Identifier | Juvenile or Adult | Prosecuting Agency | Action | Felony | Offense Charged | Multiple Counts | Felony |
| (b)(6) | | | | | (b)(6) | | | | | | | |
| | 9/26/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | Federal | Charged | Yes | CP - Distribution | No | No |
| | 9/28/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | No |
| | 9/29/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/5/2011 | Hollywood Police Department | ICAC Affiliate | Yes | | Adult | State or Local | Charged | Yes | None | No | No |
| | 10/11/2011 | Coral Springs P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/13/2011 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | |
| | 10/18/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 10/25/2011 | Coral Springs P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/2/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/9/2011 | Lee County Sheriff's Office | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 11/29/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Obscenity Direct Toward Minor | Yes | Yes |
| | 11/30/2011 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | |
| | 12/2/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | No |
| | 12/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | Yes | Yes |
| | 12/21/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | Yes | Yes |
| | 12/21/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | Child Sexual Assault/Molestation/Abuse | No | |
| | 12/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | None | Yes | Yes |
| | 12/21/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | None | No | No |
| | 12/22/2011 | FBI | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | No | No |
| | 12/30/2011 | Clewiston Police Department | ICAC Affiliate | No | | Juvenile | State or Local | Charged | No | None | No | No |
| | 1/5/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/18/2012 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Distribution | No | |
| | 1/19/2012 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| | 1/19/2012 | Lee County Sheriff's Office | Federal | No | | Adult | Federal | Charged | Yes | CP - Possession | Yes | No |
| | 1/19/2012 | Palm Beach County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local | Charged | Yes | CP - Possession | No | No |
| 35971 | 1/30/2012 | Fort Lauderdale P.D. | ICAC Affiliate | No | James Price | Adult | Federal | Charged | Yes | CP - Possession | No | No |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1339 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

# OJP – EXHIBIT B

| | |
|---|---|
| **From:** | Darke Schmitt, Katherine (OJP/OVC) |
| **To:** | Bronson, Willie (OJP); Gersh, Jeffrey (OJP); Holloway, Christopher; Staubs, Amy (OJP) |
| **Subject:** | 4-5-10 agenda for 4-8 NIDS Steering Committee Meeting.docx |
| **Date:** | Tuesday, April 6, 2010 10:12:56 AM |
| **Attachments:** | 4-5-10 agenda for 4-8 NIDS Steering Committee Meeting.docx |

FYI team this draft agenda was sent to Francey yesterday. No response yet.

# National Internet Crimes Against Children Data System (NIDS)
## Steering Committee Meeting
Office of Justice Programs      Washington, DC
April 8, 2010

| | |
|---|---|
| 9:30 a.m. | Introductions |
| 10:00 | Recap of Purpose of Meeting<br>Summary of CETs Proposal |
| 10:15 | CETS Demonstration  [Francey please let me know who is doing this so I can talk to them about their IT needs. Thanks-kds] |
| 10:45 | Discussion of CETS Issues |
| 11:00 | Demonstration of Online Deconfliction & P2P Investigative Tools<br><br>ICAC Data Network         (b)(6)<br>GridSleuth         Illinois Attorney General's Office<br>Wyoming Tool Kit<br>Child Protection System (CPS)<br>Round Up / COPS |
| 11:30 | Discussion |
| 12:30 | Adjourn |

1

| GUEST LIST (NON DOJ) Agency | Job Title | First Name | Last Name |
|---|---|---|---|
| | | (b)(6); (b)(7)(C) | |
| Las Vegas Metropolitan Police Department | Sergeant | | |
| South Dakota Division of Criminal Investigation | SA | | |
| Louisiana Department of Justice | Computer Forensic Lab Manager | | |
| Burlington Police Department | Sergeant | | |
| West Virginia State Police | Sergeant | | |
| Indiana State Police | Lieutenant | | |
| Colorado Springs Police Department | Sergeant | | |
| Massachusetts State Police | Sergeant | | |
| Utah Office of Attorney General | Captain | | |
| Cuyahoga County Prosecutor's Office | APA | | |
| North Dakota Bureau of Criminal Investigation | Chief Agent | | |
| Phoenix Police Department | Detective Sergeant | | |
| New York City Police Department | Lieutenant | | |
| Gainesville Police Department | | | |
| Iowa Division of Criminal Investigation | Special Agent in Charge | | |
| North Carolina State Bureau of Investigation | Assistant SAIC | | |
| Delaware Department of Justice | Lieutenant | | |
| Delaware County District Attorney's Office | Lieutenant | | |
| Michigan State Police | Detective Sergeant | | |
| New Jersey State Police | Det. Sgt. | | |

| GUEST LIST (NON DOJ) Agency | Job Title | First Name | Last Name |
|---|---|---|---|
| Nebraska State Patrol | Lieutenant | (b)(6); (b)(7)(C) | |
| Connecticut State Police | Sergeant | | |
| Illinois Office of Attorney General | Deputy Chief | | |
| Anchorage Police Department | Detective Sergeant | | |
| Billings Police Department | Project Coordinator | | |
| Maryland State Police | Lieutenant | | |

| GUEST LIST (DOJ Employees, NON-OJP) | DOJ Agency |
|---|---|
| (b)(6) | Criminal Division |
| | Criminal Division |
| | FBI |
| | Criminal Division |
| | USMS |
| | Criminal Division |
| Hakes, Francey | ODAG |
| (b)(6) | Criminal Division |
| | ODAG |

3

| GUEST LIST (DOJ Employees, NON-OJP) | DOJ Agency |
|---|---|
| (b)(6) | Criminal Division |
|  | FBI |
|  | Criminal Division |
|  | JMD |

| GUEST LIST (Federal Employees, NON-DOJ) | Agency |
|---|---|
| (b)(6) | DEA-US |
|  |  |

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF JUSTICE, </br></br> Defendant. | Civil Action No. 18-1339 (CRC) |

# OJP – EXHIBIT C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (b)(6) | 11/30/2011 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | (b)(6) | Adult | State or Local |
| | 12/2/2011 | FDLE | ICAC Affiliate | No | | Adult | State or Local |
| | 12/20/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local |
| | 12/21/2011 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local |
| | 12/21/2011 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local |
| | 12/21/2011 | Fort Lauderdale P.D. | ICAC Affiliate | No | | Adult | State or Local |
| | 12/21/2011 | Miami Dade P.D. | ICAC Affiliate | No | | Adult | State or Local |
| | 12/22/2011 | FBI | Federal | No | | Adult | Federal |
| | 12/30/2011 | Clewiston Police Department | ICAC Affiliate | No | | Juvenile | State or Local |
| | 1/5/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| | 1/18/2012 | Broward Sheriff's Office | ICAC Primary | No | | Adult | State or Local |
| | 1/19/2012 | Broward County Sheriff | ICAC Primary | No | | Adult | State or Local |
| | 1/19/2012 | Lee County Sheriff's Office | Federal | No | | Adult | Federal |
| | 1/19/2012 | Palm Beach County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| 35971 | 1/30/2012 | Fort Lauderdale P.D. | ICAC Affiliate | No | James Price | Adult | Federal |
| (b)(6) | 2/1/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | | (b)(6) | Adult | State or Local |
| | 2/8/2012 | Clewiston Police Department | ICAC Affiliate | No | | Adult | Federal |
| | 2/12/2012 | Hollywood P.D. | ICAC Affiliate | No | | Adult | State or Local |
| | 2/20/2012 | Fort Lauderdale Police Department | ICAC Affiliate | No | | Juvenile | State or Local |
| | 2/24/2012 | Saint Lucie County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| | 3/1/2012 | Monroe County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| | 3/1/2012 | Monroe County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| | 3/1/2012 | Monroe County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |
| | 3/1/2012 | Monroe County Sheriff's Office | ICAC Affiliate | No | | Adult | State or Local |