UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1339 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

# OJP – EXHIBIT D

# *Vaughn* Index

| Vaughn Index for DOJ v Price  FOIA 17-00209 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For Exemptions | Key Words Searched | Search Location | Date Search Conducted | Search Conducted by |
| STORE58 | | any and all Case Tracking Reports as required under 42 U.S. C. § 17616(d), for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from December 2010 through February 2011; | pages 1-5 of 24 | pages 1-2 | (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. | Report contains personal identifying information (PII) of third parties, including the person's/offender's full name and identifying record number.  Release of this information would constitute a clearly unwarranted invasion of personal privacy of a third-party. There is no public interest in disclosure of the name and identifying record number of a third-party. | • Search Terms used: Case Number 11-17890, South Florida Internet Crimes Against Children Task Force, Central Florida Internet Crimes Against Children Task Force, Monthly Performance Reports, and Case Tracking Reports. | • ICAC Portal: 3.5 hours (Monthly Performance Reports & Case Tracking Reports) • Grants Management System (GMS): I hours | 5/22/2017 | Tenzing Lahdon, Grants Management Specialist, OJJDP |
| STORE59 | | any and all Case Tracking Reports as required under 42 U.S. C. § 17616(d). for the South Florida Internet Crimes Against Children ("ICAC") Task Force Program from March 2011 through January 2012 | pages 6-11 of 24 | pages 6-8 | (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. | Report contains personal identifying information (PII) of third parties, including the person's/offender's full name and identifying record number.  Release of this information would constitute a clearly unwarranted invasion of personal privacy of a third-party. There is no public interest in disclosure of the name and identifying record number of a third-party. | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STORE60 | | any and all monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for South Florida from December 2010 through February 2011; | pages 12-13 of 24 | No redactions | | | | | |
| STORE 61 | | any and all monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force for South Florida, from March 2011 through January 2012; | pages 14-15 of 24 | No redactions | | | | | |
| STORE62 | | requesting any and all Case Tracking Reports as required under 42 U.S. C. § 17616(d). for the Central Florida Internet Crimes Against Children ("ICAC") Task Force Program for December 2010; | page 16 of 24 | No redactions | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STORE63 | | requesting any and all Monthly Performance Measures Reports for the Internet Crimes Against Children ("ICAC") Task Force, for Central Florida for December 2010 | pages 17-20 of 24 | page 17 | (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. | Report contains personal identifying information (PII) of third parties, including the person's/offender's full name and identifying record number.  Release of this information would constitute a clearly unwarranted invasion of personal privacy of a third-party. There is no public interest in disclosure of the name and identifying record number of a third-party. | | | |

| Vaughn Index for DOJ v Price  FOIA 18-00059 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For a "No Records" determination | Key Words Searched | Search Location | Date Search Conducted | Search Conducted by |
| ICAC Operational Manual | Document Requested 10/31/2017 Program office response to search for document request 8/1/2018 | ICAC Operational Manual | N/A  No record found. | 0 | N/A | Rationale: There is no reasonable expectation of producing this document. Since approximately 2003, the OJJDP has provided funding to support the ICAC program. The ICAC Task Force Program funding is supported under the Missing and Exploited Children appropriation included in the Department of Justice fiscal year appropriation.  It is a national network of 61 coordinated task forces representing over 4,500 federal, state, and local law enforcement and prosecutorial agencies.  The OJJDP does not maintain documents generated by each individual task force.  The programs reporting requirements are consistent across task forces and collects required program data in the case tracking and performance measure report systems.  On August 01, 2018, OJJDP staff responded to the FOIA Office's request for documents by explaining that OJP/OJJDP program manager was not aware of any document titled "ICAC Operational Manual." The OJJDP program manager checked and confirmed with her immediate supervisor (who is also a subject matter expert and the lead of the ICAC programs) and confirmed he wasn't aware of any document titled "ICAC Operational Manual".   Because the requested document was not maintained by the OJJDP, there would have been no expectation of finding the requested document and no search methodology employed..  The fact that the requestor was able to obtain the document from another source supports the declaration that OJJDP did not maintain the requested document. Therefore, a "no records" response was provided. | No search conducted because this document, "ICAC Operational Manual" was not developed or maintained by OJP/OJJDP. | No search conducted because this document, "ICAC Operational Manual" was not developed or maintained by OJP/OJJDP. | No search conducted because this document, "ICAC Operational Manual" was not developed or maintained by OJP/OJJDP. | No search conducted because this document, "ICAC Operational Manual" was not developed or maintained by OJP/OJJDP. |

| Vaugn Index for Price v DOJ FOIA 18-00136 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For a "Thorough Search" determination | Notes | Key Words Searched | Search Location | Date Search Conducted | Search Conducted /Information provided by |
| A chart of accounts for all Office of Justice Programs ICAC accounts and the total expenditures for OJP for FY 08- FY17. | Mr. Price had his letter dated 1/10/2017. OJP received the request on 1/23/2018. | Spreadsheet of all ICAC grant funding | 25 | 0 | N/A | The request was sent to the Office of the Chief Financial Office (OCFO) and the Office of Juvenile Justice and Delinquency Prevention (OJJDP). Both offices provided responsive records to the request. OCFO and OJJDP both provided the list of all ICAC accounts for FY 08-17. In addtition OCFO provided the overall expenditures for OJJDP for FY 08 - 17. | Mr. Price filed an appeal (DOJ-AP-2018-007500) to the Office of Information and Policy (OIP) with concerns regarding the adequacy of OJP's search. On September 25, 2018 , Mr. Price was notified by letter that OIP made the determination that OJP'S response was correct and OJP conducted an adequate, reasonable search for responsive records subject to the FOIA. | Internet Crimes Against Children(ICAC) and the grant number | OCFO - Enterprise Information Gateway(EIG), FMIS2, the share drive directories for financial data | 2/20/2018 | Glenn Cheng |

| | | | | | | | | | Accessed Reports - Award summary-- each fiscal year(FY), ICAC task force solicitations | OJJDP- Budget Division searched Grants Management System(GMS) | 1/23/2018 | Anita Butler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mr. Price was provided 2 documents consisting of 25 pages.  The documents were provided in full as an interim response dated April 11, 2018. The final letter dated June 29, 2018 included accounting codes indicating the program and appropriation that funded each award. | | | | | | |

Vaughn Index for DOJ v Price  FOIA 18-00150

| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For a "No Records" determination | Key Words Searched | Search Location | Date Search Conducted | Search Conducted by |
|---|---|---|---|---|---|---|---|---|---|---|
| A copy of the names, titles, organizations, and terms of service for the current and past members of the National Internet Crimes Against Children Data Systems Steering Committee pursuant to 42 U.S.C. Sect 17615(g)(1-8) and (h); a copy of all appropriations and actual expenditures for FY 2008 through FY 2017. | The request was submitted January 31, 2018, Freedom of Information Act/Privacy Act (FOIA/PA) and was sent to the U.S. Department Justice, Office of Information Policy (OIP). On February 8, 2018, OIP forwarded the request to the Office of Justice Programs (OJP), Office of the General Counsel. | The National Internet Crimes Against Children Data Systems Steering Committee | N/A No responsive record found. | N/A No responsive record found. | N/A No responsive record found. | The OJJDP did not maintain information on the National Internet Crimes Against Children Data Systems Steering Committee as the committee did not originate in OJP.  Rationale: The National Internet Crimes Against Children Data Systems Steering Committee did not originate out of the OJP/OJJDP.  The effort was led by Francey Hakes – the National Coordinator for Child Exploitation Prevention and Interdiction, Office of the Deputy Attorney General. If the DAG's Office was responsible for this committee, that portion of the request would have been addressed by OIP who first received this request.  OIP received the request on 1/31/18 and forwarded it to OJP because they were not the appropriate office.  As an actual DAG program, OIP would have kept part of the request and referred the relevant part to OJP. | The digital search included the terms: National Internet Crimes Against Children Data System; Internet Crimes Against Children Data System, NIDS and Hakes. | Emails, electronic network files, and paper files.  These locations were selected because they make up the totality of historical information that is maintained. | 2/8/2018 | This search was conducted by Jeffrey Gersh, Deputy Associate Administrator, OJJDP. |

| Vaughn Index for DOJ v Price  FOIA 18-00156 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For a "No Records" determination | Key Words Searched | Search Location | Date Search Conducted | Search Conducted by |
| Data Requested: A summary report of the total number of Secure Hash Algorithm version 1 (SHA-1") values identified or reported by YEAR by the South Florida Internet Crimes Against Children Task Force from FY 2008 through FY 2017. This report should include both the summary data and the summary by data by actual SHA-1 value. | 2/13/2018 | Secure Hash Algorithm version 1 (SHA-1") values | N/A | N/A | N/A | OJJDP Associate Deputy Administrator explained that OJP/OJJDP does not collect Secure Hash Algorithm version 1 (SHA-1") values.  These are not part of the data collection for the ICAC Task Force grant program and would not be created, maintained, or tracked by OJP.  No search or search terms were necessary because the subject matter expert of the program attested via his email response that this information is not collected by OJP.                                  In the response letter OJP provided information to Mr. Price who may collect and maintain this data and where to obtain the requested information.  For information concerning Secure Hash Algorithm summary reports, you may wish to correspond directly with the Broward County Sheriffs Office, the Gainesville Police Department, and the Polk County Sheriffs Department at the below addresses:<br>Florida - Broward County Area<br>Broward County Sheriffs Office<br>Phone: 954-831-8920<br>Email: Florida - Broward County Area ICAC<br>Florida - Broward County Area ICAC Website<br>Florida - Gainesville Area<br>Gainesville Police Department<br>Phone: (352) 393-7686<br>Email: Florida - Gainesville Area ICAC<br>Florida - Gainesville Area ICAC Website<br>Florida - Polk County Area<br>Polk County Sheriffs Office<br>Phone: (863) 292-3331<br>Email: Florida - Polk County Area ICAC<br>Florida - Polk County Area ICAC Website | N/A Secure Hash Algorithm version 1 (SHA-1") values Information not collected by OJP. | N/A Secure Hash Algorithm version 1 (SHA-1") values | N/A Secure Hash Algorithm version 1 (SHA-1") values Information not collected by OJP | N/A Secure Hash Algorithm version 1 (SHA-1") values Information not collected by OJP | Jeffrey Gersh, Deputy Associate Administrator, OJJDP |

| Vaughn Index for DOJ v Price  FOIA 18-00157 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total # of Pages of Document | Pages w/ Redactions | Exemptions Applied | Rationale For Exemption Determination | Key Words Searched | Search Location | Date Search Conducted | Search Conducted by |
| Request 18-00157: Copies of all Case Tracking Reports for South Florida Internet Crimes Against Children Task Force Case No. LC-10-12-141. | 2/13/2018 | Case Tracking Reports for South Florida Internet Crimes Against Children Task Force Case No. LC-10-12-141 | 100 pages were located that are responsive, which were released with some excisions made pursuant to exemption (b)(6) | Pages 1- 25 | (b)(6) of the Freedom of Information Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties. | • Request 18-00157: Copies of all Case Tracking Reports for South Florida Internet Crimes Against Children Task Force Case No. LC-10-12-141.<br><br>100 pages were located that are responsive to the request. These documents are appropriate for release with some excisions made pursuant to exemption (b)(6) of the Freedom ofInformation Act, 5 U.S.C. § 552. Exemption (b)(6), concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.   Report contains personal identifying information (PII) of third parties, including the person's/offender's full name and identifying record number.  Release of this information would constitute a clearly unwarranted invasion of personal privacy of a third-party. There is no public interest in disclosure of the name and identifying record number of a third-party. | CaseTracker, Case Tracker, and Case Tracking Report. | The ICAC portal and the OJJDP network drive | FOIA Office received search on 2/27/18. | Tenzing Lahdon, Grants Management Specialist, OJJDP |
| | | | | | | Explain why search didn't include Case No. Case No. LC-10-12-141:  The case number is not a data field used in the case tracking reports and not a number issued or maintained by OJJDP.  OJJDPP collects specific data points by grant recipients. The fields of information collected by the program in the Case Tracking reports include the following fields:<br>"Record Number", "Referral Date", "Referring Agency", "Agency Type", "Repeat Referral", "Jurisdiction's Unique Identifier",  "Juvenile or Adult",  "Prosecuting Agency", "Action", "Felony", "Offense Charged", and  "Multiple Felony".<br>OJJDP searched and provided the relevant reports for the South Florida ICAC program. OJJDP did not use the case number as a search term, rather the office provided a broader search for all tracking reports for South Florida. The case number appears in the reports and was captured in the search. Line 141, Column. AH (pdf page 81)  was produced to the Plaintiff March 30, 2018. | | | | |

| Vaughn Index for DOJ v Price FOIA 18-00288 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Document Description/Name | Date | Record Subject | Total Number of Pages of Document | Pages With Redactions | Exemptions Applied | Rationale For a "No Records" determination / Rationale for Exemptions | Key Words Searched | Search Location | Date Search Conducted | Search Conducted /Information provided by |
| 1. Copies of the "Memorandum of Understanding" ("MOU") agreement executed between OJJDP, the following law enforcement agencies, and United States Attorney Offices:<br>o Seminole County Sheriff's Office (Seminole County, Florida)<br>o Broward County Sheriff's Office (Broward County, Florida)<br>o Martin County Sheriff's Office (Martin County, Florida)<br>o Boynton Beach Police Department (Boynton Beach, Florida)<br>o Fort Lauderdale Police Department (Fort Lauderdale, Florida)<br>o Federal Bureau of Investigation ("FBI"). If the documents requested herein are different or unique to the various FBI field offices, please provide the documents pertaining specifically to the FBI's Tampa, Orlando, For Lauderdale, and Miami locations.<br>o U.S. Attorney's Office for the Middle District of Florida<br>o U.S. Attorney's Office for the Southern District of Florida | 5/7/2018 | Memorandum of Understanding ("MOU") agreement executed between OJJDP, law enforcement agencies, and United States Attorney Offices. | N/A OJJDP does not maintain the requested documents | N/A OJJDP does not maintain the requested documents | N/A OJJDP does not maintain the requested documents | Statement from OJJDP - we do not enter into MOUs with agencies regarding ICAC work | N/A OJJDP does not enter into MOUs with agencies regarding ICAC work | N/A OJJDP does not enter into MOUs with agencies regarding ICAC work | N/A OJJDP does not enter into MOUs with agencies regarding ICAC work | Jeffrey Gersh, Deputy Associate Administrator, OJJDP |

FOIA 18-00288 Continued

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. Copies of the "Operational and Investigative Standards" of the National ICAC Task Force Program, as stipulated in, and attached to, the MOU agreements executed for each of agencies enumerated above. | 5/7/2018 | The Internet Crimes Against Children Program Operational and Investigative Standards | 17 pages | page 8 of 17 | 5 U.S.C. § 552. Exemption (b)(7)(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. | Withheld information under the heading "Selection and Retention of Task Force Members" on page 8 describes possible criteria for evaluating law enforcement candidates and techniques for mitigating potential effects of task force work and working with sensitive images. Topics detailed in this section include work environment considerations, working with mental health providers. | "Operational and Investigative Standards" | In a previous search for a OJP FOIA request, requesting the same document. The original search conducted , searched OJJDP employee email files and network drives. These locations were searched because these were reasonable places for the program office to search. | Original search for the manual was conducted 10/27/17 | Lou Ann Holland, Grant Management Specialist, OJJDP |

| | | | | page 10 of 17 | 5 U.S.C. § 552. Exemption (b)(7)(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose teclmiques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. | Withheld information under the heading "Case Management" on page 10 describes case management information including setting investigative priorities, factors for selecting cases for investigation. It provides guidance regarding effective case coordination with other law enforcement agencies. This section also discusses incident reporting procedures. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | pages 12 -13 of 17 | 5 U.S.C. § 552. Exemption (b)(7)(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. | Withheld information under the heading "Investigations". This section contained guidance regarding conducting and documenting investigatons, and preserving evidence under the ICAC Task Forces. Release of the investigative techniques would undermine the investigation. | | | | |

FOIA 18-00288 Continued

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | page 14 of 17 | 5 U.S.C. § 552. Exemption (b)(7)(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. | Withheld information under the heading "Work Environment". Information under this section outlines the proper use of ICAC equipment and conducting investigatons. | | | | |

| 5 USC 552 c | |
|---|---|
| No 552 c exclusions were applied to any of Mr. Prices requests.  The language was suggested language from Office of Information and Policy (OIP) to include in all response letters to requesters.  OJP no longer include the suggested language in our responses. | |