UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

# Criminal Division – EXHIBIT A

# *Vaughn* Index

<u>James Price v. U.S. Department of Justice</u>
18-cv-1339 (CRC)
*U.S. Department of Justice, Criminal Division* <u>Vaughn</u> *Index*

This <u>Vaughn</u> Index contains a description of the pages of records protected, either in part or in full by the Criminal Division FOIA/PA Unit, pursuant to Exemption 2 of the Freedom of Information Act ("FOIA"). The pages in this <u>Vaughn</u> Index reflect information in Document No. 5: *High Technology Investigative Unit (HTIU) Operations Manual (including Appendices) (166 pages)*.

| Section | Subsection | Exemption(s) | Number of Pages | Determination | Description of Withheld Material |
|---|---|---|---|---|---|
| Personnel | Overview | (b)(2) | 1 paragraph; page 8 of HTIU Operations Manual | RIP | (b)(2): Personnel management human resource information about the contents and maintenance of employee personnel files, including rules and practice information regarding the evaluation of employees work performance and performance appraisals process. |
| | Appendix 2-A | (b)(2) | 12 pages; page 22-33 of HTIU Operations Manual | WIF | (b)(2): Personnel management work rules and human resource information. HTIU Computer Forensic Specialists recruiting plan reflecting the practice and process of hiring and selecting individual employees, including recruiting mechanisms, recruiting methods, job posting information, and marketing pieces. |
| | Appendix 2-B | (b)(2) | 6 pages; page 34-39 of HTIU Operations Manual | WIF | (b)(2): Personnel management work rules and human resource information. HTIU internship recruiting plan reflecting the practice and process of hiring and selecting individual interns, including recruitment goals, recruiting mechanisms, recruiting methods, job posting and recruiting locations information, and marketing pieces. |