UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment with respect to all claims against the Executive Office for United States Attorneys, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is this ____ day of _____, 2020,

ORDERED that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED judgment as a matter of law is hereby entered in favor of the Executive Office for United States Attorneys on Plaintiff's claims in this action.

_____
UNITED STATES DISTRICT COURT JUDGE