UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

　　THIS IS TO CERTIFY that service of the foregoing Defendants' Renewed Motion for Summary Judgment has been made by U.S. Mail on October 21, 2019, to:

James Price
Reg. # 98922-004
Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

　　　　　　　　　　　　　　　　　　By: /s/ *Kathleene Molen*
　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530