UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-1339 (CRC) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

# **NOTICE**

Defendants are filing two declarations under seal pursuant to the Court's Order of July 14, 2020.

Dated: October 21, 2020

                                        MICHAEL R. SHERWIN
                                      Acting United States Attorney

                                      Daniel F. Van Horn
                                      Chief, Civil Division
                                      D.C. Bar #924092

                                      By:  /s/ *Kathleene Molen*
                                      KATHLEENE MOLEN
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, District of Columbia 20530
                                      Telephone: (202) 803-1572
                                      Kathleene.Molen@usdoj.gov

                                      *Counsel for Defendants*