UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1339 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO MODIFY BRIEFING SCHEDULE

Defendants, U.S. Department of Justice ("Justice Department") and National Archives and Records Administration ("NARA"), respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1) to modify the briefing schedule to allow Defendants additional time to file their motion for summary judgment with respect to Plaintiff's claims made pursuant to the Administrative Procedure Act ("APA") and the Federal Records Act ("FRA"). Consistent with Local Civil Rule 7(m), undersigned counsel has not sought Plaintiff's position on this motion due to his incarceration.[1]   In support of this Motion, Defendants state as follows:

1.  Plaintiff filed his Complaint under the Freedom of Information Act ("FOIA") on November 29, 2017.  ECF No. 1.

---

[1] The undersigned counsel has previously received e-mails from Plaintiff from the following email address: PriceJamesE@outlook.com.  However, the undersigned counsel is unable to reply to this email address as her work email account returns all messages sent to this address as being undeliverable because it is an inmate account.  The undersigned counsel has also previously called the phone number provided by Plaintiff; however she has never been able to reach a case manager.  Accordingly, the only way for the undersigned counsel to reach Plaintiff is through the United States Postal Service.  As such, consistent with the limitations envisioned by Local Civil Rule 7(m), government counsel's ability to regularly solicit the views of the pro se, incarcerated plaintiff in this action are constrained.

2. On July 14, 2020, the Court granted in part Defendants' motion for summary judgment and ordered a new briefing schedule. ECF Nos. 91 & 92.

3. On September 25, 2020, Defendants' filed a motion to modify the briefing schedule, which was granted by the Court on September 29, 2020.

4. On October 9, 2020, Plaintiff filed a motion to stay the case.

5. On October 21, 2020, Defendants filed their renewed motion for summary regarding Plaintiff's FOIA claims associated with his requests submitted to the Office of Justice Programs and the Criminal Division—both Justice Department components. These claims pertain to the adequacy of the Office of Justice Programs'' search with respect to seven FOIA requests and Office of Justice Programs' redactions. This renewed motion for summary judgment also pertains to the Criminal Division's withholdings made pursuant to FOIA Exemption 2.

6. The current deadline for the Justice Department and NARA to file their motion for summary judgment with respect to Plaintiff's claims made pursuant to the APA and FRA is November 20, 2020.

7. Undersigned counsel requires additional time to coordinate with agency counsel and additional time to file this motion for summary judgment. With the upcoming holiday, undersigned counsel is juggling a number of competing deadlines that have been moved and concentrated to this week and the following week in her seventy other active FOIA cases. Although undersigned counsel has been consistently working over 80 hours a week, she has been unable to find the time to meet this November 20, 2020, deadline.

8. Proceedings in this matter are currently governed by the following schedule:

Defendants' motion for summary judgment
(APA/FRA):                                                                                          November 20, 2020

| | |
|---|---|
| Plaintiff's combined opposition and cross motion (FOIA/APA/FRA): | December 21, 2020 |
| Defendants' combined opposition and reply (FOIA/APA/FRA): | January 11, 2021 |
| Plaintiff's reply to cross motion (FOIA/APA/FRA): | February 1, 2021 |

9. In order to allow the undersigned counsel additional time to file Defendants' motion for summary judgment with respect to Plaintiff's claims made pursuant to the APA and FRA, Defendants respectfully move to modify the briefing schedule as follows:

| | |
|---|---|
| Defendants' motion for summary judgment (APA/FRA): | December 21, 2020 |
| Plaintiff's combined opposition and cross motion (FOIA/APA/FRA): | January 11, 2021 |
| Defendants' combined opposition and reply (FOIA/APA/FRA): | February 1, 2021 |
| Plaintiff's reply to cross motion (FOIA/APA/FRA): | February 22, 2021 |

10. In light of the foregoing, Defendants respectfully requests that the Court grant this motion and modify the briefing schedule. A proposed order is attached.

Dated: November 16, 2020              Respectfully submitted,

                                                  MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2020, I caused the foregoing to be served on Plaintiff via postage prepaid first class mail to:

> James Price
> Reg. # 98922-004
> Miami
> Federal Correctional Institution
> P.O. Box 779800
> Miami, FL 33177

    /s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney