UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES PRICE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1339 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO FEDERAL RECORDS ACT AND APA CLAIMS**

  This case involves ten Freedom of Information Act ("FOIA") requests submitted by Plaintiff to Defendant United States Department of Justice ("the Department"), more specifically the Criminal Division and the Office of Justice Programs ("Justice Programs").[1] In conjunction with his FOIA claims, Plaintiff alleges two claims brought under the Administrative Procedure Act ("APA") and the Federal Records Act against the Department and the National Archives and Records Administration. As explained herein, in the attached Statement of Facts, the declarations of Jeanette Plante Fitzpatrick ("Fitzpatrick Decl.") and Jeffrey Gersh ("Gersh Decl."), Defendants are entitled to judgment as a matter of law with respect to Plaintiff's Federal Records Act claims.

\*  \*  \*

---

[1]   Defendants addressed the remaining FOIA claims on October 21, 2020.  *See* ECF No. 98.

Dated: December 21, 2020        Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn, D.C. Bar #924092
Chief, Civil Division

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*