UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>   Defendants. | Civil Action No. 18-1339 (CRC) |

### **DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Defendants respectfully submits this Statement of Undisputed Material Facts in support of their motions for summary judgment. The information herein is based upon the declarations of Jeanette Plante Fitzpatrick ("Fitzpatrick Decl.") and Jeffrey Gersh ("Gersh Decl.").

1. Between May 2017 and May 2018, Plaintiff submitted nine FOIA requests to Justice Programs and one FOIA request to the Criminal Division. *See* Def's Mot. for Summ. J. Exs. A & B and DOJ Ex.; ECF Nos. 74-3 and 74-5.

2. On August 9, 2018, following Justice Programs' final determination with respect to some of his FOIA requests,[1] Plaintiff wrote a letter to the Attorney General and the Archivist of the United States, serving as a notice of Defendants' violation of the Federal Records Act, indicating that "during the course of the FOIA process and the subsequent litigation, that [Justice

---

[1] Justice Programs provided final determinations with respect to FOIA Request No. 18-00294 on September 28, 2018; with respect to FOIA Request No. 18-00288 on August 3, 2018; and with respect to FOIA Request No. 18-00260 on September 17, 2018. *See* Def's Mot. for Summ. J. Ex. B (ECF No. 74-3).

Programs] admitted through counsel, that it 'does not routinely collect' the records required under the [Federal Records Act] statutes." *See* Pl's Mot. for Extension of Time (ECF No. 35), Ex. D.

3. As Plaintiff noted in the second and fifth paragraphs of his Motion for an Extension of time to File Leave to Amend Complaint (ECF No. 35), his August 9th letter was triggered by Defendants' Status Report dated July 30, 2018, wherein Justice Programs indicated that the Office of Juvenile Justice and Delinquency Prevention ("Office of Juvenile Justice") is a grant-making entity and not an operational Department of Justice ("Department") agency. *See* Def.'s Resp. to Pl's Status Report (ECF No. 33). And more specifically, Office of Juvenile Justice "*does not routinely collect* case specific details that are being sought by Plaintiff, including Secure Hash Algorithm version 1 (SHA-1), MD5 Hash values, or images found by law enforcement that are forwarded to the Child Victim Identification Program . . . and the National Center for Missing & Exploited Children[.]" *Id.* (emphasis added).

4. Justice Programs provides federal leadership, grants, training, technical assistance and other resources to improve the nation's capacity to prevent and reduce crime, assist victims and enhance the rule of law by strengthening the criminal and juvenile justice systems.[2] Its six program offices support state and local crime-fighting efforts, fund thousands of victim service programs, help communities manage sex offenders, address the needs of youth in the system and children in danger, and provide vital research and data.

5. One of Justice Programs' program offices is the Office of Juvenile Justice. Gersh Decl. ¶ 1. One of the grant programs within the Office of Juvenile Justice is the Internet Crimes Against Children Task Force (the "Task Force") Program. *Id.* ¶ 2.

---

[2] *See* https://www.ojp.gov/about

6. The Task Force Program is not a federal agency, it is a grant award program administered by the Office of Juvenile Justice that helps state and local law enforcement agencies develop an effective response to technology-facilitated child sexual exploitation and Internet crimes against children. Gersh Decl. ¶ 6. The Office of Juvenile Justice makes grant awards to state-wide and regional task forces, but the Office of Juvenile Justice is not itself a law enforcement agency. *Id.* ¶ 4

7. The Office of Juvenile Justice does not investigate or prosecute cases under the Task Force Program, nor does it create or receive confidential prosecution or investigation records concerning Task Force cases. *Id.* ¶ 6.

8. The Office of Juvenile Justice does not make or receive records that are generated, collected, stored, or preserved by investigation software, such as Child Protection System, used by task forces. Gersh Decl. ¶ 7.

9. Task forces, which are not federal entities[3], use software offered by third parties (such as the Child Rescue Coalition's Child Protection System software) to investigate individuals who allegedly download and share illegal material on the Internet. Gersh Decl. ¶ 4. With the exception of periodic state-by-state reports (including U.S. territories) that solely provide a numerical total of the number of investigative leads arising in the various jurisdictions covered by the state-wide and regional task forces, the Office of Juvenile Justice does not make or receive records that are generated, collected, stored, or preserved by investigation software. *Id.* ¶ 7.

10. The Department annually reports to the National Archives and Records Administration ("NARA") through the Senior Agency Official for Records Management Report,

---

[3] *See* https://www.icactaskforce.org/Pages/ContactsTaskForce.aspx

the Email Management Report,[4] and the Records and Information Management Self-Assessment (the "Self-Assessment").[5] Fitzpatrick Decl. ¶ 7. The Self-Assessment is an overarching Records Program Evaluation that NARA scores based on its measurement of records programmatic success. *Id.*

11. For the years 2017, 2018, and 2019, at the Department level, which includes department level policies, processes and requirements for all components, Self-Assessment scores were 95, 97, and 98 respectively out of a total of 100. Fitzpatrick Decl. ¶ 8. This score puts the Department as a whole at the low-risk program category. *Id.* For those same years, at the component level, Justice Programs scored 89, 95, and 96 respectively out of a total of 100. *Id.* The score of 89 is the top of the moderate risk category, while the scores of 95 and 96 in subsequent years put Justice Programs at low risk by NARA's assessment criteria. *Id.*

Dated: December 21, 2020                    Respectfully submitted,

                                                                    MICHAEL R. SHERWIN
                                                                    Acting United States Attorney

                                                                    Daniel F. Van Horn, D.C. Bar #924092
                                                                    Chief, Civil Division

                                                                    By: /s/ *Kathleene Molen*
                                                                    KATHLEENE MOLEN
                                                                    Assistant United States Attorney
                                                                    555 4th Street, N.W.
                                                                    Washington, District of Columbia 20530
                                                                    Telephone: (202) 803-1572
                                                                    Kathleene.Molen@usdoj.gov

                                                                    *Counsel for Defendants*

---

[4]    *See* https://www.archives.gov/records-mgmt/resources/email-mgmt-reports

[5]    *See* https://www.archives.gov/records-mgmt/resources/self-assessment.html