UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 18-1339 (CRC) |

## DECLARATION OF JEANETTE PLANTE FITZPATRICK

I, Jeanette Plante Fitzpatrick, as the Records Officer for the United States Department of Justice, declare that the statements contained in this declaration are based upon my personal knowledge, information provided to me in my official capacity, and conclusions and determinations reached in accordance with this information.

1. I am the Director of the Office of Records Management Policy, FOIA, and Ediscovery (ORMP), the program office for the Department level Records and Information Management Program (RIM Program). The ORMP is located within the Justice Management Division of the Department of Justice. I have served as the Records Officer for the Department of Justice and Director of this office since 2005. I am an attorney and member of the Bars of the State of Maryland and the District of Columbia. Prior to my current position, I was an attorney in a private litigation practice, in Baltimore, Maryland from 1981 through 1990. In 1991, I left the private sector to become an Assistant United States Attorney in the District of Maryland until August, 1994. In that same month, I then moved to a position as a Special Assistant United States Attorney with the Executive Office for United States Attorneys where I

remained until May 2005 when I was offered the newly created position of the Director of the Office of Records Management Policy.

2. As a consequence of my current position, I have considerable knowledge of the statutory and regulatory requirements of Federal Records Act (FRA), as well as programmatic experience with the development of records programs that meet the statutory and regulatory requirements of the FRA.

3. The ORMP provides leadership, as well as policy and direction, to all components of the Department. In my position, I was responsible for the development and oversight, and continue to oversee and manage, the Department of Justice Records and Information Management Program. These efforts include Department wide strategic planning and direction, Department wide training, business requirement development, collaborative work with the Office of the Chief Information Officer on electronic recordkeeping, and records policy development and implementation at the Department level, as well as operational responsibility for the records of the Offices of the Attorney General, Deputy Attorney General and Associate Attorney General.

4. In 2014, the Department issued <u>DOJ Order 0801, Records and Information Management Program</u> (RIM Order) (amended in 2020) which memorialized the RIM Program structure and responsibilities and established Department level policy for meeting the requirements of the Federal Records Act. In both the 2014 RIM Order and the amended 2020 RIM Order, the Department established the programmatic framework for the DOJ Records Program that is comprised of five program elements, including records management training on concepts such as what is a record, what are component responsibilities for recordkeeping, scheduling,

appropriate disposition of records, and a myriad of other concepts related to policy, operations, and the safeguarding of the federal records of the Department.

5. One element of the Department's policy is that all components establish and manage a component level records program that includes training for all staff on the concepts of records management, as well as their responsibilities for managing component records. In addition, components are required to provide additional role based training on records to all staff that may have intersecting responsibilities for the records programs such as records staff, information technology staff, and component managers.

6. It is further the policy of the Department that each component name a Records Manager or Records Officer, depending on component size and complexity, who will manage the component level records program in accordance with the Department's policies and statutory and regulatory requirements.

7. These requirements and provisions have been in place for many years. The Department evaluates its records programs on a two to three year cycle, including the evaluation of component level policy and training. In addition, the Department annually reports to the National Archives and Records Administration through the Senior Agency Official for Records Management Report, the Email Management Report, and the Records and Information Management Self-Assessment (RMSA). The RMSA is an overarching Records Program Evaluation that NARA scores based on its measurement of records programmatic success.

8. In the years 2017, 2018, and 2019, at the Department level, which includes department level policies, processes and requirements for all components, RMSA scores were 95, 97, and 98 respectively out of the total of 100. This score put the Department as a whole at the low-

risk program category by National Archives and Records Administration's (NARA) assessment criteria for RIM Programs. For those same years, at the component level, the Office of Justice Programs (OJP) scored 89, 95, and 96 respectively out of the total of 100. The score of 89 is the top of the moderate risk category, while the scores of 95 and 96 in subsequent years put OJP at low risk by NARA's assessment criteria.

9. The above provided information clearly demonstrates that the Department of Justice has developed and implemented an ongoing, fully functioning, high performing Records and Information Management Program in accordance with 44 U.S.C. §3102.

I declare, under penalties of perjury, that the foregoing is true and correct.


Dated: _____   _____
Jeanette Plante Fitzpatrick
Director
Office of Records Management Policy
Department of Justice