UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 18-1339 (CRC) |

### DECLARATION OF JEFFREY GERSH

I, Jeffrey Gersh, declare the following to be true and correct:

1. I am a Deputy Associate Administrator for the Special Victims and Violent Offenders Division of the Office of Juvenile Justice and Delinquency Prevention (OJJDP), which is a program office within the Office of Justice Programs (OJP).

2. One of the grant programs in my OJJDP portfolio is the Internet Crimes Against Children (ICAC) Task Force Program.

3. I have been working within the ICAC program since 2007. I began as a program manager working with the ICAC task forces on myriad issues related to their work. In 2013, I assumed a supervisory position where, among other duties, I provide administrative and technical supervision of the ICAC program managers.

4. OJJDP makes grant awards to state-wide and regional ICAC task forces but OJJDP is not itself a law enforcement agency. ICAC task forces, which are not federal entities, use software offered by third parties (such as the Child Rescue Coalition's Child Protection System software) to investigate individuals who allegedly download and share illegal material on the

Internet.

5.      OJJDP does not create or receive the material that is stored or generated from such software products. OJJDP also does not use Child Protection System software as a private or external recordkeeping system for the ICAC program or otherwise.

6.      The ICAC Task Force Program is not an agency. It is a grant award program administered by OJJDP that helps state and local law enforcement agencies develop an effective response to technology-facilitated child sexual exploitation and Internet crimes against children. The ICAC task forces are not federal agencies. OJJDP does not investigate or prosecute cases under the ICAC Task Force Program, nor does it create or receive confidential prosecution or investigation records concerning ICAC cases.

7.      With the exception of periodic state-by-state reports (including U.S. territories) that solely provide a numerical total of the number of investigative leads arising in the various jurisdictions covered by the state-wide and regional ICAC task forces, OJJDP does not make or receive records that are generated, collected, stored, or preserved by investigation software (such as Child Protection System) used by ICAC task forces. OJJDP does not make or receive detailed investigation information about cases that have been investigated and prosecuted in collaboration with ICAC task forces, including the information flagged by James Price such as administrative subpoena records, IP addresses, or hash values.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of December, 2020.

_____
Jeffrey Gersh