UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>) Civil Action No. 18-1339 (CRC)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>　　　　　Defendants. )<br>) | |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for partial summary judgment as to Federal Records Act and APA claims, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is this ____ day of _____, 2020,

ORDERED that Defendants' motion for partial summary judgment as to Federal Records Act and APA claims is, GRANTED; and it is further

ORDERED judgment as a matter of law is hereby entered in favor of Defendants on Plaintiff's Federal Records Act and APA claims in this action.

_____
UNITED STATES DISTRICT COURT JUDGE