ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### CASE No. 1:18-CV-01339-CRC

JAMES PRICE,
   Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
   Defendants.
_____/

### PLAINTIFF'S MOTION TO MODIFY BRIEFING SCHEDULE

**COMES NOW,** James Price ("the Plaintiff"), and files this, his motion to modify the briefing schedule in this matter. The Plaintiff respectfully moves this Court for the entry of an order to modify the briefing schedule pursuant to Fed. R. Civ. P. 6(b)(1) to permit the Plaintiff additional time to file his combined opposition and cross-motion for summary judgment. In support of this motion, the Plaintiff states as follows:

1. On December 3, 2020, the Plaintiff was hospitalized for acute, uncontrolled Hypertension (blood pressure > 180), Tachycardia

1



(irregular/elevated heart-rate), and chest pain. Mr. Price tested positive for COVID-19 at the hospital.

2. Doctors at Larkin Community Hospital ("LCH") diagnosed the Plaintiff's December 2020 COVID-19 infection as a reinfection, i.e., his second infection with COVID-19. Mr. Price is the fourth documented case of a prisoner being reinfected with COVID-19 at the Federal Correctional Institution Miami ("FCI-MIA").

3. Following the Plaintiff's release from the LCH, he was placed in quarantine until December 22, 2020.

4. While hospitalized and quarantine, prisoners have NO ACCESS to email or telephones and mail delivery is suspended for security reasons due to the high frequency of transfers to and from hospitals, clinics, and other housing units.

5. As of January 4, 2021, the Plaintiff has NOT received a copy of the Defendants Motion for Summary Judgment ("MSJ").

6. Three (3) factors merit a modification of the briefing schedule. First, the Plaintiff must receive a copy of the Defendants' MSJ before he can formulate his opposition. Second, Mr. Price requires additional time to coordinate with the Office of Management and Budget regarding documents and other evidence that favors the Plaintiff and contradicts claims and statements by the Defendants. Third, Mr. Price continues to suffer serious, life-threatening complications from his second COVID-19 infection. On multiple occasions, the Plaintiff was removed from the general prison population due to critically high blood pressure and heart-rate (e.g., 203/167, HR: 123 on 12/13/2020, 192/125, HR: 101 on 12/26/2020, 189/125, HR: 155 on 01/04/2021).

7. The Plaintiff previously moved this Court to STAY the briefing schedule. The Plaintiff renews this request. Pursuant to LCRv7(m) Mr. Price contacted counsel for the Defendants, and AUSA Kathleen Molen indicated the Defendants DID NOT oppose a modification/Stay to the briefing schedule in this case.

8. In view of the foregoing, the Plaintiff respectfully moves this Court for the entry of an order to modify/Stay the briefing schedule. A proposed order is attached.

DATED: January 6, 2021.

Respectfully Submitted,

*James Price* (Digitally signed by James Price, Date: 2021.01.06 15:27:00 -05'00')

/s/ James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2402
Email: PriceJamesE@Outlook.com

ב״ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### CASE No. 1:19-CV-01339-CRC

JAMES PRICE,
   Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
   Defendants.

## ORDER

THIS MATTER before the Court on the Plaintiff's Motion to Modify the Briefing Schedule, and for good cause shown, it is hereby:

   ORDERED that the Plaintiff's Motion to Modify the Briefing Schedule is GRANTED;

   ORDERED that the current briefing schedule is STAYED;

   ORDERED that the Plaintiff shall file a Status Report in 30 days regarding his ability to resume the briefing schedule in this matter.

DATED: _____

                                                _____
                                                CHRISTOPHER R. COOPER
                                                United States District Judge

ב"ה

## CERTIFICATE OF SERVICE
### Price v. U.S. Dep't of Justice, et al.
### Case No. 1:18-CV-01339-CRC

I, James Price, hereby declare that on this date, January 6, 2021, have served the enclosed:

**PLAINTIFF'S MOTION TO MODIFY BRIEFING SCHEDULE**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to D.D.C. LCvR 5.4(b-d).

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on January 6, 2021.

By: **James Price**
Digitally signed by James Price
Date: 2021.01.06 15:28:57 -05'00'

James Price
USM No. 98922004

C1 of 1



RECEIVED
Mail Room
JAN - 8 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia