בס"ד

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CASE No. 1:18-CV-01339-CRC

JAMES PRICE,
   Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
   Defendants.

_____/

## PLAINTIFF'S SECOND MOTION TO MODIFY BRIEFING SCHEDULE/STAY PROCEEDINGS

**COMES NOW,** James Price ("the Plaintiff"), and file this, his SECOND MOTION TO MODIFY HIS BRIEFING/STAY PROCEEDINGS, or in the alternative to appoint counsel for good cause pursuant to LCvR 83.11(b)(3).

Based on the facts set forth below, the Plaintiff respectfully moves this Court for the entry of an order to GRANT the motion. A proposed order is attached.

1



RECEIVED
Mail Room

FEB - 8 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1. On January 6, 2021, the Plaintiff was hospitalized due to complications that arose from his infection with Coronavirus/COVID-19 while in the custody of the Bureau Of Prison.

2. The Plaintiff was hospitalized for fifteen (15) days, during which time doctors was twice required to perform heart surgery on Mr. Price.

3. The Plaintiff has been placed in a solitary confinement/quarantine unit for recovery.

4. While in transport, in the hospital, and in the recovery quarantine unit the Plaintiff has *NO ACCESS* to emails, telephones, case files, or other resources necessary to litigate this matter under the current briefing schedule.

5. On February 2, 2021, Mr. Price was transported by ambulance to the hospital in cardiac distress. The Plaintiff was again treated for critically high blood pressure, tachycardia, arrhythmia, chest pain, and shortness of breath.

6. Due to the severity of the cardiovascular damage caused by the COVID-19, the Plaintiff required a surgical implantation of a cardiac monitor in his chest, and will require a THIRD heart surgery to repair/remove additional damage to his heart from COVID-19. Wherefore, based on the foregoing facts, the Plaintiff respectfully moves this Court for the entry of an order to STAY all proceedings in this matter pending Mr. Price's recovery, or in the alternative to appoint counsel from the Civil Pro-bono Panel pursuant to LCvR 83.11(b)(3).

Dated February 5, 2021.

Respectfully Submitted,

**James Price** Digitally signed by James Price
Date: 2021.02.05 11:39:42 -05'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

ב"ה

## CERTIFICATE OF SERVICE
### Price v. U.S. Dep't of Justice, et al.
### Case No. 1:18-CV-01339-CRC

I, James Price, hereby declare that on this date, February 5, 2021, have served the enclosed:

### PLAINTIFF'S SECOND MOTION TO MODIFY BRIEFING SCHEDULE/STAY PROCEEDINGS

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to D.D.C. LCvR 5.4(b-d).

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on February 5, 2021.

By: James Price
    James Price
    USM No. 98922004

Digitally signed by James Price
Date: 2021.02.05 11:27:32 -05'00'

C1 of 1

ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### CASE No. 1:19-CV-01339-CRC

JAMES PRICE,
   Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
   Defendants.
_____/

## ORDER

THIS MATTER before the Court on the Plaintiff's Second Motion to Modify Briefing Schedule/Stay, and for good cause shown, it is hereby:

   ORDERED that the Plaintiff's Second Motion to Modify the Briefing Schedule/Stay is GRANTED;

   ORDERED that the briefing schedule is STAYED;

1

DATED: _____

                                        _____
                                        CHRISTOPHER R. COOPER
                                        United States District Judge

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**FROM:** (PLEASE PRINT)
Research Assistance
P.O. Box 130370
Spring Field Garden
NY, 11413

**TO:** (PLEASE PRINT)
United States District Court
District of Columbia
333 Constitution Ave NW.
Room #1225
20001

U.S. POSTAGE $26.35
PHE 1-Day
11580 0007
Date of sale 02/05/21
06 2SSK
11437574

EJ 597 205 290 US