UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRIEST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 18-1339 (CRC) |

**STATUS REPORT**

Pursuant to the Court's Minute Order dated February 12, 2021, Defendants, U.S. Department of Justice ("DOJ") and National Archives and Records Administration ("NARA"), submit the following Status Report.

Defendants submit the declaration of Inerio L. Alarcon, M.D., the Clinical Director at FCI-Miami, the institution where Plaintiff is currently incarcerated. *See* Exhibit 1.

Dr. Alarcon indicates that on February 25, 2021, Plaintiff was discharged from Larkin Community Hospital in stable medical condition. Alarcon Decl. ¶ 2. Due to COVID-19, any time an inmate returns from a medical trip to an outside medical facility, the inmate is placed in quarantine. *Id.* ¶ 4. In the instant case, Plaintiff is scheduled to be released from quarantine on March 13, 2021, once he completes his 14 days of quarantine. *Id.*

Dr. Alarcon indicates that Plaintiff's encounter diagnoses on February 25, 2021, were "unspecified convulsions; disorder of autonomic; unspecified atrial fibrillation; and arterial hypertension." *Id.* ¶ 2. Dr. Alarcon provides a list of medication which constitutes the treatment for Plaintiff's diagnoses. *Id.* ¶ 3.

Defendants also submit the declaration of Paul Granville, SIS Lieutenant, FCI-Miami, to bring the Court's attention to another matter related to Plaintiff's filings. *See* Exhibit 2.

The undersigned counsel refers the Court to Plaintiff's most recent filing – Plaintiff's Second Motion to Modify Briefing Schedule/Stay Proceedings. ECF No. 106. This filing contains digital signatures in multiple instances. SIS Lieutenant Granville indicates that BOP inmate-specific computers used for legal research and writing are not equipped with Adobe or any other program that allows for electronic signature. Granville Decl. ¶ 4. However, SIS Lieutenant Granville also indicates that BOP inmates do not have a Microsoft Outlook email address, so the email address identified in the signature block does not belong to inmate Price. *Id.*

The undersigned counsel also refers the Court to Plaintiff's "Certificate of Service" wherein he avails himself of the "Mailbox Rule" for incarcerated persons. ECF No. 106. Curiously, the envelope that was scanned along with this filing indicates that Plaintiff's filing was sent Priority Mail Express and with a return address to New York, not in Miami.

Given the above, the undersigned counsel will confer with Plaintiff regarding a proposed briefing schedule upon competition of his medical quarantine.

Dated: March 12, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHANNING D. PHILLIPS, D.C. Bar #415793
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　Brian P. Hudak
　　　　　　　　　　　　　　　　　　　　Acting Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　By:   /s/ *Kathleene Molen*
　　　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 803-1572

Kathleene.Molen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2021, the foregoing was caused to be served on Plaintiff via postage prepaid first class mail to:

> James Price, Reg. # 98922-004
> FCI Miami
> Federal Correctional Institution
> P.O. Box 779800
> Miami, FL 33177

 /s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney