UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 18-1339 (CRC) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF INERIO L. ALARCON

I, Inerio L. Alarcon, declare the following to be true and correct:

1.  I am the Clinical Director at the Federal Correctional Institution (FCI) in Miami, Florida. I have been the Clinical Director at FCI-Miami since 2013. I am familiar with the current medical condition of inmate James Price, Federal Register Number 98922-004.


2.  On February 25, 2021, Mr. Price was discharged from Larkin Community Hospital in stable medical condition with the following encounter diagnoses:

- Unspecified convulsions;

- Disorder of the Autonomic;

- Unspecified Atrial Fibrillation; and

- Arterial hypertension.


3.  The current treatment for the above diagnoses:

- Clonidine 0.1mg by mouth twice a day for arterial hypertension and disorder of

Autonomic;

- Fludrocortisone Acetate 0.1mg tablet.  Take 0.4 mg po daily for disorder of Autonomic;

- Eliquis 5 mg tablet.  Take 1 tablet po twice a day to prevent blood clot from atrial fibrillation;

- Tenormin 25 mg tablet.  Take 25 mg po twice a day for atrial fibrillation and hypertension;

- Keppra 250 mg tablet.  Take 1 tablet po twice a day for unspecified convulsion reported by inmate.

- Also he was discharged with others chronic care medications.

4.     Due to COVID-19, any time an inmate returns from a medical trip to a medical facility, the inmate is placed in quarantine.  In the instant case, Mr. Price is scheduled to be released from quarantine on March 13, 2021, once he completes his 14 days on quarantine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____9___ day of March, 2021

_____
**Inerio L. Alarcon, M.D.**
*Clinical Director*
Federal Correctional Institution – Miami, FL

2