ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Case No. 1:18-CV-01339-CRC

JAMES PRICE
    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
      Defendants.

_____/

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER LIFTING STAY, AND FOR APPOINTMENT OF COUNSEL

**COMES NOW,** James Price ("the Plaintiff"), and files this, his motion for Reconsideration of this Court's March 17, 2021 Order, to reinstate the STAY of this case, or in the affirmative to appoint counsel pursuant *to LCvR 83.11(3.*

1


RECEIVED
Mail Room

APR - 8 2021

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

## I.   STATEMENT OF MATERIAL FACTS

1.    The Plaintiff is currently in quarantine.

2.    The Plaintiff was placed in quarantine in January 2021 and has *REMAINED* in quarantine, or as an in-patient in the hospital, continuously since January 2021.

3.    The Plaintiff was transferred to the Emergency Room in cardiac crisis four (4x) times between March 11, 2021, and March 25, 2021.

4.    On March 11, 2021, BOP contract physicians diagnosed the Plaintiff with Acute Diastolic Congestive Heart Failure.

5.    The Plaintiff was previously diagnosed with Autonomic Dysfunction accompanied by acute loss of consciousness and hypotension distress.

6.    FCI-MIA has **NO** inmate accessible computers or typewriters for legal writing, drafting, or preparation.

2

7.     The Plaintiff uses the *paid* contract services of third-party service providers to provide computer typesetting, printing, binding, research, digital signatures, and paper electronic filing services.

8.     Many BOP inmates, including the Plaintiff, have maintained, and use commercial email services from Microsoft (Outlook), Google (Gmail), etc. where no regulations prohibit it.

9.     The Plaintiff was **NOT** placed on "required monitoring" due to his convictions for distribution and possession of child pornography or due to any victims.

10.     The Plaintiff did not and physically could not have accessed any computer or combination of computers for 1,909 minutes from January 1, 2021, to March 9, 2021.

## II.  PLAINTIFF'S PHYSICAL CONDITION, AND CONDITIONS OF QUARANTINE CONFINEMENT

11.  The Plaintiff has *continuously* been either in a *completely segregated* quarantine unit or an in-patient at an outside hospital since January 2021.

12.  All of Mr. Price's personal property, including all his case files, investigative materials, supporting documentation, etc. was "packed out" and placed in BOP storage. The Plaintiff has *NO ACCESS* to any of these materials.

13.  While outside the prison at specialty clinics or as an in-patient in a hospital, Mr. Price has **NO CONTACT**  with the outside world, e.g., no phone calls, no email, no mail, no prison staff, etc. While in the quarantine unit the Plaintiff is permitted ONLY two (2)  fifteen (15) minutes of telephone calls per *week.* Inmate computer and telephone access are limited by FCI-MIA policy to fifteen (15) minutes on Tuesdays and Thursdays.

14.    Therefore, the statement by Paul Granville was objective *FALSE*. In the ten (10) weeks period from January 1, 2021, through March 9, 2021, would only have had 300-minutes of combined time for use of the telephone *AND* computer. Notwithstanding FCI-MIA's quarantine unit access restrictions on telephone and computer use, Mr. Price was an in-patient in Larkin Community Hospital and Jackson South Health Center for TWENTY-NINE (29) of the sixty-eight (68) days covered by Granville's Declaration. It was therefore *physically impossible* for Mr. Price to have used any computer or combination of computer, for 1,909 minutes from January 1, 2021, through March 9, 2021.

15.    Mr. Granville further misstated that Mr. Price was under "required monitoring" because he is a sex offender. In fact, the Plaintiff was placed on "required monitoring" as a form of retaliation for having publicly humiliated the BOP through the dismissal of the false allegations in the matter of Price v. Lilly. The trial court in Price's criminal conviction made a specific finding there were NO victims in Price's case. Moreover, the Plaintiff has no contact with anyone under the age of twenty-one (21).

16.    Mr. Granville's statements were: (a) objectively false; (b) known or reasonably know to be false when they were offered under oath to this Court; and (c) based on the preponderance of the evidence, offered with the specific intent to deliberately mislead this Court as to the facts.

17.    In February 2021, Mr. Price was officially diagnosed with "long Covid- Syndrome". He suffers from a complex constellation of conditions and symptoms. While doctors have yet to determine the exact neurological cause(s), the Plaintiff suffers from a neurological condition known as dysautonomia or autonomic [nervous system] dysfunction. In Mr. Price's case, it most commonly presents as unpredictable swings from dangerously high blood pressure $\geq 180$ mmHg to critically low blood pressure $\leq 40$ mmHg, Tachycardia with his attacks in the form of seizures.

18.    During February 23, 2021, Head-up Tilt Study, Mr. Price was found to *lose consciousness* after as little as five (5) minutes sitting, standing upright, or walking. See Exhibit "A".

19.    In the interviewing period from March 11, 2021, to March 25, 2021, Mr. Price was rushed to the Emergency Room four (4x) times in cardiac

crisis for both hyper (high) and hypo (low) blood pressure, arrhythmia, and diastolic congestive heart failure. See Exhibit "B".

20.   The BOP has heavily medicated the Plaintiff in vain attempts to control a neurological problem without a cure. Mr. Price a "patch", has a surgical implant for heart monitoring, and is ordered to take as many as twenty (20) pills orally each day. See Exhibit "C".

### III.   CONCLUSION

21.   The evidence before this Court demonstrates the Defendant's acted deliberately not only with the intent to deceive this Court but also with outright deceit. Counsel for the Defendant, Kathleen Molen, knew or reasonably should have known she was suborning false and misleading statements from Inerio L. Alarcon and Paul Granville.

22.   Based on the unduly restrictive and progressively chaotic environment of the BOP, Mr. Price and many other prisoners *pay* for commercial services from companies like Microsoft, Adobe, Research Assistance, and others to augment their pro se litigation from prison.

7

23.    Notwithstanding any third-party services, Mr. Price's health conditions, quarantine confinement restrictions, and the sequestration from all his files, research, documents, etc., prevent the Plaintiff from either compliance with this Court's March 17, 2021 order, or to effectively litigate this matter at this time. See Exhibit "D"

24.    Mr. Price was hospitalized from April 1, 2021, through April 6, 2021, and is currently in quarantine.

**WHEREFORE,** in view of the foregoing, the Plaintiff respectfully moves this Court for the entry of an Order to VACATE the briefing schedule, STAY the matter, or in the alternative to appointing counsel pursuant to *LCvR 83.11(3.*

Dated:  April 7, 2021

Respectfully Submitted,

# James Price

Digitally signed by
James Price
Date: 2021.04.07
15:46:33 -04'00'

/s/James Price
USM No.: 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel: 305-259-2150
Email: PriceJamesE@outlook.com

# Exhibit
# A

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

Page 1 of 3

PRICE, JAMES E
MRN: 282273
ACCT: 921327

JOHN DYLEWSKI, M.D.

## HEAD-UP TILT STUDY

DOS: 02/23/2021

PREPROCEDURE DIAGNOSIS: Syncope.

POSTPROCEDURE DIAGNOSES: Significant vasodepressor response with syncope.

OPERATIVE SURGEON: John R. Dylewski, M.D.

REFERRING PHYSICIAN: George Michel, M.D.

CLINICAL INFORMATION: The patient is a 50-year-old gentleman, who presented with significant syncope and presyncope. He will now undergo further evaluation with head-up tilt study.

PROCEDURE:
1. Head-up tilt study at 80-degree angle with and without sublingual nitroglycerin challenge.
2. Carotid sinus massage.
3. Telemetry monitoring.

PROCEDURE: After written informed consent was obtained for the above procedure, the patient was brought to the procedure suite and identified. Sedation was not performed during this procedure. Initially, the patient underwent right and left carotid sinus massage revealing normal physiologic response. Subsequently, table was tilted to 80-degree angle for a duration of 10 minutes. Supine blood pressure was 113/61 mmHg with a heart rate of 67 beats per minute. At minute 1, upright was blood pressure was 114/77 mmHg with a heart rate of 76 beats per minute. At minute 6, the patient complained of lightheadedness and nausea, but the blood pressure was 125/85 with a heart rate of 88 beats per minute. At minute 8, blood pressure was 121/90 mmHg with a heart rate of 90 beats per minute and the patient

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

Page 2 of 3

PRICE, JAMES E                                     JOHN DYLEWSKI, M.D.
MRN: 282273
ACCT: 921327

HEAD-UP TILT STUDY

DOS: 02/23/2021

complaining of headache.  At minute 10, the patient stated he
was feeling like he is going to pass out and had tingling of
fingers with blood pressure decreased to 97/69 mmHg with a heart
rate of 77 beats per minute.  He has also complained of feeling
so sick and sweatiness at 93/65 mmHg with a heart rate of 70
beats per minute at minute 12.  At this point, the patient was
placed supine.  Sublingual nitroglycerin 0.4 mg was
administered.  At supine blood pressure after 5 minutes was
113/67 mmHg with a heart rate of 90 beats per minute.  At minute
1 upright, blood pressure was 80/48 mmHg with a heart rate of 98
beats per minute.  The patient complained of seeing spots,
lightheadedness and nausea.  At minute 3, blood pressure 79/37
mmHg with a heart rate of 98 beats per minute with the patient
complaining of feeling hot.  At minute 5, the patient had loss
of conscious with blood pressure of 67/33 mmHg with a heart rate
of 67 beats per minute and normal sinus rhythm.  The patient
then placed supine, blood pressure _____ to 97/56 mmHg with a
heart rate of 88 beats per minute.  The patient tolerated the
procedure without any complications.  The patient was allowed to
recover to baseline vital signs.  He tolerated the procedure
without any complications.

FINDINGS:
1. Telemetry monitoring revealed normal sinus rhythm at baseline
   and during the course of procedure.
2. Carotid sinus massage with normal physiologic response.
→3. Head-up tilt study revealed a classic primary vasodepressor
   response followed by cardioinhibitory vasodepressor response
   consistent with autonomic dysfunction.

COMMENTS AND RECOMMENDATIONS: This patient will be changed from
the Lopressor to atenolol 25 mg twice daily.  He has a history

Pre-authenticated by DYLEWSKI JOHN R 2021-02-26 04:28:43
. /

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

Page 3 of 3

PRICE, JAMES E                          JOHN DYLEWSKI, M.D.
MRN: 282273
ACCT: 921327

                    HEAD-UP TILT STUDY

DOS: 02/23/2021


of hypertension, continues to be hypertensive on this medical
therapy, then _____(Calcigard) should be initiated _____.
Nifedipine should also be discontinued at this point in time.
The patient should be followed on a clinical basis.

JOHN DYLEWSKI, M.D.

JD/TDYNE/JLB.EAI
D: 02/23/21 11:07
T: 02/25/21 04:26
Job#: 5206404

cc:  John Dylewski, M.D.

cc:  All other physicians on this case.

Pre-authenticated by DYLEWSKI JOHN R 2021-02-25 04:28:43

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | PRICE III, JAMES E | | | Reg #: | 98922-004 |
|---|---|---|---|---|---|
| Date of Birth: | 10/26/1970 | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/25/2021 10:22 EST | | | Facility: | MIA |

Reviewed by Alarcon, Inerio MD/CD on 02/25/2021 15:20.

# Exhibit

# B

Nurse's Notes
  Larkin Community Hospital
Name: James Price III
Age: 50 yrs
Sex: Male
DOB: 10/26/1970
MRN: 282273
Arrival Date: 03/11/2021
  Time: 10:06
Account#: 924626
Bed 4
Private MD: MICHEL, GEORGE, J; Dylwski, John, Richard
Diagnosis: Essential (primary) hypertension; Acute diastolic (congestive) heart
  failure

Presentation:
03/11
10:12 Transition of care: patient was not received from another setting of  ko
      care.
10:12 Method Of Arrival: Walk-In                                          ko
10:13 Presenting complaint: This is a 50 y/o male presenting to the ED from mc3
      multispecialty clinic with a c/o high blood pressure.
10:13 Acuity: Semi-Urgent (4)                                            mc3
10:40 Transition of care: Forensic Facility.                            ko

Triage Assessment:
10:15 General: Appears in no apparent distress, comfortable, well        mc3
           developed, well nourished, well groomed, Behavior is appropriate for
           age, cooperative. Pain: Denies pain. EENT: No deficits noted. Neuro:
           No deficits noted. Level of Consciousness is awake, alert, Oriented
           to person, place, time, event. Cardiovascular: No deficits noted.
           Heart tones S1 S2 present. Respiratory: No deficits noted. Breath
           sounds are clear bilaterally. GI: No deficits noted. Bowel sounds
           present X 4 quads. GU: No deficits noted. Urine is clear. Skin
           Assessment: No deficits noted. Skin is intact, is healthy with good
           turgor. Musculoskeletal: No deficits noted.

Historical:
- Allergies: Acetaminophen;
- PMHx: Covid-19; Hypertensive disorder;
- Immunization history: Pneumococcal vaccine is up to date, Flu
  vaccine is up to date.
- Social history: Smoking status: Patient states was never smoker of
  tobacco. Patient/guardian denies using alcohol, street drugs, IV
  drugs, Race: White, Ethnicity: Preferred Language: English No

*Legally authenticated by DIAZ ALAIN 2021-03-11 17:10:01*

barriers to communication noted, The patient speaks fluent English,
Speaks appropriately for age, The patient lives FCI Miami.

Screening:

10:41 Pneumonia/Influenza Vaccine Screening: Completed in Medhost "Patient    mc3
Care", see medical record. Abuse screen: Denies threats or abuse.
Denies injuries from another. Nutritional screening: No deficits
noted. Fall Risk History of Falls - No history of falls (0 points) No
secondary diagnosis (0 pts). Ambulatory Aid- None (0 points) No IV (0
pts). Gait- Normal (0 points) Mental Status- Oriented to own ability
(0 points) Total Morse Fall Scale indicates (0 - 45 points) Low Risk
As available Patient and Family Educated on Fall Prevention Program
and strategies. Fall prevention measures have been instituted. Side
Rails Up X 2 Placed close to Nursing Station Frequent Obs/Assesments
occuring. Psych Fall Risk. Patient Age 50 - 79 (10 points). Psych
Fall Risk. Mental Status Fully Alert, Oriented (4 points). Psych Fall
Risk. Agitated or Anxious? No (0 points). Psych Fall Risk.
Elimination Independent with control of bowel or bladder (8 points).
Psych Fall Risk. The patient takes the following cardiac related
medications Beta Blockers (1.5 points). ACE Inhibitors (1.5 points).

17:07 Patient Personal Effects: Patient arrived with beige uniform black    ia
shoes, yamaka.

Vital Signs:

10:15 BP 193 / 109 LA Supine (auto/reg); Pulse 106 LA; Resp 17 S; Temp    rg3
98.4(O); Pulse Ox 99% on R/A; Weight 165 lbs (R); Height 5 ft. 6 in.
(167.64 cm) (R);

12:05 BP 122 / 80 RA Supine (auto/reg); Pulse 59 RA; Resp 18 S; Temp    mc3
98.1(O); Pulse Ox 99% on R/A;

10:15 Body Mass Index 26.63 (74.84 kg, 167.64 cm)    rg3

ED Course:

10:11 Patient arrived in ED.    ko

10:12 Dylwski, John, MD is Private Physician.    ko

10:12 MICHEL, GEORGE, MD is Private Physician.    ko

10:12 DIAZ, ALAIN, MD is Attending Physician.    ad9

10:18 Patient has correct armband on for positive identification. Placed in    mc3
gown. Bed in low position. Call light in reach. Side rails up X 1.
Side rails up X2.

10:19 None. Labs drawn. (by ED staff). Sent per order to lab. Urine    mc3
collected. Clean catch specimen. Inserted peripheral IV: 20 gauge in
left arm.

10:37 Cabrera, Michelle, RN is Primary Nurse.    mc3

17:09 Discontinued IV intact, bleeding controlled, pressure dressing    ia
applied, No redness/swelling at site.

*Legally authenticated by DIAZ ALAIN 2021-03-11 17:10:01*

**Administered Medications:**
10:56 Drug: Catapres 0.2 mg Route: PO;                                    rg3
17:09 Follow up: Response: No adverse reaction; Blood pressure is lowered   ia


**Medication:**
10:45 Catapres (10:15)                                         lm12

**Outcome:**
16:31 Discharge ordered by MD.                               ad9
17:07 Discharged to home ambulatory, with guards.              ia
17:07 Condition: stable
17:07 Discharge Assessment: Patient awake, alert and oriented x 3.  No
      cognitive and/or functional deficits noted. Patient verbalized
      understanding of disposition instructions. Patient awake and alert.
      Oriented to person, place and time. Patient verbalized understanding
      of disposition instructions. Patient has no functional deficits.
17:07 Instructed on discharge instructions, medication usage, Demonstrated
      understanding of instructions, medications, Prescriptions given X 3.
17:10 Patient left the ED.                                    ia

**Signatures:**
Acosta, Ileana                    ia
Marquez, Luis                     lm12
Cabrera, Michelle, RN             RN  mc3
DIAZ, ALAIN, MD                     MD   ad9
Gomez, Rene                       rg3
Oliveras, Katherine               ko

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*

*Legally authenticated by DIAZ ALAIN 2021-03-11 17:10:01*

# Exhibit

# C

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: MIA--MIAMI FCI | | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
| Inmate: PRICE III, JAMES E | | Reg #: 98922-004 | Quarter: E01-003L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                                    Denied

## Active Prescriptions

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth daily for high blood pressure
**Rx#:** 141719-MIA        **Doctor:** Paul, Wilene FNP
**Start:** 10/14/20        **Exp:** 11/13/20        **D/C:** 10/19/20        **Pharmacy Dispensings:** 30 TAB in 162 days

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth daily for high blood pressure
**Rx#:** 141907-MIA        **Doctor:** Alarcon, Inerio MD/CD
**Start:** 10/19/20        **Exp:** 10/19/21        **D/C:** 10/26/20        **Pharmacy Dispensings:** 0 TAB in 157 days

amLODIPine 2.5 MG TAB
Take one tablet (2.5 MG) by mouth daily ***pill line*** ***pill line***
**Rx#:** 142062-MIA        **Doctor:** Alarcon, Inerio MD/CD
**Start:** 10/27/20        **Exp:** 04/25/21        **D/C:** 11/13/20        **Pharmacy Dispensings:** 30 TAB in 149 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily ***pill line*** ***pill line***
**Rx#:** 142562-MIA        **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/24/20        **Exp:** 05/23/21        **D/C:** 12/07/20        **Pharmacy Dispensings:** 30 TAB in 121 days

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth each day
**Rx#:** 144136-MIA        **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21        **Exp:** 04/11/21        **D/C:** 03/12/21        **Pharmacy Dispensings:** 30 TAB in 13 days

Acyclovir 400 MG Tab
Take one tablet (400 MG) by mouth twice daily ***self carry***
**Rx#:** 136508-MIA        **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/31/20        **Exp:** 07/29/20        **D/C:** 07/17/20        **Pharmacy Dispensings:** 360 TAB in 419 days

Acyclovir 400 MG Tab
Take one tablet (400 MG) by mouth twice daily ***self carry*** ***pill line***
**Rx#:** 140052-MIA        **Doctor:** Dumornay, Cassandra PA
**Start:** 07/17/20        **Exp:** 01/13/21        **Pharmacy Dispensings:** 360 TAB in 251 days

| Complex: | MIA--MIAMI FCI | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
|---|---|---|---|---|---|
| Inmate: | PRICE III, JAMES E | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

Acyclovir 400 MG Tab
Take one tablet (400 MG) by mouth twice daily  ***self carry*** ***pill line***
Rx#:  143260-MIA      Doctor:  Funtieo, L  FNP-C
Start:  01/19/21      Exp:  01/19/22      D/C:  03/12/21      Pharmacy Dispensings: 120 TAB in 65 days

Acyclovir 400 MG Tab
Take one tablet (400 MG) by mouth twice daily  ***pill line*** ***pill line***
Rx#:  144148-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  03/12/21      Exp:  03/12/22      Pharmacy Dispensings: 60 TAB in 13 days

Apixaban 5 MG Tablet
Take one tablet (5 MG)  by mouth two times a day ***pill line***
Rx#:  143279-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  01/20/21      Exp:  02/19/21      D/C:  02/10/21      Pharmacy Dispensings: 60 TAB in 64 days

Apixaban 5 MG Tablet
Take one tablet (5 MG)  by mouth two times a day ***pill line***
Rx#:  143582-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  02/10/21      Exp:  03/12/21      Pharmacy Dispensings: 60 TAB in 43 days

Apixaban 5 MG Tablet
Take one tablet (5 MG)  by mouth two times a day  ***pill line*** ***pill line***
Rx#:  144137-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  03/12/21      Exp:  09/08/21      Pharmacy Dispensings: 60 TAB in 13 days

Aspirin, E C  325 MG Tab
Take one tablet (325 MG) by mouth four times a day for 30 days
Rx#:  143280-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  01/20/21      Exp:  02/19/21      D/C:  01/25/21      Pharmacy Dispensings: 120 TAB in 64 days

Aspirin, E.C. 325 MG Tab
***NOTE DOSE and STRENGTH*** Take one tablet (325 MG) by mouth daily ***pill line***
Rx#:  143363-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  01/26/21      Exp:  07/25/21      D/C:  03/12/21      Pharmacy Dispensings: 60 TAB in 58 days

Aspirin, E C  325 MG Tab
***NOTE DOSE and STRENGTH*** Take one tablet (325 MG) by mouth daily  ***pill line*** ***pill line***
Rx#:  144138-MIA      Doctor:  Alarcon, Inerio MD/CD
Start:  03/12/21      Exp:  09/08/21      Pharmacy Dispensings: 30 TAB in 13 days

Atenolol 50 MG TAB
Take one tablet (50 MG) by mouth daily
Rx#:  143355-MIA      Doctor:  Alarcon, Inerio MD/CD

| Complex: MIA--MIAMI FCI | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
|---|---|---|
| Inmate: PRICE III, JAMES E | Reg #: 98922-004 | Quarter: E01-003L |

## Active Prescriptions

**Start:** 01/26/21    **Exp:** 02/25/21    **D/C:** 01/26/21    Pharmacy Dispensings: 30 TAB in 58 days

Atenolol 50 MG TAB
Take one tablet (50 MG) by mouth two times a day ***NOTE DOSE and STRENGTH***
**Rx#:** 143364-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 01/26/21    **Exp:** 07/25/21    **D/C:** 02/04/21    Pharmacy Dispensings: 60 TAB in 58 days

Atenolol 25 MG TAB
Take one tablet (25 MG) by mouth two times a day ***pill line***
**Rx#:** 143936-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 03/01/21    **Exp:** 03/31/21    **D/C:** 03/12/21    Pharmacy Dispensings: 60 TAB in 24 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth two times a day ***pill line*** ***pill line***
**Rx#:** 143920-MIA    Doctor: Paul, Wilene FNP

**Start:** 03/01/21    **Exp:** 03/08/21    Pharmacy Dispensings: 14 TAB in 24 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth one time ***pill line***
**Rx#:** 144175-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 03/12/21    **Exp:** 03/12/21    Pharmacy Dispensings: 0 TAB in 13 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth two times a day ***pill line*** ***pill line***
**Rx#:** 144189-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 03/16/21    **Exp:** 06/14/21    Pharmacy Dispensings: 60 TAB in 9 days

Clotrimazole Cream 1% 28.35GM
Apply a small amount topically to the affected area(s) each day for 14 days *Please purchase from commissary when these are gone if needed*
**Rx#:** 139883-MIA    Doctor: Funtieo, L. FNP-C

**Start:** 07/07/20    **Exp:** 07/21/20    Pharmacy Dispensings: 28.35 GM in 261 days

DULoxetine HCl Delayed Rel 30 MG Cap
Take one capsule (30 MG) by mouth at bedtime for pain ***pill line*** ***pill line***
**Rx#:** 142149-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 11/02/20    **Exp:** 05/01/21    **D/C:** 11/13/20    Pharmacy Dispensings: 30 Cap in 143 days

DULoxetine HCl Delayed Rel 30 MG Cap
Take one capsule (30 MG) by mouth twice daily ***pill line*** **note direction change** ***pill line***
**Rx#:** 142304-MIA    Doctor: Alarcon, Inerio MD/CD

**Start:** 11/13/20    **Exp:** 05/12/21    Pharmacy Dispensings: 300 Cap in 132 days

Fludrocortisone Acetate 0.1 MG Tab

| Complex: MIA--MIAMI FCI | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
|---|---|---|
| Inmate: PRICE III, JAMES E | Reg #: 98922-004 | Quarter: E01-003L |

## Active Prescriptions

Take four tablets (0.4 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 143937-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/01/21  **Exp:** 03/31/21  **Pharmacy Dispensings:** 100 TAB in 24 days

hydrALAZINE 25 MG Tab
take 1/2 tablet (12.5mg) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142305-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20  **Exp:** 05/12/21  **D/C:** 11/13/20  **Pharmacy Dispensings:** 15 TAB in 132 days

hydrALAZINE 25 MG Tab
Take one tablet (25 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142340-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20  **Exp:** 05/12/21  **D/C:** 12/07/20  **Pharmacy Dispensings:** 46 TAB in 132 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142341-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20  **Exp:** 05/12/21  **D/C:** 11/24/20  **Pharmacy Dispensings:** 30 TAB in 132 days

hydroCHLOROthiazide 12.5 MG Tab
Take one tablet (12.5 MG) by mouth daily ***pill line*** ***pill line***
**Rx#:** 142563-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/24/20  **Exp:** 05/23/21  **D/C:** 12/15/20  **Pharmacy Dispensings:** 30 Tab in 121 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule (12.5 MG) by mouth every day ***pill line*** ***pill line***
**Rx#:** 142920-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 12/15/20  **Exp:** 06/13/21  **D/C:** 01/20/21  **Pharmacy Dispensings:** 60 CAP in 100 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*
**Rx#:** 137873-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/26/20  **Exp:** 04/09/20  **Pharmacy Dispensings:** 28 TAB in 364 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*
**Rx#:** 139600-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 06/23/20  **Exp:** 07/07/20  **Pharmacy Dispensings:** 28 TAB in 275 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*

| Complex: | MIA--MIAMI FCI | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
| Inmate | PRICE III, JAMES E | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

**Rx#:** 139884-MIA   **Doctor:** Funtieo, L FNP-C
**Start:** 07/07/20   **Exp:** 07/14/20
Pharmacy Dispensings: 14 TAB in 261 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain

**Rx#:** 140721-MIA   **Doctor:** Dumornay, Cassandra PA
**Start:** 08/21/20   **Exp:** 09/20/20
Pharmacy Dispensings: 60 TAB in 216 days

Indomethacin 25 MG Cap
Take one capsule (25 MG) by mouth every day with food as needed for pain

**Rx#:** 142063-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 10/27/20   **Exp:** 11/03/20
Pharmacy Dispensings: 7 CAP in 149 days

levETIRAcetam 500 MG Tab
Take one and one-half (1 and 1/2) tablets (750 MG) twice daily ***pill line*** ***pill line***

**Rx#:** 143938-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/01/21   **Exp:** 03/31/21   **D/C:** 03/12/21
Pharmacy Dispensings: 90 TAB in 24 days

levETIRAcetam 500 MG Tab
Take one and one-half (1 and 1/2) tablets (750 MG) twice daily ***pill line*** ***pill line***

**Rx#:** 144139-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21   **Exp:** 09/08/21
Pharmacy Dispensings: 51 TAB in 13 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day ***pill line*** ***pill line***

**Rx#:** 142306-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20   **Exp:** 05/12/21   **D/C:** 12/07/20
Pharmacy Dispensings: 30 TAB in 132 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth for one time starter dose ***pill line*** ***pill line***

**Rx#:** 142307-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20   **Exp:** 11/13/20
Pharmacy Dispensings: 1 TAB in 132 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth daily to control blood pressure ***pill line***

**Rx#:** 142804-MIA   **Doctor:** Paul, Wilene FNP
**Start:** 12/10/20   **Exp:** 06/08/21   **D/C:** 12/14/20
Pharmacy Dispensings: 30 TAB in 105 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth two times a day ***pill line*** ***pill line***

**Rx#:** 142921-MIA   **Doctor:** Alarcon, Inerio MD/CD
**Start:** 12/15/20   **Exp:** 06/13/21   **D/C:** 01/20/21
Pharmacy Dispensings: 120 TAB in 100 days

| Complex: | MIA--MIAMI FCI | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
| Inmate: | PRICE III, JAMES E | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth one time ***pill line***
Rx#: 143151-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 01/04/21    Exp: 01/04/21
Pharmacy Dispensings: 0 TAB in 80 days

Metoprolol Succ XL 24 Hour 100 MG Tab
Take one tablet (100 MG) by mouth daily ***pill line*** ***pill line***
Rx#: 144178-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 03/16/21    Exp: 06/14/21
Pharmacy Dispensings: 30 TAB in 9 days

Metoprolol Succ XL 24 Hour 100 MG Tab
Take one tablet (100 MG) by mouth daily
Rx#: 144179-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 03/16/21    Exp: 04/15/21    D/C: 03/16/21
Pharmacy Dispensings: 0 TAB in 9 days

Metoprolol Tartrate 25 MG Tab
Take one tablet (25 MG) by mouth two times a day ***pill line*** ***pill line***
Rx#: 142064-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 10/27/20    Exp: 04/25/21    D/C: 11/02/20    Pharmacy Dispensings: 60 TAB in 149 days

Metoprolol Tartrate 50 MG Tab
Take one tablet (50 MG) by mouth two times a day to control blood pressure ***pill line*** ***pill line***
Rx#: 142150-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 11/02/20    Exp: 01/31/21    D/C: 12/07/20    Pharmacy Dispensings: 120 TAB in 143 days

Metoprolol Tartrate 25 MG Tab
Take one tablet (25 MG) by mouth two times a day to control blood pressure ***pill line***
Rx#: 142777-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 12/07/20    Exp: 12/14/20
Pharmacy Dispensings: 0 TAB in 108 days

Metoprolol Tartrate 50 MG Tab
Take one tablet (50 MG) by mouth two times a day to control blood pressure ***pill line***
Rx#: 142922-MIA    Doctor: Alarcon, Inerio MD/CD
Start: 12/15/20    Exp: 06/13/21    D/C: 01/20/21    Pharmacy Dispensings: 120 TAB in 100 days

Metoprolol Tartrate 25 MG Tab
Take three tablets (75 MG) by mouth twice daily ***pill line***
Rx#: 143524-MIA    Doctor: Hong, D. PA-C
Start: 02/04/21    Exp: 02/04/22    D/C: 03/01/21    Pharmacy Dispensings: 360 TAB in 49 days

Metoprolol Tartrate 50 MG Tab
Take one tablet (50 MG) by mouth twice daily ***pill line*** ***pill line***
Rx#: 144140-MIA    Doctor: Alarcon, Inerio MD/CD

| Complex: | MIA--MIAMI FCI | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
| Inmate: | PRICE III, JAMES E | Reg # | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

**Start:** 03/12/21    **Exp:** 09/08/21    **D/C:** 03/16/21    **Pharmacy Dispensings:** 60 TAB in 13 days

Metoprolol Tartrate  50 MG Tab
Take one tablet (50 MG) by mouth once ***pill line***
**Rx#:**  144164-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21    **Exp:** 03/12/21    **Pharmacy Dispensings:** 0 TAB in 13 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily ***pill line***
**Rx#:**  143254-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/19/21    **Exp:** 07/18/21    **D/C:** 03/01/21    **Pharmacy Dispensings:** 60 TAB in 65 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily
**Rx#:**  143268-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/20/21    **Exp:** 02/19/21    **D/C:** 01/20/21    **Pharmacy Dispensings:** 0 TAB in 64 days

NIFEdipine 30 MG ER 24 Hour Tab
Take one tablet (30 MG) by mouth daily or as directed
**Rx#:**  143685-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/14/21    **Exp:** 03/17/21    **Pharmacy Dispensings:** 3 TAB in 11 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily
**Rx#:**  144165-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/15/21    **Exp:** 04/14/21    **Pharmacy Dispensings:** 30 TAB in 10 days

Rosuvastatin Calcium 20 MG Tab
Take one tablet (20 MG) by mouth at bedtime for control of cholesterol
**Rx#:**  143523-MIA    **Doctor:** Hong, D. PA-C
**Start:** 02/04/21    **Exp:** 02/04/22    **D/C:** 03/12/21    **Pharmacy Dispensings:** 60 TAB in 49 days

Rosuvastatin Calcium 20 MG Tab
Take one tablet (20 MG) by mouth at bedtime for control of cholesterol
**Rx#:**  144141-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21    **Exp:** 03/12/22    **Pharmacy Dispensings:** 30 TAB in 13 days

# Exhibit

# D

USAC
DDC

Case No. 1:18-CV-01339-CRC

JAMES PRICE,
   Plaintiff,

V.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
   Defendants.

PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER
LIFTING STAY, AND FOR APPOINTMENT OF COUNSEL

CN, James Price ("the Plaintiff"), and files this,
his motion for reconsideration of this Court's March 17,
2021 Order, to reinstate the STAY of this case, or in
the alternative to appoint counsel pursuant to ____.

I. STATEMENT OF MATERIAL FACTS

2. The Plaintiff was placed in quarantine on January 2021,
and has REMAINED in quarantine, or as an in-patient in the
hospital, continuously since January 2021.

1. The Plaintiff is currently in quarantine.

3. The Plaintiff was transferred to the Emergency Room
in cardiac crisis four (4x) times between March 11, 2021
and March 25, 2021.

(1)

4. On March 11, 2023, BOP contract physicians diagnosed the Plaintiff with Acute Diastolic Congestive Heart Failure.

5. The Plaintiff was previously diagnosed with Autonomic Dysfunction accompanied by acute loss of consciousness and hypotensive distress.

6. FCI-MIA has <u>NO</u> inmate accessible computers or typewriters for legal writing, drafting, or preparation.

7. The Plaintiff uses the <u>paid</u> contract services of a third party service providers to provide computer type setting, printing, binding, research, digital signatures, and paper and electronic filing services.

8. Many BOP inmates, including the Plaintiff, have maintain, and use commercial email services from Microsoft (Outlook), Google (Gmail), etc. where no regulations prohibit it.

9. The Plaintiff was <u>NOT</u> placed on "required Monitoring" due to his convictions for distribution and possession of child pornography or due to any victims.

10. The Plaintiff did not and physically could not have accessed any computer or combination of computers for 1,909 minutes January 1, 2021 and March 9, 2021.



## II. PLAINTIFF'S PHYSICAL CONDITION, AND CONDITIONS OF QUARANTINE CONFINEMENT

11. The Plaintiff has continuously been either in a completely segregated quarantine unit or an in-patient at an outside hospital since January 2021.

12. All of Mr. Price's personal property, including all his case files, investigative materials, supporting documentation, etc. was "packed out" and placed in BOP storage. The Plaintiff has no access to any of those materials.

13. While outside the prison at specialty clinics or as an in-patient in a hospital, Mr. Price has NO CONTACT with the outside world, e.g., no phone calls, no email, no mail, no prison staff, etc. While in the quarantine unit the Plaintiff is permitted only two (2), fifteen (15) minute telephone calls per week. Inmate computer and telephone access is limited by FCI-MIM policy to fifteen (15) minutes on Tuesdays and Thursdays.

14. Therefore, the statement by Paul Granville was objectively FALSE. In the ten (10) week period from January 1, 2021 through March 9, 2021, would only have had 300-minutes of combined time for use of the telephone AND computer. Notwithstanding.

(3)

FCI-MIA's ~~cite~~ Quarantine unit access restrictions
on telephone and computer use, Mr. Price was an
in-patient in Larkin Community Hospital and Jackson
South Health Center, for TWENTY-NINE (29) of
the sixty-eight (68) days covered by Granville's
Declaration. It was therefore physically impossible
for Mr. Price to have use any computer or combination
of computer for 1,909 minutes from January 1, 2021 through
March 9, 2021.

7.16.   Mr. Granville's statements were: (a) objectively
false; (b) known or reasonably known to be false when
they were offered under oath to this Court; and (c)
based on the preponderance of evidence, offered with
the specific intent to deliberately mislead this Court
as to the facts.

15.   Mr. Granville further misstated that Mr. Price
was under "required monitoring" because he is a sex-offender.
In fact, the Plaintiff was placed on "required monitoring"
as a form of retaliation for having publically humiliated
the BOP through the dismissal of the false allegations
in the matter of Price v. Lilly. The trial court in
Price's criminal conviction made a specific finding
there were no victims in Price's case. Moreover,
the Plaintiffs has no contact with anyone under
the age of twenty-one (21).

su

(9)

17.   [] February 2021, Mr. Price was officially diagnosed with "Long Covid Syndrome". He suffers from a [complex] constellation of conditions and symptoms. While doctors have yet to determine the exact neurological cause(s), the Plaintiff suffers from a neurological condition known as dys-[auto]nomia or autonomic [Nervous system] disfunction. In Mr. Price's case, it most commonly presents as unpredictable swings from dangerously high blood pressure >180 mmHg to critically low blood pressure < 40 mmHg; Tachycardia with his resting heartrate > 160 bpm; and Transient Ischemic Attacks in the form of seizures.

18.   During a February 23, 2021, [] Head-Up Tilt Study, Mr. Price was found to <u>lose consciousness</u> after as little as five (5) minutes sitting, standing upright, or walking. See Exhibit "A".

19.   In the intervening period from March 11, 2021 to March 25, 2021, Mr. Price was rushed to the Emergency Room four (4x) times in cardiac crisis, for both hyper (high) and hypo (low) blood pressure, arrythmia and diastolic congestive heart failure. See Exhibit "B".

20.   The BOP has heavily medicated the Plaintiff in vain attempts to control a neurological problem without was cure. Mr. Price a "patch", has a surgical implant for heart monitoring, and is ordered to take as many as twenty (20) pills orally each day. See Exhibit "C"

## III. CONCLUSION

21. The evidence before this Court demonstrates the Defendants acted deliberately not only with the intent to deceive this Court but also with outright deceit. Counsel for the Defendants, Kathleen Molow, knew or reasonably should have known she was suborning false and misleading statements from Inerio L. Alorcom and Paul Granville.

22. Based on the unduly restrictive and progressively chaotic environment of the BOP, Mr. Price and many other prisoners pay for commercial services from companies like Microsoft, Adobe, Research Assistance, and others to augment their pro se litigation from prison.

23. Notwithstanding any third-party services, Mr. Price's health conditions, and quarantine confinement restrictions, and the sequestration from all his files, research, documents, etc., prevent the Plaintiff from either compliance with this Court's March 17, 2021, order, or to effectively litigate this matter at this time. See Exhibit "D".

WHEREFORE, in view of the foregoing, the Plaintiff respectfully moves this Court for the entry of an order to VACATE the briefing schedule, STAY the matter, or in the alternative to appoint counsel pursuant to LCRu____.

R S,

JP
#sam 90922004
Plaintiff

(6)

ב"ה

## CERTIFICATE OF SERVICE
### Price v. U.S.  Dep't of Justice, et al.

### Case No. 1:18-CV-01339-CRC

I, James Price, hereby declare that on this date, April 7, 2021, have served the enclosed:

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER LIFTING STAY, AND FOR APPOINTMENT OF COUNSEL**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to D.D.C. LCvR 5.4(b-d).

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on April 7, 2021.

By:
    James Price
    USM No. 98922004

C1 of 1



RECEIVED
Mail Room

APR – 8 2021

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia