UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 18-1339 (CRC)

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
RECONSIDERATION OF THE COURT'S MINUTE ORDER DATED MARCH 17, 2021**

Defendants, the U.S. Department of Justice ("the Department") and the National Archives and Records Administration ("NARA"), respectfully submit the following response to Plaintiff's motion for reconsideration with respect to the Court's Minute Order dated March 17, 2021, wherein the Court lifted the stay in this case and directed the parties to continue briefing Plaintiff's claims with respect to his Freedom of Information Act ("FOIA") Requests.  The Court directed Plaintiff to file his combined Cross-Motion for Summary Judgement and Opposition to Defendants' Motion for Partial Summary Judgment by April 7, 2021.[1]  Instead Plaintiff filed the instant Motion for Reconsideration.

---

[1]    Defendants note that there are currently two Motions for Summary Judgment pending before the Court.  On October 21, 2020, pursuant to the Court's Order dated July 14, 2020, the Department filed a Renewed Motion for Summary Judgment addressing Plaintiff's remaining FOIA claims.  *See* ECF No. 98.  On December 21, 2020, Defendants filed a Motion for Partial Summary Judgment addressing the remaining two claims Plaintiff brought under the Administrative Procedure Act ("APA") and the Federal Records Act.  *See* ECF No. 103.

Defendants take no position as to Plaintiff's request to stay the instant matter. Defendants also indicate that they have no objection to a further extension of the deadlines to provide Plaintiff with additional time to file his combined Cross-Motion for Summary Judgment and Opposition.

With respect to Plaintiff's assertions, concerning the sworn declarations submitted by two Bureau of Prisons' officials which were filed along the Status Report dated March 12, 2021, the undersigned counsel indicates that, to the best of her knowledge, these declarations are true and Plaintiff's submission does not cast reasonable doubt on them. In any event, the issues Plaintiff raises are purely collateral to the merits of the instant FOIA case, and the Court need not delve deeply into these matters. However, if the Court does wish to be provided with further details about any of the issues raised by Plaintiff, Defendants respectfully request that the Court issue an order affording a reasonable period of time to gather such evidence and submit it to the Court, as the undersigned counsel notes that the first she knew of Plaintiff's motion was when it appeared on the docket on April 19, 2021.

Dated:  April 21, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Kathleene Molen
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2021, the foregoing was caused to be served on

Plaintiff via postage prepaid first-class mail to:

James Price, Reg. # 98922-004
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177


 /s/*Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney