

LEAVE TO FILE GRANTED

ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Case No. 1:18-CV-01339-CRC

JAMES PRICE
    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,
    Defendants.

---

## PLAINTIFF'S THIRD MOTION
## TO STAY PROCEEDINGS, OR FOR
## THE APPOINTMENT OF COUNSEL

**COMES NOW,** James Price ("the Plaintiff"), and files this, his THIRD MOTION TO STAY these proceedings, or in the alternative to Appoint Counsel pursuant to LCvR 83.11(b)(3). Based on the facts set forth below, the Plaintiff moves this Court for the entry of an Order to Stay the Proceedings, or to Appoint Counsel for the Plaintiff.



RECEIVED
Mail Room

JUN 1 0 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

I.   DEGENERATIVE DIAGNOSIS, AND
CONTINUED QUARANTINE

1.   As of June 7, 2021, the Plaintiff remains in quarantine. Despite the defendant's claims, Mr. Price was NOT, in fact, released from quarantine on March 19, 2021.

2   In fact, on March 19, 2021, the defendant transferred the Plaintiff to the hospital for a hypertensive emergency.

3.   Between March 19, 2021, and June 7, 2021, Mr. Price has been an inpatient on two (2) separate occasions, sent to the emergency room ("ER") on two (2) more occasions, required multiple outpatient visits, endoscopy, and a colonoscopy.

4.   Since this Court's Order, the Plaintiff has spent more than two weeks *as a patient in the hospital*, in addition to multiple trips to the ER, and two more surgical procedures.

5.   Thus, Mr. Price's medical conditions require constant monitoring and treatment on both an inpatient, (hospitalized) and outpatient basis. This

type of condition in a prison setting requires that the Plaintiff be housed in quarantine, both due to his constant outside exposure and the need for close medical monitoring.

6.    The Plaintiff was recently notified by the Social Security Administration, that upon his release from prison, his health condition has been determined to be *degenerative,* and he is 100% disabled. He will therefore receive Social Security Disability Insurance upon his release.

7.    Doctors and the defendant concur that Mr. Price's diagnosis of autonomic dysfunction/dysautonomia with symptomatic presentations of hypotension, transient ischemic attacks, tachycardia, seizures, decreased bilateral neural function on his left side, and right eye.

8.    Doctors and the medical community generally agree, there is *NO CURE* for autonomic dysfunction, and it is degenerative, and symptomatic treatment is limited. As Mr. Price's extensive clinical history demonstrates, the defendant and doctors have been *unable* to find any combination of *pharmaceuticals,* to control his symptoms.

3

## II.   STAY OF PROCEEDINGS, OR APPOINTMENT OF COUNSEL

9.   It is clear that Mr. Price having suffered two major seizures, and numerous minor (behavioral absence/twitching/hallucinations) seizures, that he will require inpatient hospitalization, outpatient treatment, and to maintain quarantine.

10.   In light of the Plaintiff's physical inability to litigate this matter, a STAY of the proceedings would be appropriate.

11.   In the alternative, the appointment of counsel pursuant to LCvR 83.11(b)(3). would also be appropriate.  Mr. Price would be made available by the BOP to assist in transitioning the case to new counsel by telephone. Wherefore, based on the on foregoing facts, the Plaintiff respectfully moves this Court for the entry of an Order to STAY all proceedings in this matter pending Mr. Price's recovery or in the alternative to appoint counsel from the Civil Pro-bono Panel pursuant to LCvR 83.11(b)(3).

4

Dated:  June 9, 2021

Respectfully Submitted,

**James Price**

Digitally signed
by James Price
Date: 2021.06.09
10:12:47 -04'00'

/s/James Price
USM No.: 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel: 305-259-2150
Email: PriceJamesE@outlook.com