UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 18-1339 (CRC) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION TO STAY THE CASE OR FOR APPOINTMENT OF COUNSEL

Pursuant to the Court's Minute Order of June 23, 2021, Defendants, the U.S. Department of Justice ("the Department") and the National Archives and Records Administration ("NARA"), respectfully submit the following response to Plaintiff's Motion to Stay the Case or Appoint Counsel. The Court directed Plaintiff to file his combined Cross-Motion for Summary Judgement and Opposition to Defendants' Motion for Partial Summary Judgment by June 14, 2021.[1] Instead, Plaintiff filed a third Motion to Stay Proceedings or For The Appointment of Counsel. ECF No. 110.

Defendants do not object to a sixty day (60) stay to provide Plaintiff with additional time to file his combined Cross-Motion for Summary Judgment and opposition to Defendants' summary judgment motions. The undersigned counsel is currently seeking information from the

---

[1] Defendants note that there are currently two Motions for Summary Judgment pending before the Court. On October 21, 2020, pursuant to the Court's Order dated July 14, 2020 (as subsequently modified on September 29, 2020), the Department filed a Renewed Motion for Summary Judgment addressing Plaintiff's remaining FOIA claims. *See* ECF No. 98. On December 21, 2020, Defendants filed a Motion for Partial Summary Judgment addressing the remaining two claims Plaintiff brought under the Administrative Procedure Act ("APA") and the Federal Records Act. *See* ECF No. 103. Plaintiff has not yet responded to either motion.

medical staff at FCI Miami regarding Plaintiff's physical condition and anticipate updating the Court by filing a status report by July 30, 2021.

Defendants take no position as to Plaintiff's request for appointment of counsel. Defendants merely note that the appointment of counsel is not a right in civil cases, and it is a resource generally reserved for cases of some level of complexity and apparent merit. *See Willis v. FBI*, 274 F.3d 531, 531-33 (D.C. Cir. 2001) (upholding local rule governing appointment of counsel). As Defendants' summary judgment motions demonstrate, there appears to be no merit to Plaintiff's claims, and, unless and until Plaintiff makes a nonspeculative showing that the issues presented in this case warrant imposing upon the Court's limited pool of counsel willing and able to take on civil matters such as this one, the Court may wish to consider holding in abeyance Plaintiff's request for appointment of counsel.

Dated:  June 30, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHANNING D. PHILLIPS
　　　　　　　　　　　　　　　　　　　　D.C. Bar #415793
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Acting Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　By:  /s/ *Kathleene Molen*
　　　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 803-1572
　　　　　　　　　　　　　　　　　　　　Kathleene.Molen@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2021, the foregoing was caused to be served on

Plaintiff via postage prepaid first-class mail to:

James Price, Reg. # 98922-004
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

        /s/*Kathleene Molen*
       KATHLEENE MOLEN
       Assistant United States Attorney