UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1339 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order of July 2, 2021, Defendants, the U.S. Department of Justice ("the Department") and the National Archives and Records Administration ("NARA"), respectfully submit the following Status Report with the accompanying Declaration from Dr. Inerio L. Alarcon who is part of the medical staff at FCI Miami.

Based on the information provided by Dr. Alarcon, it appears that Plaintiff is able to participate in the instant litigation. Accordingly, Defendants propose submitting their renewed motion for summary judgment by September 24, 2021.

A proposed order is attached.


Dated: September 2, 2021

              Respectfully submitted,

              CHANNING D. PHILLIPS
              D.C. Bar #415793
              Acting United States Attorney

              BRIAN P. HUDAK
              Acting Chief, Civil Division

              By: /s/ *Kathleene Molen*
              KATHLEENE MOLEN

                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, District of Columbia 20530
                                        Telephone: (202) 803-1572
                                        Kathleene.Molen@usdoj.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 2, 2021, the foregoing was caused to be served on Plaintiff via postage prepaid first-class mail to:

James Price, Reg. # 98922-004
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

                                        /s/*Kathleene Molen*
                                        KATHLEENE MOLEN
                                        Assistant United States Attorney