UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>　　　　Defendants. | Civil Action No. 18-1339 (CRC) |

## **DECLARATION OF INERIO L. ALARCON**

I, Inerio L. Alarcon, declare the following to be true and correct:

1. I am the Clinical Director at the Federal Correctional Institution (FCI) in Miami, Florida. I have been the Clinical Director at FCI-Miami since 2013. I am familiar with the current medical condition of inmate James Price, Federal Register Number 98922-004. I provide the following information regarding inmate James Prices' current medical condition.

2. Inmate James Price has been on quarantine multiple times because he has been exposed to COVID-19 virus at the community hospital. Inmate was admitted to Larkin Community Hospital from 06-16-2021 to 06-21-2021 due to uncontrolled arterial hypertension. Upon returning to FCI Miami, he was placed on quarantine status as per Federal Bureau of Prison (FBOP) Module 4, "Medical Isolation and Quarantine."

3. Inmate had been transferred to the local hospital due to tachycardia and uncontrolled hypertension, while he was there the inmate alleged to have experienced symptoms

of a seizure to the local hospital medical health provider. He has not exhibited any symptoms of a seizure at FCI Miami, nor has he reported any symptoms of a seizure to FCI Miami. It should be noted the inmate has been reading several research articles of the COVID-19 pandemic and long term effect of the viral infections. During the admission at the hospital the inmate reports all those symptoms to the specialist. He underwent neurologic medical work-up but the result did not yield any abnormality to prove the inmate's allegations of major seizure. The following diagnostic entities were conducted and the results noted:

    01-14-2021. Electrophysiology study and ablation.

    02-18-2021:  Neurophysiology: 24 hours Electroencephalogram: normal, no evidence of ictial nor interictial epileptiform abnormalities.

    02-19-2021:  Brain CT Scan without contrast: normal.

    02-21-2021:  Electroencephalogram: normal.

    02-23-2021:  Brain MRI with and without contrast: normal.

    06-16-2021:  The Neurology document that inmate has seizure like episode vs Non epileptic psychogenic seizures. Inmate believes he has symptoms like a seizure, but the neurological document does not substantiate he is experiencing seizures.

    4.    Inmate Price is currently not in medical isolation.

    5.    Inmate Price did not undergo any surgery in July or August 2021.

    6.    Inmate Price has persistent chronic medical condition (chronic arterial hypertension, cardiac arrhythmia and seizure per inmate) that require monitoring, however he does not have any deteriorated medical or mental health condition. His medical condition can be managed locally at (1) the FCI- Miami medical team care model, (2) specialty care in the local community as required. At the present time his medical condition is stable. He is mentally and physically able to function in a correctional setting. At the present time Inmate

Price does not require hospitalization.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of August, 2021.

                                             *Dr Alarcon*
                                         **Inerio L. Alarcon, M.D.**
                                         *Clinical Director*
                                         Federal Correctional Institution – Miami, FL