UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 18-1339 (CRC) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Status Report, it is hereby:

**ORDERED** that the administrative stay in this case is lifted; and it is further

**ORDERED** that Defendants shall file their renewed motion for summary judgment on or by September 24, 2021.

Dated: _____

                                                                        CHRISTOPHER R. COOPER
                                                                        United States District Judge