ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# CASE No. 1:18-CV-01339-CRC

JAMES PRICE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.,

    Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW,** James Price ("the Plaintiff"), and files this, his Unopposed Motion to Dismiss this case without prejudice. Based on the facts set forth below, the Plaintiff respectfully moves this Court for the entry of an Order to Dismiss this case without prejudice. A proposed order is attached for this Court's convenience.

1



RECEIVED
Mail Room

NOV - 8 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## I. PARTIES JOINT AGREEMENT FOR DISMISSAL WITHOUT PREJUDICE

1. On September 23, 2021, the Plaintiff contacted counsel for the Defendants, AUSA Kàthleene Molen, regarding an agreement to dismiss this case. Ms. Molen provided Mr. Price a written agreement to the unopposed dismissal of this matter.

## II. SUMMARY OF ISSUES BEFORE THIS COURT IN THIS MATTER

2. In summary, the Plaintiff has alleged the Defendants engaged in a pattern of misconduct through the use of computer software and cloud-based Software-as-a-Service ("SaaS") that was not authorized for use by federal agencies, including the Defendants. Further, the Plaintiff alleged that Defendants' misconduct was executed with the knowledge and intent to violate the Federal Records Act ("FRA").

3. The parties' agreement for dismissal in this matter will permit the consolidation of several matters in multiple venues into a single matter to be filed jointly before this court.

4. In simple terms, the Plaintiff, together with the Electronic Frontier Foundation ("EFF"), the Electronic Privacy Information Center ("EPIC"), and OpenTheGovernment.org, have identified a class of computer software and SaaS services that are in violation of the FRA and the Federal Information Security Management Act ("FISMA").

5. The basis for relief is established by the fact that each of the named products lacks the FEDRamp certification required under the law for use by federal agencies, entities, and grantees, etc., and the agencies are unable to provide (under FOIA or otherwise) any authorization for use of the named products.

6. The Defendants knowing, and willful violation of the law deteriorates the legitimacy of government actions and undermines the public's confidence in the accuracy and reliability of government policies, decisions, and actions.

### III. CONCLUSION

**WHEREFORE,** in view of the foregoing, the Plaintiff respectfully moves this Court for the entry of an Order to Dismiss this case without prejudice.

DATED: November 5, 2021

Respectfully submitted,

James Price  Digitally signed by James Price
Date: 2021.11.05 11:29:33 -04'00'

/s/ James Price
USM No.: 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2402
Email: PriceJamesE@outlook.com

ב"ה

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Case No. 1:18-CV-01339-CRC

JAMES PRICE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Dismiss Without Prejudice, pursuant to Fed. R. Civ. P. 65. The Court has carefully reviewed the motion; thus, the Court.

Accordingly, the Plaintiff's motion is due to be **GRANTED**.

**ORDERED**, the Plaintiff is hereby granted Motion To Dismiss Without Prejudice.

**DONE AND ORDERED** in Chambers, at Washington, D.C., this ____ day of November 2021.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

ב"ה

## CERTIFICATE OF SERVICE
### Price v. U.S. Department of Justice, et al.
### Case No. 1:18-CV-01339-CRC

I, James Price, hereby declare that on this date, November 5, 2021, have served the enclosed:

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to D.D.C. LCvR 5.4(b-d).

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on November 5, 2021.

By: **James Price**
Digitally signed by James Price
Date: 2021.11.05 11:32:38 -04'00'

James Price
USM No. 98922004

C1 of 1



RECEIVED
Mail Room
NOV - 8 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia