# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL PRICE,

    *Plaintiff*,

    v.

UNITED STATES DEPARTMENT
OF JUSTICE,

    *Defendant*.

Civil Action No. 18-1339 (CRC)

## NOTICE OF NO OPPOSITION TO DISMISSAL

Defendant, United States Department of Justice, by and through the undersigned counsel, and pursuant to the Court's November 10, 2021 Minute Order, respectfully notifies the Court and Plaintiff that Defendant does not oppose Plaintiff's request to dismiss this case without prejudice.

Dated:   November 12, 2021

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        BRIAN P. HUDAK
        Acting Chief, Civil Division


        */s/ T. Anthony Quinn*
        T. ANTHONY QUINN
        D.C. Bar No. 415-213
        Assistant United States Attorney - Civil Division
        555 Fourth Street, NW
        Washington, D.C. 20530
        Phone: (202) 252-7558
        Tony.Quinn2@USDoJ.Gov


        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12TH day of November 2021, I caused the foregoing to be served on Plaintiff *via* First Class Mail at the following address:

JAMES E. PRICE, III
Fed Reg. No. 98922-004
FCI MIAMI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
MIAMI, FL 33177

                                                          */s/ T. Anthony Quinn*
                                                          T. ANTHONY QUINN
                                                          Assistant United States Attorney